Exhibit A to Plaintiffs' Motion for Preliminary Injunction

*Chasin v. District of Columbia*, 05-cv-____

GOVERNMENT OF THE DISTRICT OF COLUMBIA
FIRE AND EMERGENCY MEDICAL SERVICES DEPARTMENT
WASHINGTON, D.C. 20001



August 24, 2005

### Notice to Persons Who Have Been Granted an Exemption to Special Order 20 for Religious Reasons (Non-Potter v. D. C. Plaintiffs only)

Your temporary exemption to Special Order 20, Series 2005 has been revoked. Special Order 20, 2005 does not provide for an exemption for religion or any other reason. The Department is no longer honoring requests for a religious exemption.

The Department had previously granted you a temporary exemption pending a preliminary injunction hearing in a case filed in the U.S. District Court. That hearing has now concluded. Therefore, you are required to come into compliance with Special Order 20, 2005, effective Monday, August 29, 2005. Failure to comply with Special Order 20 shall result in disciplinary action as set forth in the order.