UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

        Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

        Defendants.

No. 05-cv-_____ (JR)

**DECLARATION OF STEVEN B. CHASIN**

I, Steven B. Chasin, hereby depose and state:

1. I am employed as a Paramedic with the District of Columbia Fire and Emergency Medical Services Department. I have held that job since May 1990—more than fifteen years.

2. Paramedics are the highest level of emergency medical services personnel. Our duties involve emergency response to incidents as varied as automobile accidents, heart attacks and strokes, drownings, childbirth, gunshot wounds, and many other events that require immediate medical attention. When we arrive at the scene of a medical emergency, we determine the nature and extent of the patient's or victim's condition while trying to ascertain whether he or she has pre-existing medical problems. We give appropriate emergency care and, when necessary, transportation to a hospital. We are trained to administer intravenous fluids, to use manual defibrillators, and to apply advanced airway techniques and equipment to assist patients experiencing respiratory emergencies. We administer drugs intravenously, interpret electrocardiograms (EKGs), perform endotracheal intubations, and use other advanced medical equipment. Years of on-the-job experience are

invaluable in providing optimal care to those in need of emergency assistance.  Over the years, I have participated in many thousands of emergency medical runs, and it would be fair to say that I have saved at least dozens of lives.  The same would be true for any experienced D.C. paramedic.

    3.  I am Jewish, and for more than seventeen years I have worn a beard as an observance and expression of my Jewish faith.  My beard was obvious to the Fire and EMS Department when I was hired.  I keep my beard trimmed to a short length— probably about 1/4-inch to 1/2-inch long.  This is consistent with my religious beliefs.  My beard has never interfered in any way with my performance of my duties.  Attached hereto are two photographs taken last week showing the appearance of my beard.

    4.  In addition to my duties as a paramedic, I serve as Executive Assistant to the President of Local 3721, AFGE, the union that represents the emergency medical services side of the Department.  Because of that position, I am aware of matters that affect emergency medical services personnel generally.

    5.  Until late 2001 or early 2002, the Department's emergency medical services personnel had never been issued any respiratory protection equipment.  That is not necessary because we are not trained or permitted to work in a "hot zone" or even in a "warm zone."  In late 2001 or early 2002 EMS personnel were issued Scott face masks and "go-bags" with air filters.  We were trained in how to use that equipment.  We were instructed that it was for protection against such hazards as tear gas or pepper spray in civil disturbance incidents.

    6.  I and all other EMS personnel were required to take a "fit test" to make sure we could obtain a good fit with this new equipment.  I passed the fit test, with my beard.  Many other EMS personnel wore beards at that time—I would estimate perhaps 30 to 40 of the

approximately 200 EMS personnel had beards. Every one of them passed the fit test; I would have known about it if one or more had not passed.

    7. In my work since 2001, I have never had to use my face mask. I am reasonably certain that no EMS personnel have ever had to use their face masks on the job.

    8. When I received Special Order 20 (2005) in early June, and understood that I had to shave in order to remain on active duty, I shaved. However, I became emotionally distressed and depressed because I was not following my religious beliefs. My compliance with Special Order 20 also caused serious tension within my family. I began re-growing my beard in August, 2005. My request for a religious exemption from the grooming regulations was denied, and I was put on administrative duty.

    9. I have been on sick leave for the past twenty days My next tour of duty is scheduled to begin on Monday, September 12 at 7:00 a.m. At that time, I expect to be charged with violating Department rules because of my facial hair and to be placed on administrative duties. On Tuesday, September 13, I will be written up for a 12-hour suspension without pay, on Wednesday, September 14, I will be written up for a 24-hour suspension without pay, and on Thursday, September 15, I will be written up for dismissal.

    10. It will be a serious hardship for me and my family if I am suspended or placed on administrative duties for an extended period of time, because that will preclude me from earning overtime or weekend and holiday pay, which is an important and reliable part of my annual income. D.C. emergency medical personnel work a rotating schedule of two days (7 a.m. to 7 p.m.) followed by 24 hours off, followed by two nights (7 p.m. to 7 a.m.), followed by 96 hours off. When we work nights, we earn more pay. When we work Sundays or holidays, we earn more pay. Administrative duties (which are Monday-Friday 8 a.m. to 4

p.m.) is therefore a *punitive* assignment for an EMT or a paramedic, as it reduces our actual pay by approximately 25%. It will obviously be an even more severe hardship if I am suspended without pay.

11. My wife and I support two children. I cannot afford to lose my job. If I am forced to choose between shaving my beard and losing my job, I will have to shave. But I do not believe the Department has any right to force me to shave when I can safely perform my job with a beard, as I have for more than fifteen years.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7TH day of September, 2005.

Steven B. Chasin

