UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

        Plaintiffs,

v.                                              No. 05-cv-_____ (JR)

DISTRICT OF COLUMBIA, *et al.*,

        Defendants.

**DECLARATION OF KEVIN CONERLY**

    I, Kevin Conerly, hereby depose and state:

    1. I am employed as a firefighter with the District of Columbia Fire and Emergency Medical Services Department. I have held that job for more than sixteen years, since February 1989. My current assignment is as the "Tillerman," or rear driver, on a hook-and-ladder truck.

    2. I have worn a beard for approximately 25 years, since about 1980, including during my service in the United States Army in 1980-83, when I was allowed to wear a 1/4-inch beard because I have *pseudofolliculitis barbae*.

    3. I am a Nazerite, meaning that I have taken a vow not to cut my hair or shave my beard, as a way to set myself apart for the Lord, as expressed in the Book of Numbers, Chapter 6. When I joined the D.C. Fire Department in 1989 I took a vow not to be clean-shaven, although I can and do trim my beard. Attached hereto are two photographs taken last week showing the appearance of my beard.

    4. My religious observance also includes not cutting my hair, wearing a head covering, and fasting during daylight hours during the months of March and October each

year. I used to belong to a group of Nazerites when I lived on the west coast, but now I follow my beliefs essentially on my own.

     5. In sixteen-plus years as a D.C. firefighter, I have never had a problem obtaining a good fit with my SCBA facepiece. I have never had a safety problem caused by my beard. I do not use up my air supply faster than my fellow firefighters.

     6. In 2001, after this Court enjoined the Department from requiring the plaintiffs in the *Potter* case to shave their beards, cut their hair, or remove their religious head-coverings, I submitted a Special Report explaining that I also had a religious reason for not complying with the grooming policy. Then-Assistant Chief (now Fire Chief) Adrian Thompson personally granted me a waiver, in accordance with the Department's recognition that the Court's order ought to be honored with regard to firefighters who were similarly situated to the *Potter* plaintiffs, even if they were not themselves parties to the litigation. The Department has not explained why it suddenly changed its position a few weeks ago.

     7. When we were issued "go-bags" in 2002, we were told that the APR filter was for use in civil disorder situations, to protect against tear gas and the like, so that we wouldn't have to use our heavy SCBAs in non-IDLH situations where they were not needed. The go-bag APR filters are not for use in toxic situations.

     8. When I reported for duty on September 5, 2005 (Labor Day), I was charged with "report[ing] for duty with facial hair in violation of departmental guidelines" and referred to a Fire Trial Board for a proposed 12-hour suspension. I was also removed from the apparatus and ordered to report for administrative duty the following day. When I reported for duty on September 6, I was again charged with the same violation and referred to a Fire Trial Board for a proposed 24-hour suspension. When I reported for duty this morning,

September 7, I was again charged with the same violation and and referred to a Fire Trial Board for a proposed 48-hour suspension. I am required to report for administrative duty again tomorrow, September 8, and I expect that I will again be charged with the same violation and and referred to a Fire Trial Board for a proposed discharge from the Department. Unless these proceedings are enjoined by this Court, I will be disciplined and discharged for not having shaved my beard.

9. I support my wife and four children on my firefighter's pay; we have a fifth child who is 21 years old and self-supporting. It would be a serious hardship for me and my family for me to be placed on leave or on administrative duties for an extended time, because that would preclude me from earning overtime pay, which is an important and reliable part of my annual income. I understand that the firefighter plaintiffs in the *Potter* case have been on administrative duties since this Court's ruling on August 11, and have not yet been permitted to take the fit test as ordered by the Court. This is a form of punishment, as every member of the Department knows. I hope the Court will not allow the Department to treat me in the same way.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of September, 2005.

/s/ R. Conerly
Kevin Conerly

3

