# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

STEVEN B. CHASIN, *et al.,*

               Plaintiffs,

    v.                                      No. 05-cv-_____ (JR)

DISTRICT OF COLUMBIA, *et al.,*

               Defendants.

---

## DECLARATION OF DWIGHT EVANS

I, Dwight Evans, hereby depose and state:

1. I am employed as a Paramedic with the District of Columbia Fire and Emergency Medical Services Department. I have held that job for thirty years, since September 1975. No paramedic in the Department has served longer than I have. I will be eligible for retirement in April 2007 when I reach 55 years of age.

2. I have worn a beard for 33 years, beginning in the United States Army, where I served as a medic. I was allowed to wear a short beard in the Army because I suffer from *psuedofolliculitis barbae* (PFB). The fact that I had a beard was obvious to the D.C. FEMS Department when I was hired and has been obvious ever since. Attached hereto are two photographs taken last week showing the appearance of my beard.

3. When D.C. emergency medical personnel were issued face masks and go-bags in 2001 or 2002, I took and passed the fit test. I have never had to use my face mask on the job, nor has any other EMT or paramedic that I know.

4. I was born and raised as a Baptist, but more recently I became a student of Islam and I declared myself a Muslim in December 2004. I attend the mosque on Kenilworth Avenue, N.E., at least three times a week, and more often when my schedule permits; I study the Koran and the teachings of Islam with the people there. I try to pray five times a day, and I plan to fast during the upcoming celebration of Ramadan, which will be October 4-November 2, 2005. I have given up eating pork, and now eat a more vegetarian diet as I am learning about the Muslim dietary laws. I wear my beard in honor and imitation of the Prophet Muhammed, as taught in the Sunni tradition. Of course it will take me a long time for me to fully understand all the teachings of Islam.

5. In June 2005 I was taken off ambulance duties and placed on administrative duty because I would not shave my beard. As a result, I have suffered a pay cut of approximately 25% for the past three months, because paramedics on administrative duty cannot earn night-time, Sunday, or holiday pay, which active duty paramedics routinely earn as part of their regular rotating work schedules. This has imposed a real hardship on me and my household.

6. I have been on leave in recent weeks, but when I report for duty on Saturday, September 10, I expect to be charged with a violation for reporting with a beard, and placed on suspension without pay. My household cannot go for long without pay, and I will very soon have to choose between following my religious beliefs and paying the rent and buying groceries.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___7th___ day of September, 2005.

Dwight Evans
Dwight Evans

2