### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

---

STEVEN B. CHASIN, *et al.,*

                Plaintiffs,

    v.                              No. 05-cv-_____ (JR)

DISTRICT OF COLUMBIA, *et al.,*

                Defendants.

---

### DECLARATION OF SHANGO KWAME RASHUMAA

I, Shango Kwame Rashumaa, hereby depose and state:

1. I am employed as a Paramedic with the District of Columbia Fire and Emergency Medical Services Department. I first held that job from 1999 to 2002, when I left to undertake a personal and spiritual journey, traveling in Africa and the Caribbean and studying my spiritual and cultural heritage. As part of my spiritual rebirth, I legally changed my name to what it is today. As a spiritual observance and to connect me to the spirit world, I follow a vegan diet, I wear my hair in locks, I cover my head, and I do not shave my face. I rejoined the Department in April 2004; I have not shaved, as a matter of sincere spiritual observance, since before that time. I do trim my beard, which is consistent with my spiritual beliefs. Attached hereto are two photographs taken last week showing the appearance of my beard.

2. When I rejoined the Department in 2004, I was issued a face mask and a go-bag. I was given a fit test, which I passed. My beard was somewhat longer then than it is today.

3. I should not be forced to choose between violating my spiritual beliefs and losing my job. I do not believe the Department has any right to force me to shave when I can safely perform my job with a beard.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __7th__ day of September, 2005.

Shango Kwame Rashumaa