**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

STEVEN B. CHASIN, *et al.,*

                    Plaintiffs,

     v.                                       No. 05-cv-_____ (JR)

DISTRICT OF COLUMBIA, *et al.,*

                    Defendants.

---

**DECLARATION OF JASPER W. STERLING**

I, Jasper W. Sterling, hereby depose and state:

1.  I am employed as a Paramedic with the District of Columbia Fire and Emergency Medical Services Department.  I have held that job for thirteen years, since September 1991.

2.  I have worn a beard for 23 years, since 1981; including during five years of service in the United States Air Force, during which time I received extensive training in chemical warfare using tight-fitting face masks.  I was allowed to wear a short beard because I suffer from *psuedofolliculitis barbae* (PFB).

3.  In 1991, I chose to join the District of Columbia FEMS Department rather than the Fairfax County Fire & Rescue Department because the D.C. Department had no policy against beards, although the Fairfax County Department would grant waivers from its no-beard rule for personnel with PFB.  My sister works at the Fairfax County Fire & Rescue Department and she assures me that they continue to grant waivers to firefighters and EMS personnel with PFB to this day.

4.  When face masks and go-bags were first issued to EMTs and paramedics in 2001 or 2002, I took and passed a fit test.  My beard was longer then than it is today.  I have never used my face mask on the job, and to the best of my knowledge no other EMT or paramedic has ever used his or her face mask on the job.

5.  Initially I grew a beard because I had PFB.  Although I had long been interested in the Islamic religion, my only knowledge of it was the Nation of Islam, which did not appeal to me because of its apparent racial aspect.  But at the funeral of a high school classmate of mine, earlier this year in New Jersey, I learned from a friend's wife that there were other avenues to Islam in this country, and she referred me to a teacher here in the Washington area.  I became a Muslim in July and I am following its precepts as best I can.  I read and study the Koran.  I pray five times daily and I attend pubic prayers on Fridays (there is a mosque on Martin Luther King Avenue, SE, near 25 Engine).  I am trying to observe the dietary laws, and I wear a beard, as commanded, in imitation of and homage to Mohammed.  As I understand my obligation, I can trim my beard, and I do trim it, but I am not supposed to shave.  My beard is a sincere expression of my religious faith.  Attached hereto are two photographs taken last week showing the appearance of my beard.

6.  I have recently been on vacation.  My next tour of duty is scheduled to begin on Saturday, September 10 at 7 a.m.  At that time, I expect to be charged with violating Department rules because of my facial hair, and to be placed on administrative duties.  On Monday, September 12, I will be written up for a 12-hour suspension without pay, on Tuesday, September 13, I will be written up for a 24-hour suspension without pay, and on Wednesday, September 13, I will be written up for dismissal.

7.  My wife and I support one child, and I pay child support for two others. It will be a serious hardship for me and my family if I am placed on administrative duties for an extended time, because that will preclude me from earning overtime or weekend and holiday pay, which would reduce my income by about 25%.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___7___ day of September, 2005.

Jasper W. Sterling

