UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

        Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

        Defendants.

No. 05-cv-_____ (JR)

**DECLARATION OF ELEON A. BAKER**

I, Eleon A. Baker, hereby depose and state:

1. I am a Sergeant with the District of Columbia Fire and Emergency Medical Services Department. I have been a D.C. firefighter for more than twenty years, since June 1985.

2. I was raised in the Roman Catholic Church, but while I was at the Fire Department training academy I met firefighters of other faiths and became interested in their religious beliefs. I became a Nazerite and stopped shaving my beard. I have not shaved, for religious reasons, for about 19 years.

3. I do not suffer from *pseudofolliculitis barbae* but the Fire Department never made an issue of that. I have always kept my beard quite short, probably 1/4-inch or less. Attached hereto are two photographs taken today showing the appearance of my beard.

4. Nazerites follow the teaching of Numbers 6:1-21 and Judges 13:5, 16:17, regarding not shaving our beards. Trimming my beard does not violate my religious beliefs. My religious beliefs and practices also include not eating certain foods, not smoking, and not drinking alcoholic beverages. I frequently participate in bible study and prayer with other

Nazerites at a small temple on Benning Road, N.E., and also in small groups at private homes.

      5.  In all my time as a D.C. firefighter, I have never had a problem obtaining a good fit with my SCBA facepiece.  I have never had a safety problem caused by my beard.  I do not use up my air supply faster than my fellow firefighters.

      6.  In early June, 2005, after Fire Chief Thompson issued Special Order 20 (2005), I was instructed to report for a formal fit test, along with other firefighters in my Battalion.  I passed the test, with my beard.  I later learned that I was not supposed to have been allowed to take the test if I had a beard.

      7.  It was not until mid-July that the Department raised an issue about my beard.  At that time I submitted a Special Report claiming a religious exemption because of my religious beliefs.  I never received any written notification of whether an exemption had been granted, but I remained on the apparatus until my vacation began on July 22.  I have been on leave since then.

      8.  I am scheduled to report for duty on Monday, September 12.  I expect that I will be sent home with instructions to shave.  If I again report for duty with a beard I will be charged with a violation and subjected to progressive discipline, including discharge on the fourth day that I report for duty with a beard.

      9.  Even if I were not discharged but placed on administrative duty, that would be a serious hardship as it would significantly reduce my income.  I am a single parent supporting two children, one of whom is in private school.  I voluntarily work a lot of overtime because I need the income to support my kids.  But when a firefighter is assigned to administrative duty he cannot work overtime, or on weekends or holidays.

10. There is no reason why I cannot continue to perform my duties as a firefighter. I passed a fit test just three months ago with my beard.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of September, 2005.

                                                           Eleon A. Baker



