UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

        Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

        Defendants.

No. 05-cv-1792 (JR)

### DECLARATION OF SERVICE OF PROCESS

I, Jessica Langley, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I made service of process upon the defendants in the above-captioned action as follows:

   Upon the Mayor of the District of Columbia, by hand-delivering a copy to his agent, Ms. Tabitha Braxton, Staff Assistant at the Office of the Secretary of the Mayor at 1350 Pennsylvania Avenue, N.W., Washington, D.C., on September 12, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2005.

_____
Jessica Langley