UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN B. CHASIN, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 05-1792 (JR) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant | ) |
| | ) |

DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE
THE TIME WITHIN WHICH IT MAY RESPOND TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF

NOW COMES Defendant, the District of Columbia by and through counsel the Office of the Attorney General of the District of Columbia and requests that the time within which Defendant may respond to plaintiffs' motion for preliminary injunctive relief be enlarged to and including September 26, 2005. The reasons for this request are set forth below and in the memorandum in support of this motion, which is incorporated herein by reference. Plaintiffs' effected service of the complaint and motion for preliminary injunction on the District on September 12, 2005.[1] A response to plaintiffs' motion for preliminary injunction is therefore due today, September 19, 2005.

Because of the short period allowed for response to a preliminary injunction motion under LCvR. 65.1, and other pressing matters for which the undersigned is responsible, the District has been unable to adequately respond within the 5 days allowed and therefore requests an enlargement to and including September 26, 2005. Defendant

---

[1] Defendant thanks plaintiffs' counsel for providing the undersigned with courtesy copies of plaintiffs' filings. Because of the size of the files, they were sent during the evening of the September 13, 2005.

notes that the Court has set this matter for hearing on October 3, 2005 and granting the requested relief will not prejudice plaintiffs nor delay resolution of plaintiffs' motion.

The undersigned has discussed the relief requested with plaintiffs' counsel pursuant to LCvR. 7(m) and he graciously consents to the relief requested.

WHEREFORE, defendant requests that the time within which it may respond to plaintiffs' motion for preliminary injunction be enlarged to and including September 26, 2005.

POINTS AND AUTHORITIES.

1. Fed.R.Civ.P 6(b)(1)

2. The inherent power of the Court.

Respectfully submitted,

**ROBERT J. SPAGNOLETTI**
Attorney General of the District of Columbia.

GEORGE C. VALENTINE
Deputy Attorney General for
 Civil Litigation

/s/ Robert C. Utiger
ROBERT C. UTIGER [437130]
Senior Counsel to the Deputy for
 Civil Litigation
P.O. Box 14600
Washington, D.C. 20001
(202) 724-6532