**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| STEVEN B. CHASIN, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-1792 (JR) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant Attorney General

Eden I. Miller on behalf of the Defendant District of Columbia in the above-captioned case.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Robert C. Utiger**
ROBERT C. UTIGER [437130]
Senior Counsel
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6532

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

**September 28, 2005**          (202) 724-6614