UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN B. CHASIN, *et al*.<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1792 (JR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Defendant District of Columbia, by counsel, respectfully supplements its opposition to Plaintiffs' motion for preliminary injunction with the attached Declaration and Curriculum Vitae of Roy T. McKay, PH.D.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General of the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        **/s/ Robert C. Utiger**
                                        ROBERT C. UTIGER [437130]
                                        Senior Counsel
                                        441 Fourth Street, N.W., Sixth Floor South
                                        Washington, D.C. 20001
                                        (202) 724-6532

                                        **/s/ Eden I. Miller**
                                        EDEN I. MILLER [#483802]
                                        Assistant Attorney General
                                        441 Fourth Street, N.W., Sixth Floor South
                                        Washington, D.C. 20001
**September 28, 2005**                 (202) 724-6614