UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*      )
                                )
    Plaintiffs,                 )
                                )
v.                              )   Civil Action No. 05-1792 (JR)
                                )
DISTRICT OF COLUMBIA,           )
                                )
    Defendant.                  )
                                )

## **DECLARATION OF ROY T. MCKAY, PH.D**

I, Roy T. McKay, PH.D., do hereby declare and state as follows:

1. My name is Roy T. McKay. I am a Research Assistant Professor at the University of Cincinnati, College of Medicine, Department of Environmental Health. Also, I am the Director of the Occupational Pulmonary Services program and the Director of the Respirator Fit Testing and Training Program at the University of Cincinnati's Center for Occupational Health. A current curriculum vitae is attached hereto.

2. I have been practicing within the field of respiratory protection for approximately 25 years, including honors, research, education, consultation, and service.

3. I have been nominated to the American National Standard Institutes (ANSI) Z88 committee on respiratory protection, which sets national standards for respirator fit testing. Within ANSI Z88, I have been nominated to various subcommittees, including the newly formed Z88.10 subcommittee on respirator fit testing, in which I hold the position of Chairperson. I am also a member of the American Industrial Hygiene Associations (AIHA) Respiratory Protection Committee.

4. My respirator research includes respirator fit testing, user seal checks, and measurement of respirator effectiveness resulting in publications and presentations at a variety of regional, national, and international conferences.

5. My educational activities include the development of graduate level respiratory protection training classes for industrial hygiene, occupational health nursing, occupational medicine residents, and other allied health professionals.

6. I have developed a variety of continuing education training courses for the University of Cincinnati's outreach programs, including: Overview of Respiratory Protection (1 day); Fit Testing Workshop (2 days); Respirator Selection (1.25 days); and Development of Chemical Cartridge Change Out Schedules (0.75 days).

7. I have provided respirator consultation and training to a variety of governmental and non-governmental agencies, including (but not limited to): United States Navy; United States Air Force; Los Alamos National Laboratory; Lawrence Livermore National Laboratory; Handford U.S. Department of Energy site; National Institute for Occupational Safety and Health (NIOSH); and Centers for Disease Control (CDC).

8. I have provided respirator fit testing services for local and regional companies, as well worker training programs for users of respiratory protective equipment at the workplace and respirator audit, selection, and other services.

9. It is my opinion that respiratory protective equipment that is designed to make a tight seal to the face should not be worn if there is contact with facial hair at the sealing surface of the respirator or if it interferes with respirator function.

10. Facial hair at the sealing surface of the respirator increases facepiece leakage. In addition, this leakage is variable in nature and can change significantly from one donning to another. Variable leak sites and sizes as may be present when wearers have beards are particularly troublesome.

11. Respirator wearers may need to enter a confined space with highly toxic atmospheres. This type of work requires a buddy and stand-by personnel in the event of an emergency. Wearing a respirator with facial hair, which could result in incapacitation if there is a leak, could jeopardize not only the health and safety of the wearer, but of the buddy and rescue team.

12. Actions conducted by the respirator wearer such as user seal checks, are unable to identify all leaks in a respirator. This would be especially true when the leak site is diffusely spread out along the sealing surface of the respirator (such as leakage caused by facial hair).

13. Bearded respirator wearers may "force-fit" the respirator to their face. The practice of force-fitting is to adjust the straps and/or position the facepiece in such a manner that the respirator can pass a fit test, however, the strap tension is usually so excessive that the respirator is not comfortable, and is unlikely to be worn in that manner, especially for extended periods of time.

14. With respect to protecting public safety, fire fighters frequently convert their positive pressure respirator to a negative pressure mode of operation. This use may be in response to a real or potential terrorist action with the release of a

chemical, biological, or a radiological agent. In this environment, the wear time may be extensive. Administrators responsible for identifying the number of personnel needed for a task, assume that the wearer is being adequately protected. Introduction of a leak and/or increased variability due to facial hair could impact public safety.

15. The bases for my opinion that facial hair at the sealing surface of a respirator causes increased respirator leakage are: scientific literature, manufacturer user instructions, and personal research and observation.

16. The scientific literature clearly and consistently recognizes the fact that facial hair at the sealing surface of a respirator causes increased respirator leakage. Such leakage decreases the expected performance of the respirator in a manner that is variable, inconsistent, and often unrecognizable to the wearer. My own work supports this observation. A partial listing on the science of facial hair and the negative performance it has on respiratory protection is summarized below.
    a. E. Hyatt, et al. Effect of Facial Hair on Respirator Performance. *Am Ind Hyg Assoc J.*, 1973.
        i. "It is concluded that persons with excessive facial hair such as facial stubble, sideburns, and beards which interfere with the respirator seal, cannot expect to obtain as high a degree of respirator performance as persons who are clean shaven."
        ii. "Short of almost continuous surveillance of the respirator fit on a bearded worker by use of some means of qualitative or quantitative fitting, the only safe and prudent approach is to require that the facial hair not interfere with the respirator sealing surface, or to require that the individual not work in an area or task that requires respiratory protection."
    b. B J Held. Facial Hair and Breathing Protection. Lawrence Livermore National Laboratory. Contract number W-7405-ENG-48, 1980.
        i. Reviewed the variability in facial hair leakage with respect to: 1) fine versus coarse hair; 2) hair length; 3) volume/surface area; 4) strap tension; and 5) effects on valve function.
    c. TJ Stobbe, et. al. Facial Hair and Respirator Fit: A Review of the Literature. *Am Ind Hyg Assoc J*, 1988.
        i. Evaluated 14 studies on facial hair and respirator performance. All but two of the fourteen studies found that in the presence of facial hair, face seal leakage increases from 20 times to 1,000 times.
        ii. In addition, both intersubject and interrespirator faceseal leakage variability increased with facial hair. Concluded that facial hair should not be permitted with negative pressure respirators.
        iii. With positive pressure respirators, the results were inconclusive, but recommended that prudent practice dictates that facial hair not be permitted.
    d. SM Bolsover. Leakage Measurements on Wearers of Respiratory Protective Equipment with Facial Hair/Beards/Spectacles: Summary of a

   Literature Search. *J Int Soc Resp Prot.* 1992.
    i. "On examination, the results of a literature search overwhelmingly concluded that facial hair and spectacle side arms have a detrimental effect on faceseal leakage."

17. In addition to acceptance in the scientific community that facial hair causes increased respirator leakage, respirator manufactures provide user instructions with their equipment, which specifically warn against the use of respiratory protective equipment in the presence of facial hair that crosses the sealing surface or which interferes with valve function.

18. Wearing a tight fitting respirator with facial hair would be inconsistent with the manufacturer instructions. Such use would also be inconsistent with the NIOSH certification and approval of the device because NIOSH approval requires that the respirator be used according to manufacturer instructions.

19. Numerous standards and guidelines **prohibit** the presence of facial hair at the sealing surface of a tight fitting respirator. These include, (but are not limited to):
    a. OSHA 29 CFR 1910.134. This is the Occupational Safety & Health Administration Respirator Protection Standard. OSHA has been steadfast and consistent in not permitting facial hair to cross the sealing surface of a tight fitting facepiece.
    b. NIOSH Guide to Industrial Respiratory Protection. The National Institute for Occupational Safety and Health (NIOSH) has responsibilities for the testing and certification of respiratory protective devices.
    c. NFPA 1500. The National Fire Protection Association (NFPA) is the organization which sets guidelines for fire fighting personnel and establishes additional equipment recommendations for the fire service.
    d. American National Standards Institute (ANSI). ANSI has several consensus guidelines such as ANSI Z88.2, ANSI Z88.5, and ANSI Z88.10, which prohibit facial hair contact with the sealing surface of a tight fitting facepiece.
    e. Department of Energy's (DOE) Respirator Program Manual.
    f. Nuclear Regulatory Commission's (NRC) Manual of Respiratory Protection.
    g. ANSI Z88.10-2001: This ANSI guideline on respirator fit testing specifically prohibits the fit testing of respirators with facial hair at the sealing surface. The topic of facial hair was throughly discussed by this expert group and consensus was easily reached. I was a member of this sub-committee, and I have been named the chair for the new Z88.10 sub-committee.

20. In summary, permitting facial hair to contact the respirator sealing surface would not only violate standards and guidelines, but would place the safety of the wearer and others at increased risk. Such risk is both unnecessary and avoidable.

21. I make this declaration upon personal knowledge, information and belief. I would testify consistent herewith if called to testify.

I declare under penalty of perjury that the foregoing is true and correct. **Executed on September 27, 2005.**

_____
Roy T. McKay, PH.D