Exhibit A to Plaintiffs' Reply in Support of Motion for Preliminary Injunction,
filed September 30, 2005
in Chasin v. District of Columbia, No. 05-cv-1792 (JR)

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### FIRE AND EMERGENCY MEDICAL SERVICES DEPARTMENT
#### WASHINGTON, D.C. 20001



### Notice to Persons Seeking Exemption to Special Order 20, 2005
### for Religious Reasons

You have made a request for an exemption to Special Order 20, 2005 because you believe that complying with the order would violate your religious beliefs. Special Order 20, 2005 does not provide for an exemption for religion or any other reason. However, because of court proceedings related to this issue, the Department will honor requests for a religious exemption until the court rules on this matter. These requests will no longer be honored when and if the court rules that federal law does not require religious based exemptions to Special Order 20, 2005

In order to make a claim for an exemption based on religious beliefs, you must submit a special report containing the following information:

1. Your religion.

2. The specific religious belief or teaching that covers this matter.

3. Why you believe complying with Special Order 20, 2005 will violate your religious beliefs.

If your request for a temporary religious exemption is granted, you will not be fit tested or be subject to disciplinary action for failure to comply with Special Order 20, 2005. For safety reasons, you will be assigned to administrative duties until the legal issues are resolved.