UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN B. CHASIN, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>                Defendant. | No. 05-cv-1792 (JR) |

**NOTICE OF FILING OF PRELIMINARY INJUNCTION ORDER**

At the conclusion of the hearing on plaintiffs' motion for a preliminary injunction, on October 3, 2005, the Court directed plaintiffs' counsel to submit a proposed order after consultation with defendant's counsel. Those consultations have taken a long time, for which counsel apologize, but have resulted in an agreed text of a proposed order, which is filed herewith.

                                            Respectfully submitted,

                                            Arthur B. Spitzer (D.C. Bar No. 235960)
                                            American Civil Liberties Union
                                              of the National Capital Area
                                            1400 20th Street, N.W. #119
                                            Washington, DC 20036
                                            (202) 457-0800 (telephone)
                                            (202) 452-1868 (facsimile)

                                            Counsel for plaintiffs

October 18, 2005