UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN B. CHASIN, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | No. 05-cv-1792 (JR) |

**PRELIMINARY INJUNCTION AND ORDER OF CONSOLIDATION**

Upon consideration of plaintiffs' motion for a preliminary injunction, defendants' opposition thereto, and the record in this case and in the related case of *Potter v. District of Columbia*, No. 01-cv-1189 (JR), the Court hereby finds that plaintiffs have satisfied the standards for limited preliminary relief.  Accordingly, it is hereby

ORDERED, that plaintiffs' motion is GRANTED in part and DENIED in part; and it is further

ORDERED, pending further order of the Court, that the defendant, its agents and employees, and all persons acting in concert with it, are hereby enjoined from discharging, disciplining, retaliating against, or imposing any other adverse action upon plaintiffs on account of plaintiffs' refusal to shave their beards; provided, however, that plaintiffs may be placed on administrative leave during that time; and it is further

ORDERED, that any disciplinary proceedings or discharge hearings that have been scheduled for any plaintiff on account of his reporting for duty with facial hair shall

be stayed; provided that this injunction shall not prevent the Fire Department from giving plaintiffs formal notice of disciplinary charges; and it is further

ORDERED, that that the defendant shall conduct three face-fit tests on each of the plaintiffs during the ninety day period following October 1, 2005; and it is further

ORDERED, that the requirement of a bond is hereby waived; this injunction shall take effect when it is entered on the docket. It is further

ORDERED, that the requirements of Local Civil Rule 16.3 are hereby suspended; the parties may take such discovery as they may wish during the next ninety days; and it is further

ORDERED, that this case and the case of *Potter v. District of Columbia*, No. 01-cv-1189 (JR) are hereby consolidated; evidence in the record of either case shall be deemed admitted in both cases, and the parties shall coordinate their litigation of the two cases to the extent practicable.

Dated: October _20_, 2005

_____
James Robertson
United States District Judge

2