## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Eden I. Miller on behalf of the Defendant District of Columbia in the above-captioned case.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

|  |  |
|---|---|
|  | **/s/ Robert C. Utiger** <br> ROBERT C. UTIGER [437130] <br> Senior Counsel <br> 441 Fourth Street, N.W., Sixth Floor South <br> Washington, D.C. 20001 <br> (202) 724-6532 |
|  | **/s/ Eden I. Miller** <br> EDEN I. MILLER [#483802] <br> Assistant Attorney General <br> 441 Fourth Street, N.W., Sixth Floor South <br> Washington, D.C. 20001 |
| January 10, 2006 | (202) 724-6614 |