# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC, TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR REINSTATEMENT

Pursuant to Fed. R. Civ. Pro 6(b)(2), Defendant respectfully requests an enlargement of time, nunc pro tunc, to file its Opposition to Plaintiffs' December 23, 2005, Motion for Reinstatement from Friday, January 6, 2006, to and including, Friday, January 20, 2006. Due to the holidays and the unavailability of Defendant's lead counsel last week, Defendant was unable to file its opposition. Plaintiffs' counsel has consented to this enlargement.[1] This brief enlargement will not prejudice Plaintiffs.

---

[1] Defendant's counsel understands that Plaintiffs will be filing a similar motion for reinstatement in the consolidated *Chasin* case this week. If so, Defendants will address both reinstatement motions in their filing on January 20, 2006.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(2), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General of the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        **/s/ Robert C. Utiger**
        ROBERT C. UTIGER [437130]
        Senior Counsel
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6532

        **/s/ Eden I. Miller**
        EDEN I. MILLER [#483802]
        Assistant Attorney General
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
January 10, 2006        (202) 724-6614