**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CALVERT POTTER, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 01-1189 (JR) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |
| | ) | Consolidated with |
| STEVEN B. CHASIN, *et al*. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-1792 (JR) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time,

Nunc Pro Tunc, to File Its Opposition to Plaintiffs' Motion for Reinstatement*, it is hereby

**ORDERED,** on this _____ day of January, 2006, that**:**

      1.    Defendant's motion is **GRANTED**; and it is

      2.    **FURTHER ORDERED** that Defendant's time to respond to Plaintiffs'

Motion is enlarged to and including Friday, January 20, 2006.


_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE