UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

No. 05-cv-1792 (JR)

## SECOND DECLARATION OF STEVEN B. CHASIN

I, Steven B. Chasin, hereby depose and state:

1. This statement supplements my earlier declaration in this case.

2. As noted in my earlier declaration, I have worn a beard, in observance of my Jewish faith, for more than 17 years. I passed the DC Fire and EMS Department's quantitative fit-test, with my beard, in late 2001 or early 2002, at the time that EMS personnel were first issued respiratory protection equipment. Thirty or forty other EMS personnel also passed the fit-test with beards at that time.

3. Pursuant to this Court's orders, plaintiffs Kevin Conerly, Shango Kwame Rashumaa, Jasper Sterling and I have been allowed to take fit-tests with our beards in November and December 2005 and in January 2006. All four of us passed the test each month. Plaintiff Eleon Baker was allowed to take one test with his beard, before he shaved. He passed that test.

4. Because of this Court's preliminary injunction, I have not been discharged for continuing to wear my beard. But I have been taken off regular duty and placed on

administrative duty since August 19, 2005. This has been a serious financial sacrifice for my family, because it has prevented me from earning overtime or weekend and holiday pay, which is an important and reliable part of my annual income. D.C. EMS personnel work a rotating schedule of two days (7 a.m. to 7 p.m.) followed by 24 hours off, followed by two nights (7 p.m. to 7 a.m.), followed by 96 hours off. When we work nights, we earn more pay. When we work Sundays or holidays, we earn more pay. Administrative duty (which is Monday-Friday 8 a.m. to 4 p.m.) is therefore a punitive assignment, as it automatically reduces our pay by approximately 25%. We are also unable to work overtime, which is generally a reliable source of additional income. I have calculated that I have lost approximately $12,500 in income so far because of my adherence to my religious beliefs. My wife and I support two children. A reduction in pay of this magnitude has been a real hardship for us.

   5. While each plaintiff's situation is somewhat different, each EMS plaintiff on administrative duty will have suffered a comparable reduction in pay because of his adherence to his religious beliefs.

   6. My fellow plaintiffs and I have demonstrated our commitment to our religious beliefs by bearing this cut in pay in order to have the opportunity to show that we can consistently obtain an adequate facemask fit with our beards. We have now shown that we can. I have now passed four tests over a period of about four years, including the test in late 2001 or early 2002 as well as the three recent tests.

   7. It would be punitive and unfair to require us to remain on administrative duty in light of these test results. Important as my religious beliefs are to me, I do not know how long my family and I could continue to bear this loss of income. I know that my fellow

plaintiffs would face similar hard decisions. Indeed, plaintiffs Evans and Baker already felt that they had to shave in order to maintain their incomes.

8. Allowing the Department to keep us on administrative duty would also be contrary to the public interest because it is wasteful for the people of the District of Columbia. Performing "administrative duty" really means doing nothing. The taxpayers of D.C. have been paying me to do nothing instead of serving them as an experienced emergency paramedic. And they have been paying someone else—probably at overtime rates—to cover my position. It makes no sense to continue this state of affairs, which harms the plaintiffs, the Department, and the people of D.C both as taxpayers and as potential emergency patients, while not adding anything to anyone's safety.

9. There has still never been a single occasion in which D.C. EMTs or paramedics have been required to use their face masks and Go-Bag filters. The Department has still not issued EMTs or paramedics Self-Contained Breathing Apparatus, which would be essential if we were to operate in a toxic atmosphere of any kind.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2006.

Steven B. Chasin