UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

No. 05-cv-1792 (JR)

DECLARATION OF JESSICA LANGLEY

I, Jessica Langley, hereby depose and state:

1. I am employed as a paralegal at the American Civil Liberties Union of the National Capital Area. In that capacity, I attended the fit tests administered to the plaintiffs in this case in December 2005 and January 2006. I obtained the test result printouts for those and other fit tests of plaintiffs from representatives of the District of Columbia.

2. Attached hereto are the following test result reports:

| Plaintiff | Test Date | Result |
|---|---|---|
| Steven Chasin | Nov. 03, 2005 | Pass |
| Steven Chasin | Dec. 13, 2005 | Pass |
| Steven Chasin | Jan. 11, 2006 | Pass |
| Kevin Conerly | Nov. 03, 2005 | Pass |
| Kevin Conerly | Dec. 13, 2005 | Pass |
| Kevin Conerly | Jan. 11, 2006 | Pass |
| Shango Kwame Rashumaa | Nov. 03, 2005 | Pass |
| Shango Kwame Rashumaa | Dec. 13, 2005 | Pass |
| Shango Kwame Rashumaa | Jan. 11, 2006 | Pass |
| Jasper Sterling | Nov. 10, 2005 | Pass |
| Jasper Sterling | Dec. 13, 2005 | Pass |
| Jasper Sterling | Jan. 11, 2006 | Pass |

| Plaintiff | Test Date | Result |
|---|---|---|
| Dwight Evans | Nov. 03, 2005 | Pass |
| Dwight Evans | Dec. 13, 2005 | Pass |
| Dwight Evans (no beard) | Dec. 15, 2005 | Pass |
| Eleon Baker | July 06, 2005 | Pass |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2006.

*Jessica Langley* (signature)
Jessica Langley

11/02/2005  
LAST NAME CHASIN  
FIRST NAME STEVEN

## FIT TEST REPORT
### Fit test information

ID NUMBER 3055  
LAST NAME CHASIN  
FIRST NAME STEVEN  
COMPANY M-31  
LOCATION MASK ROOM  
NOTE GLASSES/BEARD  

CUSTOM1  
CUSTOM2  
CUSTOM3  
CUSTOM4  

TEST DATE 11/02/2005  
TEST TIME 11:54  
DUE DATE 11/02/2006  

PORTACOUNT S/N 44784  
N95 COMPANION N  

RESPIRATOR  
MANUFACTURER SCOTT  
MODEL AV-3000  
MASK STYLE MEDIUM  
MASK SIZE MED.  
APPROVAL 500  
EFF. < 99% N  

PROTOCOL OSHA 29CFR1910.134  
PASS LEVEL 500  

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 3290 | Y |
| DEEP BREATHING | 60 | 3210 | Y |
| HEAD SIDE TO SIDE | 60 | 12200 | Y |
| HEAD UP AND DOWN | 60 | 21500 | Y |
| TALKING | 60 | 12800 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 6420 | Y |
| NORMAL BREATHING | 60 | 7040 | Y |

OVERALL FF         6250         Y

FIT TEST OPERATOR _S. Scott_ DATE 11-3-05  
SSCOTT  
NAME _[signature]_ DATE 11-3-2005  
STEVEN CHASIN

12/13/2005          LAST NAME CHASIN
         FIRST NAME STEVEN

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 3055 | | |
| LAST NAME | CHASIN | COSTOM1 | |
| FIRST NAME | STEVEN | CUSTOM2 | |
| COMPANY | M-31 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | BEARD | | |
| TEST DATE | 12/13/2005 | PORTACOUNT S/N | 44784 |
| TEST TIME | 09:57 | N95-COMPANION | N |
| DUE DATE | 12/13/2006 | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM [50 | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MED. | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 4650 | Y |
| DEEP BREATHING | 60 | 3710 | Y |
| HEAD SIDE TO SIDE | 60 | 6860 | Y |
| HEAD UP AND DOWN | 60 | 8410 | Y |
| TALKING | 60 | 5350 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 2640 | Y |
| NORMAL BREATHING | 60 | 5240 | Y |

OVERALL FIT FACTOR     4640     Y

FITTEST OPERATOR   *S. Scott*    DATE 12-13-05
     SSCOTT
NAME   *[signature]*    DATE 12-13-2005
     STEVEN CHASIN

01/11/2006                                          LAST NAME    CHASIN
                                                    FIRST NAME   STEVEN

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 3055 | | |
| LAST NAME | CHASIN | COSTOM1 | |
| FIRST NAME | STEVEN | CUSTOM2 | |
| COMPANY | M-31 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | BEARD | | |
| TEST DATE | 01/11/2006 | PORTACOUNT S/N | 44784 |
| TEST TIME | 09:38 | N95-COMPANION | N |
| DUE DATE | 01/11/2007 | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM [50( | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MEDIUM | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 1610 | Y |
| DEEP BREATHING | 60 | 2730 | Y |
| HEAD SIDE TO SIDE | 60 | 2380 | Y |
| HEAD UP AND DOWN | 60 | 1510 | Y |
| TALKING | 60 | 1870 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 2400 | Y |
| NORMAL BREATHING | 60 | 5850 | Y |

| | | | |
|---|---|---|---|
| OVERALL FIT FACTOR | | 2190 | Y |
| FITTEST OPERATOR | *S. Scott* | DATE | 1/11/06 |
| | S. SCOTT | | |
| NAME | *Steven B Chasin* | DATE | 1-11-2006 |
| | STEVEN CHASIN | | |

11/02/2005             LAST NAME CONERLY
                                 FIRST NAME KEVIN

## FIT TEST REPORT
### Fit test information

- **ID NUMBER** 0208
- **LAST NAME** CONERLY
- **FIRST NAME** KEVIN
- **COMPANY** T-12-2
- **LOCATION** MASK ROOM
- **NOTE** BEARD

- **CUSTOM1**
- **CUSTOM2**
- **CUSTOM3**
- **CUSTOM4**

- **TEST DATE** 11/02/2005
- **TEST TIME** 11:36
- **DUE DATE** 11/02/2006

- **PORTACOUNT S/N** 44784
- **N95 COMPANION** N

- **RESPIRATOR MANUFACTURER** SCOTT
- **MODEL** AV2000
- **MASK STYLE** X-LARGE
- **MASK SIZE** XLARGE
- **APPROVAL**
- **EFF. < 99%** N

- **PROTOCOL** OSHA 29CFR1910.134
- **PASS LEVEL** 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 1240 | Y |
| DEEP BREATHING | 60 | 996 | Y |
| HEAD SIDE TO SIDE | 60 | 1940 | Y |
| HEAD UP AND DOWN | 60 | 1430 | Y |
| TALKING | 60 | 1310 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 1130 | Y |
| NORMAL BREATHING | 60 | 1360 | Y |

**OVERALL FF**      1290      Y

FIT TEST OPERATOR _S. Scott_ DATE 11-3-05
SSCOTT

NAME _Kevin Conerly_ DATE 11/3/05
KEVIN CONERLY

12/13/2005                                              LAST NAME    CONERLY
                                                        FIRST NAME   KEVIN

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 0208 | | |
| LAST NAME | CONERLY | COSTOM1 | |
| FIRST NAME | KEVIN | CUSTOM2 | |
| COMPANY | T-12-2 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | BEARD | | |
| | | | |
| TEST DATE | 12/13/2005 | PORTACOUNT S/N | 44784 |
| TEST TIME | 08:30 | N95-COMPANION | N |
| DUE DATE | 12/13/2006 | | |
| | | | |
| RESPIRATOR | SCOTT AV 2000 X LARGE [5 | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV 2000 | | |
| MASK STYLE | X LARGE | APPROVAL | |
| MASK SIZE | XLARGE | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 368 | N |
| DEEP BREATHING | 60 | 368 | N |
| HEAD SIDE TO SIDE | 60 | 669 | Y |
| HEAD UP AND DOWN | 60 | 923 | Y |
| TALKING | 60 | 391 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 580 | Y |
| NORMAL BREATHING | 60 | 1670 | Y |

OVERALL FIT FACTOR                542                             Y

FITTEST OPERATOR       *[signature] D. Scott*              DATE 12-13-05
              SSCOTT
NAME          *[signature] Kevin R. Conerly*              DATE 12/13/05
              KEVIN  CONERLY

01/11/2006

LAST NAME  CONERLY
FIRST NAME  KEVIN

### FIT TEST REPORT

| | |
|---|---|
| ID NUMBER | 0208 |
| LAST NAME | CONERLY |
| FIRST NAME | KEVIN |
| COMPANY | T-12-2 |
| LOCATION | MASK ROOM |
| NOTE | BEARD |

COSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

| | |
|---|---|
| TEST DATE | 01/11/2006 |
| TEST TIME | 09:17 |
| DUE DATE | 01/11/2007 |

| | |
|---|---|
| PORTACOUNT S/N | 44784 |
| N95-COMPANION | N |

| | |
|---|---|
| RESPIRATOR | SCOTT AV3000 MEDIUM [50( |
| MANUFACTURER | SCOTT |
| MODEL | AV3000 |
| MASK STYLE | MEDIUM |
| MASK SIZE | MED. |

| | |
|---|---|
| PROTOCOL | OSHA 29CFR1910.134 |
| PASS LEVEL | 500 |
| APPROVAL | |
| EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 545 | Y |
| DEEP BREATHING | 60 | 518 | Y |
| HEAD SIDE TO SIDE | 60 | 574 | Y |
| HEAD UP AND DOWN | 60 | 639 | Y |
| TALKING | 60 | 419 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 789 | Y |
| NORMAL BREATHING | 60 | 603 | Y |

OVERALL FIT FACTOR    565    Y

FITTEST OPERATOR    *S. Scott* (signature)    DATE 1-11-06
S. SCOTT

NAME    *K R Conerly* (signature)    DATE 1/11/06
KEVIN CONERLY

11/02/2005                                              LAST NAME   RASHUMAA
                                                        FIRST NAME  SHANGO KWAME

## FIT TEST REPORT
### Fit test information

ID NUMBER 1882
LAST NAME RASHUMAA                      CUSTOM1
FIRST NAME SHANGO KWAME                 CUSTOM2
COMPANY MEDIC 9                         CUSTOM3
LOCATION MASK ROOM                      CUSTOM4
NOTE FACIAL HAIR

TEST DATE 11/02/2005                    PORTACOUNT S/N 44784
TEST TIME 12:31                         N95 COMPANION N
DUE DATE 11/02/2006

RESPIRATOR                              PROTOCOL OSHA 29CFR1910.134
MANUFACTURER SCOTT                      PASS LEVEL 500
MODEL AV2000
MASK STYLE X-LARGE
MASK SIZE XLARGE
APPROVAL
EFF. < 99% N

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 2010 | Y |
| DEEP BREATHING | 60 | 1780 | Y |
| HEAD SIDE TO SIDE | 60 | 1420 | Y |
| HEAD UP AND DOWN | 60 | 1670 | Y |
| TALKING | 60 | 1360 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 1070 | Y |
| NORMAL BREATHING | 60 | 862 | Y |

**OVERALL FF**                               1350              Y

FIT TEST OPERATOR _SScott_   DATE _11-3-05_
                    SSCOTT

NAME _[signature]_   DATE _11/3/05_
     SHANGO KWAME RASHUMAA

12/13/2005                                          LAST NAME    RASHUMAA
                                                    FIRST NAME   SHANGO KWAME

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| **ID NUMBER** | 1882 | | |
| **LAST NAME** | RASHUMAA | **COSTOM1** | |
| **FIRST NAME** | SHANGO KWAME | **CUSTOM2** | |
| **COMPANY** | MEDIC 9/OPERATIONS | **CUSTOM3** | |
| **LOCATION** | MASK ROOM | **CUSTOM4** | |
| **NOTE** | FACIAL HAIR ... | | |
| | | | |
| **TEST DATE** | 12/13/2005 | **PORTACOUNT S/N** | 44784 |
| **TEST TIME** | 09:21 | **N95-COMPANION** | N |
| **DUE DATE** | 12/13/2006 | | |
| | | | |
| **RESPIRATOR** | SCOTT AV3000 MEDIUM [50 | **PROTOCOL** | OSHA 29CFR1910.134 |
| **MANUFACTURER** | SCOTT | **PASS LEVEL** | 500 |
| **MODEL** | AV3000 | | |
| **MASK STYLE** | MEDIUM | **APPROVAL** | |
| **MASK SIZE** | MED. | **EFFICIENCY <99%** | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 532 | Y |
| DEEP BREATHING | 60 | 637 | Y |
| HEAD SIDE TO SIDE | 60 | 1210 | Y |
| HEAD UP AND DOWN | 60 | 1590 | Y |
| TALKING | 60 | 1620 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 2770 | Y |
| NORMAL BREATHING | 60 | 2980 | Y |

**OVERALL FIT FACTOR**                               1120                    Y

**FITTEST OPERATOR**      *L. Scott*                           DATE 12-13-05
                         SSCOTT
**NAME**                 *[signature]*                         DATE 12/13/05
                         SHANGO KWAME  RASHU[...]

01/11/2006      LAST NAME   RASHUMAA
     FIRST NAME   SHANGO KWAME

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 1882 | | |
| LAST NAME | RASHUMAA | COSTOM1 | |
| FIRST NAME | SHANGO KWAME | CUSTOM2 | |
| COMPANY | MEDIC 9/OPERATIONS | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | FACIAL HAIR ... | | |
| | | | |
| TEST DATE | 01/11/2006 | PORTACOUNT S/N | 44784 |
| TEST TIME | 08:35 | N95-COMPANION | N |
| DUE DATE | 01/11/2007 | | |
| | | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM [50( | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MED. | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 540 | Y |
| DEEP BREATHING | 60 | 683 | Y |
| HEAD SIDE TO SIDE | 60 | 1120 | Y |
| HEAD UP AND DOWN | 60 | 1100 | Y |
| TALKING | 60 | 1230 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 549 | Y |
| NORMAL BREATHING | 60 | 3030 | Y |

**OVERALL FIT FACTOR**     866     Y

FITTEST OPERATOR    *S. Scott*    DATE 1-11-06
NAME    S. SCOTT    DATE 1/11/06
SHANGO KWAME    RASHUMAA

11/09/2005

LAST NAME STERLING
FIRST NAME JASPER

## FIT TEST REPORT

Fit test information

ID NUMBER 3007
LAST NAME STERLING
FIRST NAME JASPER
COMPANY M-27
LOCATION MASK ROOM
NOTE FACIAL HAIR AND SMOKER

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 11/09/2005
TEST TIME 10:59
DUE DATE 11/09/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV-3000
MASK STYLE MEDIUM
MASK SIZE MED.
APPROVAL 500
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 7660 | Y |
| DEEP BREATHING | 60 | 9000 | Y |
| HEAD SIDE TO SIDE | 60 | 17500 | Y |
| HEAD UP AND DOWN | 60 | 10300 | Y |
| TALKING | 60 | 9150 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 8600 | Y |
| NORMAL BREATHING | 60 | 17900 | Y |

OVERALL FF                                                10300        Y

FIT TEST OPERATOR _S. Scott_ DATE 11-10-05
SSCOTT

NAME _[signature]_ DATE 11/10/05
JASPER     STERLING

12/13/2005                                    LAST NAME    STERLING
                                              FIRST NAME   JASPER

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| **ID NUMBER** | 3007 | | |
| **LAST NAME** | STERLING | **COSTOM1** | |
| **FIRST NAME** | JASPER | **CUSTOM2** | |
| **COMPANY** | M-27 #3 | **CUSTOM3** | |
| **LOCATION** | MASK ROOM | **CUSTOM4** | |
| **NOTE** | FACIAL HAIR, SMOKER | | |
| | | | |
| **TEST DATE** | 12/13/2005 | **PORTACOUNT S/N** | 44784 |
| **TEST TIME** | 08:49 | **N95-COMPANION** | N |
| **DUE DATE** | 12/13/2006 | | |
| | | | |
| **RESPIRATOR** | SCOTT AV3000 MEDIUM [50 | **PROTOCOL** | OSHA 29CFR1910.134 |
| **MANUFACTURER** | SCOTT | **PASS LEVEL** | 500 |
| **MODEL** | AV3000 | | |
| **MASK STYLE** | MEDIUM | **APPROVAL** | |
| **MASK SIZE** | MED. | **EFFICIENCY <99%** | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 3170 | Y |
| DEEP BREATHING | 60 | 7330 | Y |
| HEAD SIDE TO SIDE | 60 | 15600 | Y |
| HEAD UP AND DOWN | 60 | 15500 | Y |
| TALKING | 60 | 7110 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 7750 | Y |
| NORMAL BREATHING | 60 | 10100 | Y |

**OVERALL FIT FACTOR**          7370            Y

**FITTEST OPERATOR**   *[signature: S Scott]*    DATE 12-13-05
                       SSCOTT
**NAME**               *[signature: Jasper Sterling]*    DATE 12/13/05

01/11/2006    LAST NAME STERLING
              FIRST NAME JASPER

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 3007 | | |
| LAST NAME | STERLING | COSTOM1 | |
| FIRST NAME | JASPER | CUSTOM2 | |
| COMPANY | M-27 #3 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | FACIAL HAIR, SMOKER | | |
| | | | |
| TEST DATE | 01/11/2006 | PORTACOUNT S/N | 44784 |
| TEST TIME | 09:55 | N95-COMPANION | N |
| DUE DATE | 01/11/2007 | | |
| | | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM [50( | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MEDIUM | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 5530 | Y |
| DEEP BREATHING | 60 | 22600 | Y |
| HEAD SIDE TO SIDE | 60 | 21700 | Y |
| HEAD UP AND DOWN | 60 | 9450 | Y |
| TALKING | 60 | 5570 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 2410 | Y |
| NORMAL BREATHING | 60 | 28400 | Y |

| | | | |
|---|---|---|---|
| OVERALL FIT FACTOR | | 6950 | Y |
| FITTEST OPERATOR | *S. Scott* (signature) | DATE | 1/11/06 |
| | S. SCOTT | | |
| NAME | *Jasper Sterling* (signature) | DATE | 1/11/06 |
| | JASPER STERLING | | |

11/02/2005                                              LAST NAME  EVANS
                                                        FIRST NAME DWIGHT

## FIT TEST REPORT
### Fit test information

**ID NUMBER** 2934
**LAST NAME** EVANS                          CUSTOM1
**FIRST NAME** DWIGHT                        CUSTOM2
**COMPANY** M-31                             CUSTOM3
**LOCATION** MASK ROOM                       CUSTOM4
**NOTE** WEAR GLASSES BEARD

**TEST DATE** 11/02/2005                     **PORTACOUNT S/N** 44784
**TEST TIME** 10:54                          **N95 COMPANION** N
**DUE DATE** 11/02/2006

**RESPIRATOR**                               **PROTOCOL** OSHA 29CFR1910.134
**MANUFACTURER** SCOTT                       **PASS LEVEL** 500
**MODEL** AV2000
**MASK STYLE** COMFORT
**MASK SIZE** COM-LARGE
**APPROVAL**
**EFF. < 99%** N

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 3670 | Y |
| DEEP BREATHING | 60 | 5240 | Y |
| HEAD SIDE TO SIDE | 60 | 7780 | Y |
| HEAD UP AND DOWN | 60 | 15400 | Y |
| TALKING | 60 | 7520 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 5880 | Y |
| NORMAL BREATHING | 60 | 21700 | Y |

**OVERALL FF**                                       6960              Y

FIT TEST OPERATOR  _S. Scott_       DATE _11-3-05_
                    SSCOTT

NAME  _Dwight Evans_                DATE _11-3-05_
       DWIGHT  EVANS

12/13/2005                                           LAST NAME    EVANS
                                                     FIRST NAME   DWIGHT

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 002934 | | |
| LAST NAME | EVANS | COSTOM1 | |
| FIRST NAME | DWIGHT | CUSTOM2 | |
| COMPANY | M-31 E31 | CUSTOM3 | |
| LOCATION | MAST ROOM | CUSTOM4 | |
| NOTE | BEARD | | |
| TEST DATE | 12/13/2005 | PORTACOUNT S/N | 44784 |
| TEST TIME | 09:37 | N95-COMPANION | N |
| DUE DATE | 12/13/2006 | | |
| RESPIRATOR | SCOTT AV2000 COMFORT F | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV2000 | | |
| MASK STYLE | COMFORT FIT | APPROVAL | |
| MASK SIZE | LARGE | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 11700 | Y |
| DEEP BREATHING | 60 | 22300 | Y |
| HEAD SIDE TO SIDE | 60 | 18400 | Y |
| HEAD UP AND DOWN | 60 | 12700 | Y |
| TALKING | 60 | 8290 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 11600 | Y |
| NORMAL BREATHING | 60 | 25200 | Y |

OVERALL FIT FACTOR                          13700              Y

FITTEST OPERATOR       *S. Scott*                    DATE  12-13-05
            SSCOTT
NAME        *Dwight Evans*                           DATE  12/13/05
            DWIGHT EVANS

12/15/2005

LAST NAME   EVANS
FIRST NAME   DWIGHT M

### FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 002934 | COSTOM1 | |
| LAST NAME | EVANS | CUSTOM2 | **COPY** |
| FIRST NAME | DWIGHT M | CUSTOM3 | |
| COMPANY | M-31 E-31 | CUSTOM4 | |
| LOCATION | MAST ROOM | | |
| NOTE | CLEAN SHAVEN FIT TEST | | |
| | | | |
| TEST DATE | 12/15/2005 | PORTACOUNT S/N | 44784 |
| TEST TIME | 10:07 | N95-COMPANION | N |
| DUE DATE | 12/15/2006 | | |
| | | | |
| RESPIRATOR | SCOTT AV2000 COMFORT F | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV2000 | | |
| MASK STYLE | COMFORT FIT | APPROVAL | |
| MASK SIZE | LARGE | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 35300 | Y |
| DEEP BREATHING | 60 | 34900 | Y |
| HEAD SIDE TO SIDE | 60 | 32400 | Y |
| HEAD UP AND DOWN | 60 | 15400 | Y |
| TALKING | 60 | 7090 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 14500 | Y |
| NORMAL BREATHING | 60 | 22100 | Y |

OVERALL FIT FACTOR   17100   Y

FITTEST OPERATOR   *S. Scott*   DATE 12-15-05
(SSCOTT)

NAME   *Dwight Evans*   DATE 12/15/05
DWIGHT M EVANS

07/06/2005             LAST NAME   BAKER
                                        FIRST NAME   ELEON

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 000039 | | |
| LAST NAME | BAKER | CUSTOM1 | |
| FIRST NAME | ELEON | CUSTOM2 | |
| COMPANY | DCFD | CUSTOM3 | |
| LOCATION | E-24 | CUSTOM4 | |
| NOTE | | | |
| | | | |
| TEST DATE | 07/06/2005 | PORTACOUNT S/N | 44784 |
| TEST TIME | 15:30 | N95-COMPANION | N |
| DUE DATE | 07/06/2006 | | |
| | | | |
| RESPIRATOR | SCOTT AV3000 FF [500] | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | FF | APPROVAL | |
| MASK SIZE | MD | EFFICIENCY <99% | N |

(handwritten note: AV3000 Med. + K FT)

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 2490 | Y |
| DEEP BREATHING | 60 | 2960 | Y |
| HEAD SIDE TO SIDE | 60 | 9820 | Y |
| HEAD UP AND DOWN | 60 | 2370 | Y |
| TALKING | 60 | 3040 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 1550 | Y |
| NORMAL BREATHING | 60 | 8820 | Y |

OVERALL FIT FACTOR       2977       Y

FITTEST OPERATOR   *C Booker*      DATE   7/6/05
                                C BOOKER
NAME            *[signature]*               DATE   7-6-05
              ELEON BAKER