UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

          Plaintiffs,

v.                                                                               No. 05-cv-1792 (JR)

DISTRICT OF COLUMBIA, *et al.*,

          Defendants.

**ORDER**

The Court has before it plaintiffs' motion for entry of an order directing the reinstatement of plaintiffs to field operations pursuant to the Court's Order of November 10, 2005, defendant's opposition thereto, and the entire record in this case and in the consolidated case of *Potter v. District of Columbia*, No. 01-cv-1189 (JR).

Based upon plaintiffs' success in passing three consecutive quantitative fit-tests over a period of more than 90 days, the Court finds as a fact, for purposes of the continuing preliminary injunction herein, that plaintiffs can safely perform their duties under all foreseeable circumstances while wearing their beards. Accordingly, it is hereby

ORDERED, that plaintiffs' motion is **granted**; and it is further

ORDERED, that within three days of the date of this Order, the defendant shall reinstate plaintiffs Steven Chasen, Shango Kwame Rashumaa, Jasper Sterling, and Dwight Evans to field operations as paramedics, and shall reinstate plaintiffs Kevin Conerly and Eleon Baker to field operations as firefighters.

Dated: _____, 2006

                                                                               _____
                                                                                    James Robertson
                                                                        United States District Judge