**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR FURTHER**
**ENLARGEMENT OF TIME TO FILE ITS OPPOSITIONS**
**TO PLAINTIFFS' MOTIONS FOR REINSTATEMENT**

Pursuant to Fed. R. Civ. Pro 6(b)(1), Defendant respectfully requests a short, further enlargement of time to file its Oppositions to Plaintiffs' Motions for Reinstatement, filed December 23, 2005, and January 12, 2006, from Friday, January 20, 2006, to and including, Monday, January 23, 2006.  Due to unexpected, pressing matters in the undersigned counsel's cases, Defendant was unable to file its oppositions. Plaintiffs' counsel has graciously consented to this enlargement.  This brief enlargement will not prejudice Plaintiffs.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General of the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        **/s/ Robert C. Utiger**
                        ROBERT C. UTIGER [437130]
                        Senior Counsel
                        441 Fourth Street, N.W., Sixth Floor South
                        Washington, D.C. 20001
                        (202) 724-6532

                        **/s/ Eden I. Miller**
                        EDEN I. MILLER [#483802]
                        Assistant Attorney General
                        441 Fourth Street, N.W., Sixth Floor South
                        Washington, D.C. 20001
January 20, 2006            (202) 724-6614