# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALVERT POTTER, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____)<br>)<br>STEVEN B. CHASIN, *et al*. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 01-1189 (JR)<br><br><br><br>Consolidated with<br><br><br><br>Civil Action No. 05-1792 (JR) |

## ORDER

Upon consideration of Defendant's Consent Motion for Further Enlargement of Time to File Its Oppositions to Plaintiffs' Motions for Reinstatement, it is hereby

**ORDERED,** on this _____ day of January, 2006, that**:**

1. Defendant's motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that Defendant's time to respond to Plaintiffs' Motion is enlarged to and including Monday, January 23, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE