Potter v. District of Columbia, Civil Action No. 01-1189 (JR), consolidated with
Chasin v. District of Columbia, Civil Action No. 05-1792 (JR)

# FIT TEST RESULTS

| NAME | DATE[1] | MASK SIZE | RESULT | SCORE |
|---|---|---|---|---|
| Ali, Tarick | 09/21/05 | AV-2000 Large | FAIL | - |
| | 09/21/05 | AV-3000 Medium | FAIL | - |
| | 09/21/05 | AV-3000 Small | PASS | 3030 |
| | 09/21/05 | AV-2000 X-Large | PASS[2] | 4210 |
| | 11/10/05 | AV-2000 X-Large | PASS[3] | 2080 |
| | 12/13/05 | AV-2000 X-Large | PASS | 3900 |
| Chasin, Steven | 11/03/05 | AV-3000 Medium | PASS | 6250 |
| | 12/13/05 | AV-3000 Medium | PASS | 4640 |
| | 01/11/06 | AV-3000 Medium | PASS | 2190 |

---

[1] The computer print-outs of the fit test results from 09/21/05, 09/22/05, 11/03/05, and 11/10/05 all have incorrect dates.
[2] The pass level was mistakenly set on 100 rather than 500.
[3] The pass level was mistakenly set on 100 rather than 500.

| NAME | DATE | MASK SIZE | RESULT | SCORE |
|---|---|---|---|---|
| Conerly, Kevin | 11/03/05 | AV-3000 Large | FAIL | - |
|  | 11/03/05 | AV-3000 Medium | FAIL | - |
|  | 11/03/05 | AV-2000 X-Large | PASS | 1290 |
|  | 12/13/05 | AV-2000 X-Large | PASS | 542 |
|  | 01/11/06[4] | AV-2000 X-Large | FAIL | - |
|  | 01/11/06 | AV-2000 X-Large | FAIL | - |
|  | 01/11/06 | AV-3000 Large | FAIL | - |
|  | 01/11/06 | AV-3000 Medium | PASS | 565 |
| Evans, Dwight[5] | 11/03/05 | AV-2000 Comfort Large | PASS | 6960 |
|  | 12/13/05 | AV-2000 Comfort Large | PASS | 13700 |
| Potter, Calvert | 09/22/05 | AV-2000 Small | PASS | 5190 |
|  | 11/10/05 | AV-2000 Small | PASS | 4750 |
|  | 12/13/05 | AV-2000 Small | PASS | 7650 |

---

[4] Firefighter Scott stopped the first test that Firefighter Conerly took because the number that indicates how much outside air is in the mask was very high with no chance of passing.

[5] By agreement of the parties, Dwight Evans will not be tested a third time because he is now clean-shaven and in compliance. Also by agreement of the parties, Eleon Baker will not be tested because he has been in compliance and clean-shaven since the beginning of the testing. Both have been tested clean-shaven and passed; both are now on full duty.

2

| NAME | DATE | MASK SIZE | RESULT | SCORE |
|---|---|---|---|---|
| Rashumaa, Shango Kwame | 11/03/05 | AV-2000 X-Large | PASS[6] | 27300 |
|  | 11/03/05 | AV-2000 X-Large | PASS | 1350 |
|  | 12/13/05 | AV-2000 X-Large | FAIL | - |
|  | 12/13/05 | AV-3000 Medium | PASS | 1120 |
|  | 01/11/06 | AV-3000 Medium | PASS | 866 |
| Sterling, Jasper | 11/10/05 | AV-2000 Comfort Large | FAIL | - |
|  | 11/10/05 | AV-3000 Medium | PASS | 10300 |
|  | 12/13/05 | AV-3000 Medium | PASS | 7370 |
|  | 01/11/06 | AV-3000 Medium | PASS | 6950 |

---

[6] The pass level was mistakenly set on 100 rather than 500.

3

| **NAME** | **DATE** | **MASK SIZE** | **RESULT** | **SCORE** |
|---|---|---|---|---|
| Umrani, Hassan[7] | 09/21/05 | AV-3000 Large | FAIL | - |
| | 09/21/05 | AV-2000 Comfort Large | FAIL | - |
| | 09/21/05 | AV-3000 Medium | FAIL | - |
| | 09/21/05 | AV-2000 X-Large | FAIL | - |
| | 09/21/05 | AV-3000 Large | FAIL | - |
| | 09/21/05 | AV-3000 Large | FAIL | - |
| | 09/21/05 | AV-2000 X-Large | FAIL | - |
| | 09/21/05 | AV-2000 X-Large | FAIL | - |
| | 01/11/06 | AV-2000 Comfort Large | FAIL | - |
| | 01/11/06 | AV-3000 Large | FAIL | - |
| | 01/11/06 | AV-3000 Medium | FAIL | - |
| | 01/11/06 | AV-2000 X-Large | FAIL | - |
| | 01/11/06 | AV-2000 X-Large | FAIL | - |

[7] Plaintiffs' counsel has requested that Firefighter Umrani be further tested. The date for that testing has not yet been selected.

4