09/20/2005

LAST NAME ALI
FIRST NAME TARICK

FIT TEST REPORT

Fit test information

ID NUMBER 000014
LAST NAME ALI
FIRST NAME TARICK
COMPANY T-15-1
LOCATION MASK ROOM
NOTE BEARD,

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 09/20/2005
TEST TIME 20:27
DUE DATE 09/20/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV2000
MASK STYLE LARGE
MASK SIZE LARGE
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 189 | N |
| DEEP BREATHING | 60 | 218 | N |
| HEAD SIDE TO SIDE | 60 | 202 | N |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF

TERMINATED

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE _____
TARICK        ALI

1

09/20/2005

LAST NAME ALI
FIRST NAME TARICK

## FIT TEST REPORT

### Fit test information

ID NUMBER 000014
LAST NAME ALI
FIRST NAME TARICK
COMPANY T-15-1
LOCATION MASK ROOM
NOTE BEARD,

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 09/20/2005
TEST TIME 20:13
DUE DATE 09/20/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV3000
MASK STYLE MEDUIM
MASK SIZE MED
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 297 | N |
| DEEP BREATHING | 60 | 288 | N |
| HEAD SIDE TO SIDE | 60 | 249 | N |
| HEAD UP AND DOWN | 60 | 339 | N |
| TALKING | 60 | 245 | N |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF

TERMINATED

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE_____
TARICK        ALI

09/20/2005                                              LAST NAME  ALI
                                                       FIRST NAME  TARICK

<u>_____ FIT TEST REPORT _____</u>

**Fit test information**

ID NUMBER  000014
LAST NAME  ALI                                    CUSTOM1
FIRST NAME  TARICK                                CUSTOM2
COMPANY  T-15-1                                    CUSTOM3
LOCATION  MASK ROOM                                CUSTOM4
NOTE  BEARD,

TEST DATE  09/20/2005                  PORTACOUNT S/N  44784
TEST TIME  21:05                       N95 COMPANION  N
DUE DATE  09/20/2006

RESPIRATOR                                  PROTOCOL  OSHA 29CFR1910.134
MANUFACTURER  SCOTT                        PASS LEVEL  500
MODEL  AV-3000
MASK STYLE  SMALL
MASK SIZE  SMALL
APPROVAL
EFF. < 99%  N

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 3090 | Y |
| DEEP BREATHING | 60 | 4440 | Y |
| HEAD SIDE TO SIDE | 60 | 9320 | Y |
| HEAD UP AND DOWN | 60 | 11100 | Y |
| TALKING | 60 | 3720 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 3670 | Y |
| NORMAL BREATHING | 60 | 978 | Y |

**OVERALL FF**                                        3030            Y

FIT TEST OPERATOR  _____  DATE  9-21-05
                         SCOTT
NAME  _____  DATE  9-21-05
        TARICK        ALI

3

09/20/2005

LAST NAME  ALI
FIRST NAME  TARICK

### FIT TEST REPORT

**Fit test information**

ID NUMBER 000014
LAST NAME ALI
FIRST NAME TARICK
COMPANY T-15-1
LOCATION MASK ROOM
NOTE BEARD,

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 09/20/2005
TEST TIME 21:28
DUE DATE 09/20/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV2000
MASK STYLE EX
MASK SIZE EX LARGE
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 100

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 4770 | Y |
| DEEP BREATHING | 60 | 4830 | Y |
| HEAD SIDE TO SIDE | 60 | 7550 | Y |
| HEAD UP AND DOWN | 60 | 6040 | Y |
| TALKING | 60 | 2480 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 4460 | Y |
| NORMAL BREATHING | 60 | 3130 | Y |

OVERALL FF                                          4210          Y

FIT TEST OPERATOR _____ DATE 9-21-05
SCOTT

NAME _____ DATE 9-21-05
TARICK    ALI

4

11/09/2005                                          LAST NAME  ALI
                                                    FIRST NAME  TARICK

### FIT TEST REPORT

**Fit test information**

ID NUMBER  000014
LAST NAME  ALI                              CUSTOM1
FIRST NAME  TARICK                          CUSTOM2
COMPANY  T-15                               CUSTOM3
LOCATION  MASK ROOM                         CUSTOM4
NOTE  BEARD

TEST DATE  11/09/2005              PORTACOUNT S/N  44784
TEST TIME  10:05                   N95 COMPANION  N
DUE DATE  11/09/2006

RESPIRATOR                         PROTOCOL  OSHA 29CFR1910.134
MANUFACTURER  SCOTT                PASS LEVEL  500
MODEL  AV2000
MASK STYLE  X-LARGE
MASK SIZE  XLARGE
APPROVAL
EFF. < 99%  N

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 2700 | Y |
| DEEP BREATHING | 60 | 2840 | Y |
| HEAD SIDE TO SIDE | 60 | 3410 | Y |
| HEAD UP AND DOWN | 60 | 4110 | Y |
| TALKING | 60 | 820 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 1470 | Y |
| NORMAL BREATHING | 60 | 4830 | Y |

OVERALL FF                                  2080        Y

FIT TEST OPERATOR _____  DATE 11-10-05
                          SCOTT

NAME _____  DATE 11-10-05
       TARICK      ALI

5

12/13/2005

| | | LAST NAME | ALI |
| | | FIRST NAME | TARICK |

### FIT TEST REPORT

| | | | |
|---|---|---|---|
| **ID NUMBER** | 000014 | | |
| **LAST NAME** | ALI | **COSTOM1** | |
| **FIRST NAME** | TARICK | **CUSTOM2** | |
| **COMPANY** | T-15 | **CUSTOM3** | |
| **LOCATION** | MASK ROOM | **CUSTOM4** | |
| **NOTE** | BEARD | | |

| | | | |
|---|---|---|---|
| **TEST DATE** | 12/13/2005 | **PORTACOUNT S/N** | 44784 |
| **TEST TIME** | 10:42 | **N95-COMPANION** | N |
| **DUE DATE** | 12/13/2006 | | |

| | | | |
|---|---|---|---|
| **RESPIRATOR** | SCOTT AV 2000 X LARGE [5( | **PROTOCOL** | OSHA 29CFR1910.134 |
| **MANUFACTURER** | SCOTT | **PASS LEVEL** | 500 |
| **MODEL** | AV 2000 | | |
| **MASK STYLE** | X LARGE | **APPROVAL** | |
| **MASK SIZE** | X LARGE | **EFFICIENCY <99%** | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 1870 | Y |
| DEEP BREATHING | 60 | 4050 | Y |
| HEAD SIDE TO SIDE | 60 | 5560 | Y |
| HEAD UP AND DOWN | 60 | 19000 | Y |
| TALKING | 60 | 2570 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 3100 | Y |
| NORMAL BREATHING | 60 | 15400 | Y |

**OVERALL FIT FACTOR**    3900    Y

**FITTEST OPERATOR**    DATE 12-13-05

**NAME**    DATE 13 Dec 05

SSCOTT

TARICK   ALI

11/02/2005

LAST NAME CHASIN
FIRST NAME STEVEN

## FIT TEST REPORT

### Fit test information

ID NUMBER 3055
LAST NAME CHASIN
FIRST NAME STEVEN
COMPANY M-31
LOCATION MASK ROOM
NOTE GLASSES/BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 11/02/2005
TEST TIME 11:54
DUE DATE 11/02/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV-3000
MASK STYLE MEDIUM
MASK SIZE MED.
APPROVAL 500
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 3290 | Y |
| DEEP BREATHING | 60 | 3210 | Y |
| HEAD SIDE TO SIDE | 60 | 12200 | Y |
| HEAD UP AND DOWN | 60 | 21500 | Y |
| TALKING | 60 | 12800 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 6420 | Y |
| NORMAL BREATHING | 60 | 7040 | Y |

OVERALL FF                                   6250        Y

FIT TEST OPERATOR _____ DATE 11-3-05
                        SSCOTT

NAME _____ DATE 11-3-2005
      STEVEN        CHASIN

7

12/13/2005

| | |
|---|---|
| LAST NAME | CHASIN |
| FIRST NAME | STEVEN |

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 3055 | | |
| LAST NAME | CHASIN | COSTOM1 | |
| FIRST NAME | STEVEN | CUSTOM2 | |
| COMPANY | M-31 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | BEARD | | |

| | | | |
|---|---|---|---|
| TEST DATE | 12/13/2005 | PORTACOUNT S/N | 44784 |
| TEST TIME | 09:57 | N95-COMPANION | N |
| DUE DATE | 12/13/2006 | | |

| | | | |
|---|---|---|---|
| RESPIRATOR | SCOTT AV3000 MEDIUM [50 | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MED. | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 4650 | Y |
| DEEP BREATHING | 60 | 3710 | Y |
| HEAD SIDE TO SIDE | 60 | 6860 | Y |
| HEAD UP AND DOWN | 60 | 8410 | Y |
| TALKING | 60 | 5350 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 2640 | Y |
| NORMAL BREATHING | 60 | 5240 | Y |

**OVERALL FIT FACTOR**          4640                    Y

FITTEST OPERATOR          *S. Scott*          DATE  12-13-05

NAME    SSCOTT          DATE  12-13-2005

STEVEN   CHASIN

01/11/2006

| | |
|---|---|
| **LAST NAME** | CHASIN |
| **FIRST NAME** | STEVEN |

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| **ID NUMBER** | 3055 | | |
| **LAST NAME** | CHASIN | **COSTOM1** | |
| **FIRST NAME** | STEVEN | **CUSTOM2** | |
| **COMPANY** | M-31 | **CUSTOM3** | |
| **LOCATION** | MASK ROOM | **CUSTOM4** | |
| **NOTE** | BEARD | | |

| | | | |
|---|---|---|---|
| **TEST DATE** | 01/11/2006 | **PORTACOUNT S/N** | 44784 |
| **TEST TIME** | 09:38 | **N95-COMPANION** | N |
| **DUE DATE** | 01/11/2007 | | |

| | | | |
|---|---|---|---|
| **RESPIRATOR** | SCOTT AV3000 MEDIUM [50( | **PROTOCOL** | OSHA 29CFR1910.134 |
| **MANUFACTURER** | SCOTT | **PASS LEVEL** | 500 |
| **MODEL** | AV3000 | | |
| **MASK STYLE** | MEDIUM | **APPROVAL** | |
| **MASK SIZE** | MEDIUM | **EFFICIENCY <99%** | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 1610 | Y |
| DEEP BREATHING | 60 | 2730 | Y |
| HEAD SIDE TO SIDE | 60 | 2380 | Y |
| HEAD UP AND DOWN | 60 | 1510 | Y |
| TALKING | 60 | 1870 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 2400 | Y |
| NORMAL BREATHING | 60 | 5850 | Y |

**OVERALL FIT FACTOR**           2190           Y

**FITTEST OPERATOR**    *S. Scott*           **DATE** *1/11/06*
                      S. SCOTT

**NAME**    *[signature]*           **DATE** *1-11-2006*
            STEVEN   CHASIN

**11/07/2005**

**LAST NAME** CONERLY
**FIRST NAME** KEVIN

## FIT TEST REPORT

**Fit test information**

**ID NUMBER** 0208
**LAST NAME** CONERLY
**FIRST NAME** KEVIN
**COMPANY** T-12-2
**LOCATION** MASK ROOM
**NOTE** BEARD

**CUSTOM1**
**CUSTOM2**
**CUSTOM3**
**CUSTOM4**

**TEST DATE** 11/02/2005
**TEST TIME** 11:17
**DUE DATE** 11/02/2006

**PORTACOUNT S/N** 44784
**N95 COMPANION** N

**RESPIRATOR**
**MANUFACTURER** SCOTT
**MODEL** AV3000
**MASK STYLE** LARGE
**MASK SIZE** LARGE
**APPROVAL**
**EFF. < 99%** N

**PROTOCOL** OSHA 29CFR1910.134
**PASS LEVEL** 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 134 | N |
| DEEP BREATHING | 60 | 108 | N |
| HEAD SIDE TO SIDE | 60 | | |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

**OVERALL FF**                                              TERMINATED

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE_____
KEVIN          CONERLY

10

11/02/2005

LAST NAME CONERLY
FIRST NAME KEVIN

## FIT TEST REPORT

### Fit test information

ID NUMBER 0208
LAST NAME CONERLY
FIRST NAME KEVIN
COMPANY T-12-2
LOCATION MASK ROOM
NOTE BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 11/02/2005
TEST TIME 11:26
DUE DATE 11/02/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV3000
MASK STYLE MEDUIM
MASK SIZE MED
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 537 | Y |
| DEEP BREATHING | 60 | 629 | Y |
| HEAD SIDE TO SIDE | 60 | 556 | Y |
| HEAD UP AND DOWN | 60 | 582 | Y |
| TALKING | 60 | 223 | N |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 385 | N |
| NORMAL BREATHING | 60 | | |

OVERALL FF

TERMINATED

FIT TEST OPERATOR _A. Scott_ DATE 11-3-05
SSCOTT

NAME _Kevin Conerly_ DATE 11/03/05
KEVIN       CONERLY

11/02/2005

LAST NAME CONERLY
FIRST NAME KEVIN

<u>FIT TEST REPORT</u>

**Fit test information**

| | | |
|---|---|---|
| **ID NUMBER** 0208 | | |
| **LAST NAME** CONERLY | **CUSTOM1** | |
| **FIRST NAME** KEVIN | **CUSTOM2** | |
| **COMPANY** T-12-2 | **CUSTOM3** | |
| **LOCATION** MASK ROOM | **CUSTOM4** | |
| **NOTE** BEARD | | |

**TEST DATE** 11/02/2005          **PORTACOUNT S/N** 44784
**TEST TIME** 11.36                    **N95 COMPANION** N
**DUE DATE** 11/02/2006

**RESPIRATOR**                          **PROTOCOL** OSHA 29CFR1910.134
**MANUFACTURER** SCOTT            **PASS LEVEL** 500
**MODEL** AV2000
**MASK STYLE** X-LARGE
**MASK SIZE** XLARGE
**APPROVAL**
**EFF. < 99%** N

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 1240 | Y |
| DEEP BREATHING | 60 | 996 | Y |
| HEAD SIDE TO SIDE | 60 | 1940 | Y |
| HEAD UP AND DOWN | 60 | 1430 | Y |
| TALKING | 60 | 1310 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 1130 | Y |
| NORMAL BREATHING | 60 | 1360 | Y |

**OVERALL FF**                              1290          Y

FIT TEST OPERATOR _____ DATE 11-3-0 5
                                    SSCOTT

NAME _____ DATE 11/3/05
            KEVIN          CONERLY

12

12/13/2005                                      LAST NAME    CONERLY
                                                FIRST NAME   KEVIN

### FIT TEST REPORT

ID NUMBER    0208
LAST NAME    CONERLY                COSTOM1
FIRST NAME   KEVIN                   CUSTOM2
COMPANY      T-12-2                   CUSTOM3
LOCATION     MASK ROOM                CUSTOM4
NOTE         BEARD


TEST DATE    12/13/2005          PORTACOUNT S/N   44784
TEST TIME    08:30               N95-COMPANION    N
DUE DATE     12/13/2006


RESPIRATOR   SCOTT AV 2000 X LARGE [5        PROTOCOL    OSHA 29CFR1910.134
MANUFACTURER SCOTT                        PASS LEVEL    500
MODEL        AV 2000
MASK STYLE   X LARGE                       APPROVAL
MASK SIZE    XLARGE                     EFFICENCY <99%   N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 368 | N |
| DEEP BREATHING | 60 | 368 | N |
| HEAD SIDE TO SIDE | 60 | 669 | Y |
| HEAD UP AND DOWN | 60 | 923 | Y |
| TALKING | 60 | 391 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 580 | Y |
| NORMAL BREATHING | 60 | 1670 | Y |


OVERALL FIT FACTOR                      542              Y

FITTEST OPERATOR          *S. Scatt*              DATE  12-13-05
                          SSCOTT
NAME                      *K R Conerly*           DATE  12/13/05
                          KEVIN  CONERLY


13

01/11/2006

**LAST NAME** CONERLY
**FIRST NAME** KEVIN

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| **ID NUMBER** | 0208 | | |
| **LAST NAME** | CONERLY | **COSTOM1** | |
| **FIRST NAME** | KEVIN | **CUSTOM2** | |
| **COMPANY** | T-12-2 | **CUSTOM3** | |
| **LOCATION** | MASK ROOM | **CUSTOM4** | |
| **NOTE** | BEARD | | |

| | | | |
|---|---|---|---|
| **TEST DATE** | 01/11/2006 | **PORTACOUNT S/N** | 44784 |
| **TEST TIME** | 08:59 | **N95-COMPANION** | N |
| **DUE DATE** | 01/11/2007 | | |

| | | | |
|---|---|---|---|
| **RESPIRATOR** | SCOTT AV 2000 X LARGE [5 | **PROTOCOL** | OSHA 29CFR1910.134 |
| **MANUFACTURER** | SCOTT | **PASS LEVEL** | 500 |
| **MODEL** | AV 2000 | | |
| **MASK STYLE** | X LARGE | **APPROVAL** | |
| **MASK SIZE** | X-LARGE | **EFFICIENCY <99%** | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 20 | N |
| DEEP BREATHING | 60 | 0 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

**OVERALL FIT FACTOR** 0 N

**FITTEST OPERATOR** *S. Scott* **DATE** 1-11-06
S. SCOTT

**NAME** *Kevin R Conerly* **DATE** 1/11/06
KEVIN   CONERLY

01/11/2006

LAST NAME    CONERLY
FIRST NAME   KEVIN

## FIT TEST REPORT

ID NUMBER    0208
LAST NAME    CONERLY                    COSTOM1
FIRST NAME   KEVIN                      CUSTOM2
COMPANY      T-12-2                     CUSTOM3
LOCATION     MASK ROOM                  CUSTOM4
NOTE         BEARD

TEST DATE    01/11/2006        PORTACOUNT S/N   44784
TEST TIME    09:05             N95-COMPANION    N
DUE DATE     01/11/2007

RESPIRATOR   SCOTT AV 2000 X LARGE [5    PROTOCOL    OSHA 29CFR1910.134
MANUFACTURER SCOTT                       PASS LEVEL  500
MODEL        AV 2000
MASK STYLE   X LARGE                     APPROVAL
MASK SIZE    X-LARGE                     EFFICIENCY <99%   N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 119 | N |
| DEEP BREATHING | 60 | 72 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

OVERALL FIT FACTOR                    0              N

FITTEST OPERATOR                                     DATE  1-11-06

                 S. SCOTT

NAME                                                 DATE  1/11/06

KEVIN    CONERLY

01/11/2006

| | |
|---|---|
| **LAST NAME** | CONERLY |
| **FIRST NAME** | KEVIN |

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| **ID NUMBER** | 0208 | | |
| **LAST NAME** | CONERLY | **COSTOM1** | |
| **FIRST NAME** | KEVIN | **CUSTOM2** | |
| **COMPANY** | T-12-2 | **CUSTOM3** | |
| **LOCATION** | MASK ROOM | **CUSTOM4** | |
| **NOTE** | BEARD | | |

| | | | |
|---|---|---|---|
| **TEST DATE** | 01/11/2006 | **PORTACOUNT S/N** | 44784 |
| **TEST TIME** | 09:11 | **N95-COMPANION** | N |
| **DUE DATE** | 01/11/2007 | | |

| | | | |
|---|---|---|---|
| **RESPIRATOR** | SCOTT AV 3000 LARGE [500 | **PROTOCOL** | OSHA 29CFR1910.134 |
| **MANUFACTURER** | SCOTT | **PASS LEVEL** | 500 |
| **MODEL** | AV 3000 | | |
| **MASK STYLE** | LARGE | **APPROVAL** | |
| **MASK SIZE** | LARGE | **EFFICIENCY <99%** | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 104 | N |
| DEEP BREATHING | 60 | 29 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

**OVERALL FIT FACTOR**        0        N

**FITTEST OPERATOR**    *S. Scott*    **DATE** *1-11-06*

     S. SCOTT

**NAME**    **DATE** *1/11/06*

     KEVIN  CONERLY

01/11/2006

**LAST NAME**  CONERLY
**FIRST NAME**  KEVIN

### FIT TEST REPORT

| | | | |
|---|---|---|---|
| **ID NUMBER** | 0208 | | |
| **LAST NAME** | CONERLY | **COSTOM1** | |
| **FIRST NAME** | KEVIN | **CUSTOM2** | |
| **COMPANY** | T-12-2 | **CUSTOM3** | |
| **LOCATION** | MASK ROOM | **CUSTOM4** | |
| **NOTE** | BEARD | | |

| | | | |
|---|---|---|---|
| **TEST DATE** | 01/11/2006 | **PORTACOUNT S/N** | 44784 |
| **TEST TIME** | 09:17 | **N95-COMPANION** | N |
| **DUE DATE** | 01/11/2007 | | |

| | | | |
|---|---|---|---|
| **RESPIRATOR** | SCOTT AV3000 MEDIUM [50 | **PROTOCOL** | OSHA 29CFR1910.134 |
| **MANUFACTURER** | SCOTT | **PASS LEVEL** | 500 |
| **MODEL** | AV3000 | | |
| **MASK STYLE** | MEDIUM | **APPROVAL** | |
| **MASK SIZE** | MED. | **EFFICIENCY <99%** | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 545 | Y |
| DEEP BREATHING | 60 | 518 | Y |
| HEAD SIDE TO SIDE | 60 | 574 | Y |
| HEAD UP AND DOWN | 60 | 639 | Y |
| TALKING | 60 | 419 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 789 | Y |
| NORMAL BREATHING | 60 | 603 | Y |

**OVERALL FIT FACTOR**                565        Y

**FITTEST OPERATOR**        *S. Scott*                    DATE  *1-11-06*
                            S. SCOTT

**NAME**                                             DATE  *1/11/06*
                            KEVIN   CONERLY

17

11/02/2005

LAST NAME EVANS
FIRST NAME DWIGHT

## FIT TEST REPORT

### Fit test information

ID NUMBER 2934
LAST NAME EVANS
FIRST NAME DWIGHT
COMPANY M-31
LOCATION MASK ROOM
NOTE WEAR GLASSES BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 11/02/2005
TEST TIME 10:54
DUE DATE 11/02/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV2000
MASK STYLE COMFORT
MASK SIZE COM-LARGE
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 3670 | Y |
| DEEP BREATHING | 60 | 5240 | Y |
| HEAD SIDE TO SIDE | 60 | 7780 | Y |
| HEAD UP AND DOWN | 60 | 15400 | Y |
| TALKING | 60 | 7520 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 5880 | Y |
| NORMAL BREATHING | 60 | 21700 | Y |

OVERALL FF                          6960          Y

FIT TEST OPERATOR _____ *S. Scott* _____ DATE *11-3-05*
                              SSCOTT

NAME _____ *Dwight Evans* _____ DATE *11-3-05*
        DWIGHT        EVANS

18

12/13/2005

LAST NAME    EVANS
FIRST NAME   DWIGHT

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 002934 | | |
| LAST NAME | EVANS | COSTOM1 | |
| FIRST NAME | DWIGHT | CUSTOM2 | |
| COMPANY | M-31 E31 | CUSTOM3 | |
| LOCATION | MAST ROOM | CUSTOM4 | |
| NOTE | BEARD | | |

| | | | |
|---|---|---|---|
| TEST DATE | 12/13/2005 | PORTACOUNT S/N | 44784 |
| TEST TIME | 09:37 | N95-COMPANION | N |
| DUE DATE | 12/13/2006 | | |

| | | | |
|---|---|---|---|
| RESPIRATOR | SCOTT AV2000 COMFORT F | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV2000 | | |
| MASK STYLE | COMFORT FIT | APPROVAL | |
| MASK SIZE | LARGE | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 11700 | Y |
| DEEP BREATHING | 60 | 22300 | Y |
| HEAD SIDE TO SIDE | 60 | 18400 | Y |
| HEAD UP AND DOWN | 60 | 12700 | Y |
| TALKING | 60 | 8290 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 11600 | Y |
| NORMAL BREATHING | 60 | 25200 | Y |

**OVERALL FIT FACTOR**                    13700              Y

FITTEST OPERATOR                *S. Scott*              DATE  12-13-05

NAME         SSCOTT
             *Dwight Evans*              DATE  12/13/05
             DWIGHT  EVANS

09/21/2005

**LAST NAME** POTTER
**FIRST NAME** CALVERT

### FIT TEST REPORT

**Fit test information**

**ID NUMBER** 0803
**LAST NAME** POTTER
**FIRST NAME** CALVERT
**COMPANY** RS3
**LOCATION** MASKROOM
**NOTE** BEARDED

**CUSTOM1**
**CUSTOM2**
**CUSTOM3**
**CUSTOM4**

**TEST DATE** 09/21/2005
**TEST TIME** 02:35
**DUE DATE** 09/21/2006

**PORTACOUNT S/N** 44784
**N95 COMPANION** N

**RESPIRATOR**
**MANUFACTURER** SCOTT
**MODEL** AV2000
**MASK STYLE** SMALL
**MASK SIZE** SMALL
**APPROVAL**
**EFF. < 99%** N

**PROTOCOL** OSHA 29CFR1910.134
**PASS LEVEL** 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 1820 | Y |
| DEEP BREATHING | 60 | 12200 | Y |
| HEAD SIDE TO SIDE | 60 | 10600 | Y |
| HEAD UP AND DOWN | 60 | 27200 | Y |
| TALKING | 60 | 1850 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 36300 | Y |
| NORMAL BREATHING | 60 | 48500 | Y |

| OVERALL FF | | 5190 | Y |
|---|---|---|---|

FIT TEST OPERATOR _A. Scott_    DATE _9-22-05_

SSCOTT

NAME _____    DATE _9/22/05_

CALVERT        POTTER

20

11/09/2005

LAST NAME POTTER
FIRST NAME CALVERT

### FIT TEST REPORT

**Fit test information**

ID NUMBER 0803
LAST NAME POTTER
FIRST NAME CALVERT
COMPANY RS3
LOCATION MASKROOM
NOTE BEARDED

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 11/09/2005
TEST TIME 10:21
DUE DATE 11/09/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV2000
MASK STYLE SMALL
MASK SIZE SMALL
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 3880 | Y |
| DEEP BREATHING | 60 | 12900 | Y |
| HEAD SIDE TO SIDE | 60 | 5630 | Y |
| HEAD UP AND DOWN | 60 | 19300 | Y |
| TALKING | 60 | 1590 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 6400 | Y |
| NORMAL BREATHING | 60 | 7860 | Y |

OVERALL FF                                        4750        Y

FIT TEST OPERATOR _____ DATE 11-10-05
                          SSCOTT

NAME _____ DATE 11/10/05
      CALVERT        POTTER

21

12/13/2005

LAST NAME    POTTER
FIRST NAME    CALVERT

## FIT TEST REPORT

**ID NUMBER**    0803
**LAST NAME**    POTTER
**FIRST NAME**    CALVERT                    **COSTOM1**
**COMPANY**    RS3                    **CUSTOM2**
**LOCATION**    MASKROOM                    **CUSTOM3**
**NOTE**    BEARDED                    **CUSTOM4**

**TEST DATE**    12/13/2005                    **PORTACOUNT S/N**    44784
**TEST TIME**    10:20                    **N95-COMPANION**    N
**DUE DATE**    12/13/2006

**RESPIRATOR**    SCOTT AV 2000 SMALL [500                    **PROTOCOL**    OSHA 29CFR1910.134
**MANUFACTURER**    SCOTT                    **PASS LEVEL**    500
**MODEL**    AV 2000
**MASK STYLE**    SMALL                    **APPROVAL**
**MASK SIZE**    SMALL                    **EFFICIENCY <99%**    N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 8010 | Y |
| DEEP BREATHING | 60 | 10600 | Y |
| HEAD SIDE TO SIDE | 60 | 8000 | Y |
| HEAD UP AND DOWN | 60 | 11500 | Y |
| TALKING | 60 | 2740 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 20300 | Y |
| NORMAL BREATHING | 60 | 14500 | Y |

**OVERALL FIT FACTOR**                    7650                    Y

**FITTEST OPERATOR**        _S. Scott_        DATE  12-13-05
                    SSCOTT
**NAME**                                DATE  12/13/05
                    CALVERT   POTTER

**11/07/2005**

LAST NAME  RASHUMAA
FIRST NAME  SHANGO KWAME

## FIT TEST REPORT

**Fit test information**

ID NUMBER  1882
LAST NAME  RASHUMAA
FIRST NAME  SHANGO KWAME
COMPANY  MEDIC 9
LOCATION  MASK ROOM
NOTE  FACIAL HAIR

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE  11/02/2005
TEST TIME  12:16
DUE DATE  11/02/2006

PORTACOUNT S/N  44784
N95 COMPANION  N

RESPIRATOR
MANUFACTURER  SCOTT
MODEL  AV2000
MASK STYLE  EX
MASK SIZE  XLARGE
APPROVAL
EFF. < 99%  N

PROTOCOL  OSHA 29CFR1910.134
PASS LEVEL  100

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 71600 | Y |
| DEEP BREATHING | 60 | 60100 | Y |
| HEAD SIDE TO SIDE | 60 | 88000 | Y |
| HEAD UP AND DOWN | 60 | 103000 | Y |
| TALKING | 60 | 7410 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 17900 | Y |
| NORMAL BREATHING | 60 | 69900 | Y |

| | | | |
|----------|----------------|------------|------|
| OVERALL FF | | 27300 | Y |

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE_____
SHANGO KWAME  RASHUMAA

11/02/2005

LAST NAME RASHUMAA
FIRST NAME SHANGO KWAME

### FIT TEST REPORT

**Fit test information**

ID NUMBER 1882
LAST NAME RASHUMAA                      CUSTOM1
FIRST NAME SHANGO KWAME                 CUSTOM2
COMPANY MEDIC 9                         CUSTOM3
LOCATION MASK ROOM                      CUSTOM4
NOTE FACIAL HAIR

TEST DATE 11/02/2005                    PORTACOUNT S/N 44784
TEST TIME 12:31                         N95 COMPANION N
DUE DATE 11/02/2006

RESPIRATOR                              PROTOCOL OSHA 29CFR1910.134
MANUFACTURER SCOTT                      PASS LEVEL 500
MODEL AV2000
MASK STYLE X-LARGE
MASK SIZE XLARGE
APPROVAL
EFF. < 99% N

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 2010 | Y |
| DEEP BREATHING | 60 | 1780 | Y |
| HEAD SIDE TO SIDE | 60 | 1420 | Y |
| HEAD UP AND DOWN | 60 | 1670 | Y |
| TALKING | 60 | 1360 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 1070 | Y |
| NORMAL BREATHING | 60 | 862 | Y |

**OVERALL FF**                                       1350        Y

FIT TEST OPERATOR _S. Scott_          DATE _11-3-05_
                        SSCOTT

NAME _____          DATE _11/3/05_
        SHANGO KWAME  RASHUMAA

24

12/13/2005
          **LAST NAME**   RASHUMAA
          **FIRST NAME**   SHANGO KWAME

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| **ID NUMBER** | 1882 | | |
| **LAST NAME** | RASHUMAA | **COSTOM1** | |
| **FIRST NAME** | SHANGO KWAME | **CUSTOM2** | |
| **COMPANY** | MEDIC 9/OPERATIONS | **CUSTOM3** | |
| **LOCATION** | MASK ROOM | **CUSTOM4** | |
| **NOTE** | FACIAL HAIR … | | |

| | | | |
|---|---|---|---|
| **TEST DATE** | 12/13/2005 | **PORTACOUNT S/N** | 44784 |
| **TEST TIME** | 09:04 | **N95-COMPANION** | N |
| **DUE DATE** | 12/13/2006 | | |

| | | | |
|---|---|---|---|
| **RESPIRATOR** | SCOTT AV 2000 X LARGE [5 | **PROTOCOL** | OSHA 29CFR1910.134 |
| **MANUFACTURER** | SCOTT | **PASS LEVEL** | 500 |
| **MODEL** | AV 2000 | | |
| **MASK STYLE** | X LARGE | **APPROVAL** | |
| **MASK SIZE** | X LARGE | **EFFICIENCY <99%** | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 90 | N |
| DEEP BREATHING | 60 | 106 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

**OVERALL FIT FACTOR**           0           N

**FITTEST OPERATOR**    *S. Scott*        DATE *12~13-05*

            SSCOTT

**NAME**                      DATE *12/17/05*

            SHANGO KWAME    RASHUI

12/13/2005
                                          LAST NAME    RASHUMAA
                                          FIRST NAME   SHANGO KWAME

### FIT TEST REPORT

ID NUMBER     1882
LAST NAME     RASHUMAA                    COSTOM1
FIRST NAME    SHANGO KWAME                CUSTOM2
COMPANY       MEDIC 9/OPERATIONS          CUSTOM3
LOCATION      MASK ROOM                   CUSTOM4
NOTE          FACIAL HAIR ...

TEST DATE     12/13/2005                  PORTACOUNT S/N    44784
TEST TIME     09:21                       N95-COMPANION     N
DUE DATE      12/13/2006

RESPIRATOR    SCOTT AV3000 MEDIUM [50     PROTOCOL       OSHA 29CFR1910.134
MANUFACTURER  SCOTT                       PASS LEVEL     500
MODEL         AV3000
MASK STYLE    MEDIUM                      APPROVAL
MASK SIZE     MED.                        EFFICIENCY <99%   N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 532 | Y |
| DEEP BREATHING | 60 | 637 | Y |
| HEAD SIDE TO SIDE | 60 | 1210 | Y |
| HEAD UP AND DOWN | 60 | 1590 | Y |
| TALKING | 60 | 1620 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 2770 | Y |
| NORMAL BREATHING | 60 | 2980 | Y |

OVERALL FIT FACTOR                    1120              Y

FITTEST OPERATOR      _S. Scott_                 DATE  12-13-05
                      SSCOTT

NAME                                             DATE  2/13/06
                      SHANGO KWAME   RASHU

01/11/2006

LAST NAME    RASHUMAA
FIRST NAME   SHANGO KWAME

## FIT TEST REPORT

ID NUMBER    1882
LAST NAME    RASHUMAA                 COSTOM1
FIRST NAME   SHANGO KWAME             CUSTOM2
COMPANY      MEDIC 9/OPERATIONS       CUSTOM3
LOCATION     MASK ROOM               CUSTOM4
NOTE         FACIAL HAIR ...

TEST DATE    01/11/2006               PORTACOUNT S/N   44784
TEST TIME    08:35                    N95-COMPANION    N
DUE DATE     01/11/2007

RESPIRATOR   SCOTT AV3000 MEDIUM [50  PROTOCOL         OSHA 29CFR1910.134
MANUFACTURER SCOTT                    PASS LEVEL       500
MODEL        AV3000
MASK STYLE   MEDIUM                   APPROVAL
MASK SIZE    MED.                     EFFICIENCY <99%  N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 540 | Y |
| DEEP BREATHING | 60 | 683 | Y |
| HEAD SIDE TO SIDE | 60 | 1120 | Y |
| HEAD UP AND DOWN | 60 | 1100 | Y |
| TALKING | 60 | 1230 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 549 | Y |
| NORMAL BREATHING | 60 | 3030 | Y |

OVERALL FIT FACTOR                    866              Y

FITTEST OPERATOR    _S. S catt_                 DATE  1-11-06
                    S. SCOTT

NAME                _(signature)_                DATE  1/11/06
                    SHANGO KWAME   RASHUI

27

11/09/2005

LAST NAME STERLING
FIRST NAME JASPER

## FIT TEST REPORT

**Fit test information**

ID NUMBER 3007
LAST NAME STERLING
FIRST NAME JASPER
COMPANY M-27
LOCATION MASK ROOM
NOTE FACIAL HAIR AND SMOKER

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 11/09/2005
TEST TIME 10:38
DUE DATE 11/09/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV2000
MASK STYLE COMFORT
MASK SIZE LARGE
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 179 | N |
| DEEP BREATHING | 60 | 626 | Y |
| HEAD SIDE TO SIDE | 60 | 1070 | Y |
| HEAD UP AND DOWN | 60 | 1250 | Y |
| TALKING | 60 | 2120 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 102 | N |
| NORMAL BREATHING | 60 | | |

OVERALL FF                                        TERMINATED

FIT TEST OPERATOR _____ DATE 11-10-05
                         SSCOTT

NAME _____ DATE 11/10/05
       JASPER        STERLING

28

**11/09/2005**

LAST NAME  STERLING
FIRST NAME  JASPER

### FIT TEST REPORT

**Fit test information**

ID NUMBER 3007
LAST NAME STERLING
FIRST NAME JASPER
COMPANY M-27
LOCATION MASK ROOM
NOTE FACIAL HAIR AND SMOKER

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 11/09/2005
TEST TIME 10:59
DUE DATE 11/09/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV-3000
MASK STYLE MEDIUM
MASK SIZE MED.
APPROVAL 500
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 7660 | Y |
| DEEP BREATHING | 60 | 9000 | Y |
| HEAD SIDE TO SIDE | 60 | 17500 | Y |
| HEAD UP AND DOWN | 60 | 10300 | Y |
| TALKING | 60 | 9150 | Y |
| GRIMACE | 15 | Excl. | X |
| BEND AND TOUCH TOES | 60 | 8600 | Y |
| NORMAL BREATHING | 60 | 17900 | Y |

| OVERALL FF | | 10300 | Y |

FIT TEST OPERATOR _S. Scott_ DATE 11-10-05
SSCOTT

NAME _[signature]_ DATE 11/10/05
JASPER    STERLING

29

12/13/2005

LAST NAME    STERLING
FIRST NAME    JASPER

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 3007 | | |
| LAST NAME | STERLING | COSTOM1 | |
| FIRST NAME | JASPER | CUSTOM2 | |
| COMPANY | M-27 #3 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | FACIAL HAIR, SMOKER | | |
| | | | |
| TEST DATE | 12/13/2005 | PORTACOUNT S/N | 44784 |
| TEST TIME | 08:49 | N95-COMPANION | N |
| DUE DATE | 12/13/2006 | | |
| | | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM [50( | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MED. | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 3170 | Y |
| DEEP BREATHING | 60 | 7330 | Y |
| HEAD SIDE TO SIDE | 60 | 15600 | Y |
| HEAD UP AND DOWN | 60 | 15500 | Y |
| TALKING | 60 | 7110 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 7750 | Y |
| NORMAL BREATHING | 60 | 10100 | Y |

**OVERALL FIT FACTOR**                7370                Y

FITTEST OPERATOR    *A. Scott*                DATE 12-13-05

NAME    SSCOTT                DATE 12/13/05

JASPER  STERLING

30

01/11/2006

LAST NAME    STERLING
FIRST NAME   JASPER

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 3007 | | |
| LAST NAME | STERLING | COSTOM1 | |
| FIRST NAME | JASPER | CUSTOM2 | |
| COMPANY | M-27 #3 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | FACIAL HAIR, SMOKER | | |

| | | | |
|---|---|---|---|
| TEST DATE | 01/11/2006 | PORTACOUNT S/N | 44784 |
| TEST TIME | 09:55 | N95-COMPANION | N |
| DUE DATE | 01/11/2007 | | |

| | | | |
|---|---|---|---|
| RESPIRATOR | SCOTT AV3000 MEDIUM [50( | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MEDIUM | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 5530 | Y |
| DEEP BREATHING | 60 | 22600 | Y |
| HEAD SIDE TO SIDE | 60 | 21700 | Y |
| HEAD UP AND DOWN | 60 | 9450 | Y |
| TALKING | 60 | 5570 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 2410 | Y |
| NORMAL BREATHING | 60 | 28400 | Y |

| | | | |
|---|---|---|---|
| OVERALL FIT FACTOR | | 6950 | Y |

FITTEST OPERATOR    *S. Scott*                    DATE 1/11/06
                    S. SCOTT

NAME                *Jasper Sterling*             DATE 1/11/06
                    JASPER   STERLING

09/20/2005

LAST NAME  UMRANI
FIRST NAME  HASSAN

## FIT TEST REPORT

### Fit test information

ID NUMBER  001064
LAST NAME  UMRANI
FIRST NAME  HASSAN
COMPANY  E-17
LOCATION  MASK ROOM
NOTE  FULL BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE  09/20/2005
TEST TIME  22:37
DUE DATE  09/20/2006

PORTACOUNT S/N  44784
N95 COMPANION  N

RESPIRATOR
MANUFACTURER  SCOTT
MODEL  AV3000
MASK STYLE  LARGE
MASK SIZE  LARGE
APPROVAL
EFF. < 99%  N

PROTOCOL  OSHA 29CFR1910.134
PASS LEVEL  500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 57 | N |
| DEEP BREATHING | 60 | | |
| HEAD SIDE TO SIDE | 60 | | |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF

TERMINATED

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE_____
HASSAN        UMRANI

32

09/20/2005

LAST NAME UMRANI
FIRST NAME HASSAN

## FIT TEST REPORT

### Fit test information

ID NUMBER 001064
LAST NAME UMRANI
FIRST NAME HASSAN
COMPANY E-17
LOCATION MASK ROOM
NOTE FULL BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 09/20/2005
TEST TIME 22:19
DUE DATE 09/20/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV2000
MASK STYLE COMFORT
MASK SIZE COMFORT
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 29 | N |
| DEEP BREATHING | 60 | | |
| HEAD SIDE TO SIDE | 60 | | |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF                                    TERMINATED

FIT TEST OPERATOR _____ DATE _____
                          SSCOTT

NAME _____ DATE_____
         HASSAN        UMRANI

09/20/2005

LAST NAME  UMRANI
FIRST NAME  HASSAN

### FIT TEST REPORT

#### Fit test information

ID NUMBER 001064
LAST NAME UMRANI
FIRST NAME HASSAN
COMPANY E-17
LOCATION MASK ROOM
NOTE FULL BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 09/20/2005
TEST TIME 23:57
DUE DATE 09/20/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV3000
MASK STYLE MEDUIM
MASK SIZE MED.
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 65 | N |
| DEEP BREATHING | 60 | | |
| HEAD SIDE TO SIDE | 60 | | |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF

TERMINATED

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE_____
HASSAN       UMRANI

34

09/20/2005

LAST NAME  UMRANI
FIRST NAME  HASSAN

## FIT TEST REPORT

**Fit test information**

ID NUMBER 001064
LAST NAME  UMRANI
FIRST NAME  HASSAN
COMPANY  E-17
LOCATION  MASK ROOM
NOTE  FULL BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE  09/20/2005
TEST TIME  23:06
DUE DATE  09/20/2006

PORTACOUNT S/N  44784
N95 COMPANION  N

RESPIRATOR
MANUFACTURER  SCOTT
MODEL  AV2000
MASK STYLE  X-LARGE
MASK SIZE  EXLARGE
APPROVAL
EFF. < 99%  N

PROTOCOL  OSHA 29CFR1910.134
PASS LEVEL  500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 190 | N |
| DEEP BREATHING | 60 | 203 | N |
| HEAD SIDE TO SIDE | 60 | 214 | N |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF                                    TERMINATED

FIT TEST OPERATOR _____ DATE _____
                              SSCOTT

NAME _____ DATE _____
           HASSAN          UMRANI

09/20/2005

LAST NAME  UMRANI
FIRST NAME  HASSAN

### FIT TEST REPORT

**Fit test information**

ID NUMBER  001064
LAST NAME  UMRANI
FIRST NAME  HASSAN
COMPANY  E-17
LOCATION  MASK ROOM
NOTE  FULL BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE  09/20/2005
TEST TIME  22:43
DUE DATE  09/20/2006

PORTACOUNT S/N  44784
N95 COMPANION  N

RESPIRATOR
MANUFACTURER  SCOTT
MODEL  AV3000
MASK STYLE  LARGE
MASK SIZE  LARGE
APPROVAL
EFF. < 99%  N

PROTOCOL  OSHA 29CFR1910.134
PASS LEVEL  500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 27 | N |
| DEEP BREATHING | 60 | | |
| HEAD SIDE TO SIDE | 60 | | |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF                                          TERMINATED

FIT TEST OPERATOR _____ DATE _____
                                    SSCOTT

NAME _____ DATE _____
            HASSAN            UMRANI

36

09/20/2005

**LAST NAME** UMRANI
**FIRST NAME** HASSAN

### FIT TEST REPORT

**Fit test information**

**ID NUMBER** 001064
**LAST NAME** UMRANI
**FIRST NAME** HASSAN
**COMPANY** E-17
**LOCATION** MASK ROOM
**NOTE** FULL BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

**TEST DATE** 09/20/2005
**TEST TIME** 22:37
**DUE DATE** 09/20/2006

**PORTACOUNT S/N** 44784
**N95 COMPANION** N

**RESPIRATOR**
**MANUFACTURER** SCOTT
**MODEL** AV3000
**MASK STYLE** LARGE
**MASK SIZE** LARGE
**APPROVAL**
**EFF. < 99%** N

**PROTOCOL** OSHA 29CFR1910.134
**PASS LEVEL** 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 57 | N |
| DEEP BREATHING | 60 | | |
| HEAD SIDE TO SIDE | 60 | | |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

**OVERALL FF**                              TERMINATED

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE _____
HASSAN        UMRANI

09/20/2005

LAST NAME  UMRANI
FIRST NAME  HASSAN

### FIT TEST REPORT
**Fit test information**

ID NUMBER 001064
LAST NAME UMRANI
FIRST NAME HASSAN
COMPANY E-17
LOCATION MASK ROOM
NOTE FULL BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 09/20/2005
TEST TIME 22:58
DUE DATE 09/20/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV2000
MASK STYLE X-LARGE
MASK SIZE EXLARGE
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 177 | N |
| DEEP BREATHING | 60 | 184 | N |
| HEAD SIDE TO SIDE | 60 | 204 | N |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF

TERMINATED

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE _____
HASSAN       UMRANI

38

09/20/2005

LAST NAME  UMRANI
FIRST NAME  HASSAN

### FIT TEST REPORT
**Fit test information**

ID NUMBER 001064
LAST NAME UMRANI
FIRST NAME HASSAN
COMPANY E-17
LOCATION MASK ROOM
NOTE FULL BEARD

CUSTOM1
CUSTOM2
CUSTOM3
CUSTOM4

TEST DATE 09/20/2005
TEST TIME 22:54
DUE DATE 09/20/2006

PORTACOUNT S/N 44784
N95 COMPANION N

RESPIRATOR
MANUFACTURER SCOTT
MODEL AV2000
MASK STYLE X-LARGE
MASK SIZE EXLARGE
APPROVAL
EFF. < 99% N

PROTOCOL OSHA 29CFR1910.134
PASS LEVEL 500

| EXERCISE | DURATION (SEC) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 142 | N |
| DEEP BREATHING | 60 | 155 | N |
| HEAD SIDE TO SIDE | 60 | 197 | N |
| HEAD UP AND DOWN | 60 | | |
| TALKING | 60 | | |
| GRIMACE | 15 | | |
| BEND AND TOUCH TOES | 60 | | |
| NORMAL BREATHING | 60 | | |

OVERALL FF                          TERMINATED

FIT TEST OPERATOR _____ DATE _____
SSCOTT

NAME _____ DATE_____
HASSAN       UMRANI

39

01/11/2006                                           LAST NAME    UMRANI
                                                     FIRST NAME   HASSAN

### FIT TEST REPORT

ID NUMBER    001064
LAST NAME    UMRANI                  COSTOM1
FIRST NAME   HASSAN                  CUSTOM2
COMPANY      E-17                    CUSTOM3
LOCATION     MASK ROOM               CUSTOM4
NOTE         FACIAL HAIR

TEST DATE    01/11/2006              PORTACOUNT S/N   44784
TEST TIME    10:31                   N95-COMPANION    N
DUE DATE     01/11/2007

RESPIRATOR    SCOTT AV2000 COMFORT F     PROTOCOL     OSHA 29CFR1910.134
MANUFACTURER  SCOTT                      PASS LEVEL   500
MODEL         AV2000
MASK STYLE    COMFORT FIT                APPROVAL
MASK SIZE     LARGE                      EFFICIENCY <99%   N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 119 | N |
| DEEP BREATHING | 60 | 90 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

OVERALL FIT FACTOR                      0                  N

FITTEST OPERATOR    *S. Scott*                    DATE 1/11/06
                    S. SCOTT
NAME                *Hassan A. Umrani*            DATE 1/11/06
                    HASSAN   UMRANI

01/11/2006                                      **LAST NAME**   UMRANI
                                                **FIRST NAME**  HASSAN

**FIT TEST REPORT**

**ID NUMBER**   001064
**LAST NAME**   UMRANI                          **COSTOM1**
**FIRST NAME**  HASSAN                          **CUSTOM2**
**COMPANY**     E-17                            **CUSTOM3**
**LOCATION**    MASK ROOM                       **CUSTOM4**
**NOTE**        FACIAL HAIR

**TEST DATE**   01/11/2006                      **PORTACOUNT S/N**  44784
**TEST TIME**   10:45                           **N95-COMPANION**   N
**DUE DATE**    01/11/2007

**RESPIRATOR**    SCOTT AV 3000 LARGE [500      **PROTOCOL**       OSHA 29CFR1910.134
**MANUFACTURER**  SCOTT                         **PASS LEVEL**     500
**MODEL**         AV 3000
**MASK STYLE**    LARGE                         **APPROVAL**
**MASK SIZE**     LARGE                         **EFFICIENCY <99%**  N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|----------|----------------|------------|------|
| NORMAL BREATHING | 60 | 43 | N |
| DEEP BREATHING | 60 | 0 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

**OVERALL FIT FACTOR**                          0                  N

**FITTEST OPERATOR**                                               DATE  1/11/06
                        S. SCOTT
**NAME**
                        HASSAN   UMRANI                            DATE  1/11/06

41

01/11/2006

LAST NAME    UMRANI
FIRST NAME    HASSAN

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 001064 | | |
| LAST NAME | UMRANI | COSTOM1 | |
| FIRST NAME | HASSAN | CUSTOM2 | |
| COMPANY | E-17 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | FACIAL HAIR | | |

| | | | |
|---|---|---|---|
| TEST DATE | 01/11/2006 | PORTACOUNT S/N | 44784 |
| TEST TIME | 11:05 | N95-COMPANION | N |
| DUE DATE | 01/11/2007 | | |

| | | | |
|---|---|---|---|
| RESPIRATOR | SCOTT AV3000 MEDIUM [50 | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MED. | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 27 | N |
| DEEP BREATHING | 60 | 0 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

**OVERALL FIT FACTOR**                    0                    N

FITTEST OPERATOR          *S. Scott*                    DATE 1/11/06
                          S. SCOTT
NAME          *Hassan I. Umroni*                    DATE 1/11/06
              HASSAN    UMRANI

01/11/2006                                    LAST NAME   UMRANI
                                              FIRST NAME  HASSAN

### FIT TEST REPORT

ID NUMBER    001064
LAST NAME    UMRANI                    COSTOM1
FIRST NAME   HASSAN                    CUSTOM2
COMPANY      E-17                      CUSTOM3
LOCATION     MASK ROOM                 CUSTOM4
NOTE         FACIAL HAIR

TEST DATE    01/11/2006                PORTACOUNT S/N  44784
TEST TIME    11:47                     N95-COMPANION   N
DUE DATE     01/11/2007

RESPIRATOR   SCOTT AV 2000 X LARGE [5   PROTOCOL        OSHA 29CFR1910.134
MANUFACTURER SCOTT                     PASS LEVEL      500
MODEL        AV 2000
MASK STYLE   X LARGE                   APPROVAL
MASK SIZE    XLARGE                    EFFICIENCY <99%  N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 57 | N |
| DEEP BREATHING | 60 | 0 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

**OVERALL FIT FACTOR**                      0            N

FITTEST OPERATOR   *S. SCOTT*            DATE 1/11/06
NAME   *Hassan A. Umrani*               DATE 1/11/06
HASSAN   UMRANI

43

01/11/2006

**LAST NAME**    UMRANI
**FIRST NAME**    HASSAN

### FIT TEST REPORT

**ID NUMBER**    001064
**LAST NAME**    UMRANI                         **COSTOM1**
**FIRST NAME**    HASSAN                        **CUSTOM2**
**COMPANY**    E-17                             **CUSTOM3**
**LOCATION**    MASK ROOM                       **CUSTOM4**
**NOTE**    FACIAL HAIR

**TEST DATE**    01/11/2006                     **PORTACOUNT S/N**    44784
**TEST TIME**    11:53                          **N95-COMPANION**    N
**DUE DATE**    01/11/2007

**RESPIRATOR**    SCOTT AV 2000 X LARGE [5      **PROTOCOL**    OSHA 29CFR1910.134
**MANUFACTURER**    SCOTT                       **PASS LEVEL**    500
**MODEL**    AV 2000
**MASK STYLE**    X LARGE                       **APPROVAL**
**MASK SIZE**    XLARGE                         **EFFICIENCY <99%**    N

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 67 | N |
| DEEP BREATHING | 60 | 0 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

**OVERALL FIT FACTOR**                  0                 N

**FITTEST OPERATOR**                                      DATE 1/11/06
                          S. SCOTT
**NAME**                                                  DATE 1/11/06
                          HASSAN    UMRANI