UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | No. 01-cv-1189 (JR) |
| STEVEN B. CHASIN, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | No. 05-cv-1792 (JR) |

**CONSENT MOTION FOR EXTENSION OF TIME**

  Pursuant to Fed. R. Civ. Pro 6(b)(1), plaintiffs respectfully request a three business-day enlargement of time, until Tuesday, February 7, to file their reply in support of their motions for reinstatement. Because of unexpected distractions involving several other matterss, plaintiffs' counsel have been unable to file their reply today.

  Defendant's counsel graciously has consented to this enlargement.

               Respectfully submitted,

               _____
               Arthur B. Spitzer (D.C. Bar No. 235960)
               American Civil Liberties Union
                of the National Capital Area
               1400 20th Street, N.W. #119
               Washington, DC 20036
               (202) 457-0800

February 2, 2006         One of counsel for plaintiffs