UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

        Plaintiffs,

v.

DISTRICT OF COLUMBIA,

        Defendant.

No. 05-cv-1792 (JR)

### THIRD DECLARATION OF STEVEN B. CHASIN

I, Steven B. Chasin, hereby depose and state:

1. This statement supplements my earlier declarations in this case.

2. Defendant's opposition to my motion for reinstatement notes that my fit test scores declined from month to month and asserts that "as Mr. Chasin's beard grows the seal on his face-piece deteriorates with the likelihood that within a few months he will not be able to achieve a passing score."

3. Defendant's assumption that my beard kept growing longer from November to January is false. I keep my beard trimmed to a relatively short length, as I stated in my first declaration. There is, therefore, no reason to believe that my test scores on any future fit tests would be lower than my past scores.

4. In my own experience, the length -- or even the presence or absence -- of my beard does not seem to correlate with my score on the fit tests. As I noted in my first declaration, "[w]hen I received Special Order 20 (2005) in early June [2005], and understood that I had to shave in order to remain on active duty, I shaved." When I was

fit tested at that time, with no facial hair, my passing score was actually *lower* by about 1000 points than it was when I was fit tested in November 2005 with a beard.

5. My faith teaches me to wear a beard, but it does not tell me what length the beard must be. I am perfectly willing to grow my beard longer, or trim it shorter, if that will assure that I maintain a good facemask fit. I note, however, that even my lowest test score was more than four times the passing grade of 500.

6. Because of my position as Executive Assistant to the President of Local 3721, AFGE, I am often aware of the state of affairs in the Department beyond my personal situation. I am aware that some members who do not have facial hair had to attempt the fit test three or four times this summer before passing, but once they passed they were cleared to work on regular duty for a year. I am also aware that some members passed with lower scores than mine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2006.

Steven B. Chasin

2