UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA,

    Defendant.

No. 05-cv-1792 (JR)

### SECOND DECLARATION OF SHANGO KWAME RASHUMAA

I, Shango Kwame Rashumaa, hereby depose and state:

1. This statement supplements my earlier declaration in this case.

2. As I stated in my first declaration, I wear my hair in locks. The volume of my hair is rather large; generally I wear it under a cloth covering when I am on duty, as shown in the photographs attached to my first declaration.

3. When I was issued a facemask and a go-bag in 2004 I was given an extra-large size mask because that best accommodated my hair. I was fit tested at that time, and I passed. My beard was somewhat longer at that time than it was for my fit tests in recent months.

4. In November 2005, I again passed a fit test with my extra-large size facemask.

5. I lost some weight during the fall of 2005. When I was fit tested in December 2005, both I and the person conducting the test noticed that my facepiece seemed to be leaking in the area around my temples, and we recognized the need to switch to a smaller mask. The leakage was not in the area of my beard.

6. After switching to a medium size facemask, I passed the fit test in December and again in January.

7. A few minutes before the January test, I rinsed my mouth with some mouthwash, as is my regular habit when my mouth is dry. The mouthwash consisted of peppermint/ eucalyptus essential oil and water. After I passed the test, I heard someone else at the test site say that this may have affected my score because it might have been detected in some way. However, there was no need to repeat the test because I had passed.

8. I realize that my passing scores were not as high as some other people got, but my understanding is that passing is passing. Clean-shaven firefighters and EMTs who scored 500 or above were cleared to remain on active duty for another year before their next fit tests, even if their scores were no better than mine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2006.

_____
Shango Kwame Rashumaa