UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

No. 05-cv-1792 (JR)

## SECOND DECLARATION OF JASPER W. STERLING

I, Jasper W. Sterling, hereby depose and state:

1. This statement supplements my earlier declaration in this case.

2. Defendant's opposition to my motion for reinstatement states that "during a two month period while Mr. Sterling grew his beard, his face-fit score dropped by more about a third [*sic*]."

3. Defendant's assumption that my beard was growing longer during that period is false. As I said in my earlier declaration, I keep my beard trimmed, and it was about the same length for each of my three fit tests this fall. At the mosque I attend, only the elders or those with a fuller understanding of Islam wear full beards. Novices such as myself keep our beards trimmed shorter as a mark of respect for our elders.

4. I believe the reason my test scores dropped from one test to the next was that I did not tighten the straps on the facemask as much for the second and third tests as I did for the first. I was more worried about passing the first test. After I passed with a high score of 10300 I knew I did not have to tighten the straps as much for subsequent tests. Indeed, on

the third test I could feel the mask pull away from my face a bit during the part of the test where you bend down, so the mask probably should have been tighter. Nevertheless, I passed with a good score of 6950, so there was no need to re-do the test. If I had re-taken the test with tighter straps, I probably would have brought my score back up to where it was in November. In any event, *each* of my three passing scores was above what Captain Flint testified was the departmental average of about 5800.

5. When clean-shaven firefighters and paramedics are fit tested only once a year, they will tighten their straps vigorously to be sure of passing. If they were tested monthly, it is likely that their scores would also decrease from month to month, as the testing became more routine.

6. When I was first issued a facemask in 2001 or 2002, I took and passed a fit test. My beard was longer at that time than it is today. So I could probably again pass a fit test even with a somewhat longer beard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2006.

Jasper W. Sterling