UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, ET AL., :

    Plaintiffs, :

v. : C.A. No. 05-CV-1792
: (JR)
DISTRICT OF COLUMBIA, ET AL., :

    Defendants. :

## NOTICE OF APPEAL

Notice is hereby given that the District of Columbia, defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the minute order of the District Court, which granted, in part, plaintiffs' motion for preliminary injunction, entered in this action the 14th day of March 2006.

ROBERT J. SPAGNOLETTI
Attorney General for
the District of Columbia

_____
EDWARD E. SCHWAB
Deputy Attorney General
Appellate Division
Office of the Attorney General
    for the District of Columbia
441 Fourth Street, N.W., 6S102
Washington, D.C. 20001

Serve:

Arthur J. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036

Jonathan Eli Zimmerman, Esq.
U.S. Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Suite 7223
Washington, D.C. 20001

CERTIFICATE OF SERVICES

I hereby certify that copies of the foregoing notice of appeal were mailed, first class postage prepaid, this 15th day of March 2006, to each of the following:

Arthur J. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036

Jonathan Eli Zimmerman, Esq.
U.S. Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Suite 7223
Washington, D.C. 20001

Edward E. Schwab
Assistant Corporation Counsel
One Judiciary Square
441 4th Street, N.W.
6th Floor South, 6S105
Washington, D.C. 20001
Tel: (202) 7247-5692

- 3 -