**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN B. CHASIN, *et al.*, : | |
|     Plaintiffs, : | |
|     v. : | Civil Action No. 05-1792 (JR) |
| DISTRICT OF COLUMBIA, : | |
|     Defendant. : | |

### ORDER

**ORDERED** that plaintiffs' motion for entry of an order directing reinstatement [14] is **granted**. And it is

**FURTHER ORDERED** that defendant shall reinstate plaintiffs Steven Chasin, Shango Kwame Rashumaa and Jasper Sterling to field operations as paramedics, and shall reinstate plaintiff Kevin Conerly to field operations as a firefighter within 3 days of the date of this order, provided, however, that within 30 days of this order, and every 30 days thereafter, plaintiffs take and pass the applicable face-fit test for their negative pressure masks.

                                                                    JAMES ROBERTSON
                                      United States District Judge