UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *ET AL.*,       :
    Plaintiffs,                 :
                                 :
v.                                :   C.A. No. 05-CV-1792
                                 :   (JR)
DISTRICT OF COLUMBIA, *ET AL.*,   :
    Defendants.                 :

### NOTICE OF APPEAL

Notice is hereby given that the District of Columbia, defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of the District Court, which granted, in part, plaintiffs' motion for preliminary injunction and directed reinstatement of four plaintiffs to field operations, entered in this action the 20th day of March 2006.

        ROBERT J. SPAGNOLETTI
        Attorney General for
        the District of Columbia

        _/s/ Edward E. Schwab_
        EDWARD E. SCHWAB
        Deputy Attorney General
        Appellate Division
        Office of the Attorney General
            for the District of Columbia
        441 Fourth Street, N.W., 6S102
        Washington, D.C. 20001

RECEIVED
MAR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Serve:

Arthur J. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036

Jonathan Eli Zimmerman, Esq.
U.S. Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Suite 7223
Washington, D.C. 20001