UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA,

    Defendant.

No. 05-cv-1792 (JR)

## NOTICE OF APPEAL

Plaintiffs Dwight Evans and Eleon Baker hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's oral order of March 14, 2006, denying their motion for a preliminary injunction permitting them to re-grow their beards while remaining on active duty.

Respectfully submitted,

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
Fritz Mulhauser (DC Bar # 455377)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, DC 20036
(202) 457-0800 (telephone)
(202) 452-1868 (facsimile)

Counsel for plaintiffs

April 7, 2006