UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.,*

           Plaintiffs,

  v.                                              No. 05-cv-1792 (JR)

DISTRICT OF COLUMBIA,

           Defendant.

**DECLARATION OF KENNETH M. LYONS**

I, Kenneth M. Lyons, hereby depose and state:

1. I am the President of Local 3721, American Federation of Government Employees, which is the union that represents the paramedics and EMTs employed by the District of Columbia Fire and Emergency Medical Services Department. I have held that position since 1999.

2. I am also an active-duty paramedic with the D.C. Fire and Emergency Medical Services Department, and have been one since 1987.

3. It is essential for paramedics to keep their skills fresh through regular practice and training. Emergency medical services skills must be used in situations where there is not time for reflection, or for the use of reference books, or for doing something several times before getting it right. A paramedic must be able to respond to an emergency immediately with the proper techniques, properly executed. Without regular training and practice, such skills tend to atrophy. An absence of several months from the job (for example, while on extended forced "administrative duty") is therefore quite deleterious to a paramedic's skills,

and it takes some time for him to return to his previous level of performance. Thus, both the paramedic and the people he serves are harmed by an unnecessary prolonged job absence.

      4. On or about March 2, 2006, Fire Chief Thompson issued Memorandum No. 39, Series 2006, to all members of the Fire and Emergency Medical Services Department. That memorandum, entitled "GO Bag - Air-Purifying Respirator," is attached hereto as Exhibit A. It instructs members to "take the following precautions before using the canister [filter]:"

> . . .
> 4. When you open the sealed bag, if more than a few granules of carbon or more than a small amount of dust is found, do not use the canister.
> 5. Prior to attaching the NTC-1 Canister to the adapter and after removal of the plugs, gently shake the canister a couple of times. If more than a slight amount of black powder dust is released, discard the canister.

I understand these precautions were issued because on two recent occasions when canisters were tested, the users found themselves not with respiratory protection but with a mouth full of charcoal dust. The significant message of this memorandum is that there is a substantial chance that FEMS personnel may find themselves with a GO Bag filter that is worse than useless if and when it is needed. Whether clean-shaven or bearded, a firefighter or paramedic will get no protection from a defective filter canister. Yet the Department has not issued backup canisters to all members to keep in their GO Bags in case one is defective.

      5. In February, 2006, AFGE Local 3721 submitted requests for a variety of documents to the D.C. Fire and Emergency Medical Services Department pursuant to the D.C. Freedom of Information Act. One of the documents we requested was a "copy of the fit test results (scores) for all members of the agency." On or about March 15, we received the Department's response to that request, which stated that "this document is too large to copy and will be forwarded to you via email." We received via e-mail a

"Microsoft Excel" spreadsheet containing the fit test results from the Department-wide fit tests that were conducted in the summer of 2005. The Department's response also indicated that "[i]ndividually identifiable information has been redacted [from the spreadsheet] because the release of such information would constitute a clearly unwarranted invasion of personal privacy, in accordance with D.C. Official Code § 2-534 (a)(2)."

6. A printout of the entire spreadsheet occupies 468 pages and contains many details such as each member's facemask size and model. The actual fit test results are contained in Column "BZ" of the spreadsheet (labeled "OVERALLFF" (for "over-all fit factor")) and the pass/fail results are contained in Column "CA" (labeled OVERALLPA" (for "over-all pass"). A printout showing those columns (highlighted in yellow) occupies only 39 pages and is attached hereto as Exhibit B.

7. An assistant in my office re-sorted this spreadsheet so that the fit test results in Column BZ are arranged from lowest to highest. A printout showing Columns BZ and CA arranged in score order (and highlighted in yellow) is attached hereto as Exhibit C.

8. Exhibit C appears to show that of the 1,786 scores reported, 51 test-takers (or 2.9%) failed the test, with overall scores ranging from 27 to 483. Thirty-seven people passed with scores from 501 to 598. Thirty-one more passed with scores from 601 to 697. A total of 149 passed with scores of less than 1000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2006.

/s/
_____
Kenneth M. Lyons