


# MEMORANDUM

| Series | Number | Originating Unit | Effective Date | Expiration Date |
|---|---|---|---|---|
| 2006 | 39 | RMD | March 2, 2006 | N/A |

**Subject:** GO Bag - Air-Purifying Respirator

Members are reminded to inspect the entire contents of their "GO bags" daily upon assuming duty (S.O. 29, Series 2002). The NTC-1 Canister shall be stored in a sealed package between 14° to 122° at less than 75% humidity. Members shall take the following precautions before using the canister:

1. Prior to use, ensure that the packaging bag is sealed. If it has been torn, discard the NTC-1 Canister.
2. Do not use the NTC-1 Canister if the expiration date has expired.
3. The NTC-1 Canister is a "one-time use" device only. Dispose the canister after it is used.
4. When you open the sealed bag, if more than a few granules of carbon or more than a small amount of dust is found, do not use the canister.
5. Prior to attaching the NTC-1 Canister to the adapter and after removal of the plugs, gently shake the canister a couple of times. If more than a slight amount of black powder dust is released, discard the canister.

At any time the NTC-1 Canister or the packaging is found to be compromised, the member shall, as soon as possible notify Special Operations, through the chain-of-command, to obtain a replacement. Members shall familiarize themselves with the DC Fire and EMS Department Respiratory Protection Plan. It explains proper usage of respirators. The following additional information is provided to clarify the use and limitations of the NTC-1 canister.

Adrian H. Thompson
Fire / EMS Chief

Attachment:

F.D. Form 9.1
1985

85—8P679 wd153

## NTC-1 Canister



- Designed for protection against chemwarfare gases
- Excellent protection against Sarin (and its surrogate DMMP)
- Nylon body offers valuable permeation resistance to mustard gas (One of the most penetrable gases)
- Third party tested against DMMP, Sarin, CK, Tear Gas (CS and CN)
- Particulate filter is over 99.99% efficient against all particulates and is appropriate for protection against biological aerosols
- Tested against industrial gases (ammonia, organic vapors, formaldehyde, chlorine, sulfur dioxide, hydrogen chloride)
- Shipped in sealed clear bag
- 10 year shelf life when stored in original packaging

### CHEM WARFARE GAS PERFORMANCE TESTING

The NTC-1 Canister from Scott Health & Safety was tested by independent test labs to verify its performance against a range of chemical agents.

| Challenge Agent | Test Concentration | Flow Rate | Breakthru Concentration | Time To Breakthru |
|---|---|---|---|---|
| DMMP | 3000 mg/m3 | 50 lpm | .04 mg/m3 | >210 minutes* |
| Sarin (GB) | 4000 mg/m3 | 32 lpm | .04 mg/m3 | >215 minutes* |
| Cyanogen Chloride (CK) | 4000 mg/m3 | 32 lpm | 8.0 mg/m3 | 30 minutes* |
| Chloropicrin (PS) | 15000 mg/m3 | 30 lpm | .7 mg/m3 | 70 minutes |
| Hydrogen Cyanide (AC) | 5500 mg/m3 | 30 lpm | 5.0 mg/m3 | 45 minutes |
| Tear Gas (CS) | 23 mg/m3 | 64 lpm | 0.4 mg/m3 | >480 minutes |
| Tear Gas (CN) | 101 mg/m3 | 64 lpm | 0.3 mg/m3 | >480 minutes |

*Note: These tests are part of the performance specifications for the C2A1 canister. The NTC-1 Canister meets or exceeds the performance requirements of the C2A1 canister for these gases. In addition to protecting against the chemical warfare agents listed above, the NTC-1 canister offers particulate protection that is over 99.99% efficient. The particle filter removes aerosols and solid particulates which makes it effective protection against a range of biological agents.