UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | No. 01-cv-1189 (JR) |
| STEVEN B. CHASIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | No. 05-cv-1792 (JR) |

### FOURTH DECLARATION OF STEVEN B. CHASIN

I, Steven B. Chasin, hereby depose and state:

1. After this Court's order of March 20, 2006, directed the D.C. Fire and EMS Department to return me to field operations, I was given a fit test on March 23, 2006. which I passed.

2. However, because I had been on "administrative duty" since last fall, I was not able to return to ambulance duty immediately, but had to take some refresher training and have my paramedic skills evaluated. I completed those requirements by April 3rd 2006.

3. My first day back on the ambulance was April 8. That morning, my Medic unit received a call to respond to the Tenley Sport & Health Club, where a person had lost consciousness. We responded and treated her. Later that day the patient's son, Carl Rowan,

Jr., sent a letter to Fire Chief Thompson, commending my partner and I for the quality of the service we had provided. Mr. Rowan's letter of April 8, 2006, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2006.

_____
Steven B. Chasin

2