# Carl Rowan, Jr.

2910 Fessenden Street N.W.
Washington, D.C. 20008

April 8, 2006

Chief Adrian Thompson
Fire and Emergency Medical Services
1923 Vermont Avenue, NW, Suite 102
Washington, DC 20001

Re: Steven B. Chasin/Jesse Hayes (Medic 31)

Dear Chief Thompson:

I am writing to commend the work of Steven B. Chasin and Jesse Hayes, the paramedic team assigned to Medic 31. This morning I received a call from the Tenley Sport & Health Club, located at Wisconsin Avenue and Brandywine Street, informing me that my 83 year old mother had passed out during an exercise class and might be experiencing a stroke. I was also informed that an ambulance had been summoned.

When I arrived at the health club a few minutes later, Medic 31 was already on the scene and the paramedics had already gotten my mother conscious and stabilized. They were attempting to convince her to ride with them to Sibley Hospital because they felt that she needed additional medical tests, but she wanted none of that. The professionalism, patience, and "bedside manner" displayed by the paramedic team in dealing with a woman who was weak, bewildered and embarrassed by what had happened, was very impressive to me, and calming to her. She agreed to go to the hospital where it was discovered that she had pneumonia. She is now doing fine and resting comfortably.

Throughout the process of treating her and transporting her to the hospital, Mr. Chasin and Mr. Hayes were a pleasure to deal with and made me completely comfortable that my mother was in good hands. I hope that you will let them know that my entire family appreciates their efforts and good work.

Yours truly,

*Carl Rowan Jr*

Carl Rowan, Jr.