# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.,* | |
| Plaintiffs, | |
| v. | No. 01-cv-1189 (JR) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |
| STEVEN B. CHASIN, *et al.,* | |
| Plaintiffs, | |
| v. | No. 05-cv-1792 (JR) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

## [Proposed] ORDER

Upon consideration of the defendant's motion to stay or modify pending appeal the Court's order of March 20, 2006 [R. Doc. 114 in *Potter*; R. Doc. 26 in *Chasin*], it appearing that defendant has not satisfied the standards for such relief, the motion is hereby DENIED.

Dated: _____, 2006

_____
James Robertson
United States District Judge