UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA,

    Defendant.

No. 05-cv-1792 (JR)

## THIRD DECLARATION OF SHANGO KWAME RASHUMAA

I, Shango Kwame Rashumaa, hereby depose and state:

1. I make this declaration to recount the events surrounding my face mask fit test on March 23, 2006.

2. On previous occasions when I have taken a face mask fit test I have received at least 24 hours advance notice from the FEMS Department, and I have been required to sign a form at that time stating "You may not apply oils, lotions, or creams to your facial hair 24 hours prior to the test" and "You may not eat or smoke 30 minutes prior" to the test. On March 23, 2006, I had no advance notice from the Department that I would be subjected to a fit test.

3. On March 23, 2006, I rose up about 0430 hours. As part of my daily routine, I applied some vanilla oil on my chin and some geranium and peppermint essential oils to my beard and hair and my headwrap.

4. I then bicycled to work, reporting for duty at Engine 16 at 0600 hours. Engine 16 was my Administrative Duty assignment. While at Engine 16, I had some breakfast that I

had brought with me, consisting of kale salad with lots of garlic and some seaweed salad. I also had a smoothie, which I had brought from home, which included bananas, strawberries, blueberries, rolled oats and spirulina (a high-protein powdered sea algae). I would estimate that I had this smoothie at about 0745.

5. At about 0755 a call came in from headquarters telling me to report to Engine 4 for a fit test, ASAP. I promptly reported to Engine 4.

6. At Engine 4, I informed Sheila Scott, the technician who performs the tests, about the oils I had put on that morning and that I had eaten breakfast at Engine 16. She said, "I don't know if I'd test you," or words to that effect. But I was eager to get the test over with so I could return to active duty for the first time in many months, and said I wanted to do the test.

7. Also present in the room were Thesesa Cusick, a lawyer with the FEMS Department, DC Assistant Attorney General Eden Miller, and a FEMS safety officer whose name I don't know.

8. Within approximately 40 seconds of beginning the test, before the first phase was over, the machine aborted the test. I had a score of 45.

9. Sheila Scott was telling me to readjust my mask to try again when Ms. Cusick intervened and directed her not to retest me.

10. Ms. Cusick and Capt. William Flint tried to talk me into signing the form showing that I had failed the test, but I refused to sign because I did not think I had been given a fair test. See Exhibit A hereto.

11. In my opinion, the Department should have given me 24 hours advance notice of the test, as it always had done in the past, so that I would have known not to apply oils to my

face and hair and not to eat and drink a smoothie before the test. I believe the Department should have refused to test me after I told Ms. Scott about the oils I'd applied to my face and hair that morning and about what I'd eaten approximately an hour earlier.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April, 2006.

Shango Kwame Rashumaa