03/23/2006

LAST NAME  RASHUMAA
FIRST NAME  SHANGO KWAME

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 1882 | | |
| LAST NAME | RASHUMAA | COSTOM1 | |
| FIRST NAME | SHANGO KWAME | CUSTOM2 | |
| COMPANY | MEDIC 9/OPERATIONS | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | FACIAL HAIR ... | | |
| TEST DATE | 03/23/2006 | PORTACOUNT S/N | 43401 |
| TEST TIME | 08:55 | N95-COMPANION | N |
| DUE DATE | 03/23/2007 | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM [50 | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MED. | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 45 | N |
| DEEP BREATHING | 60 | 0 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

**OVERALL FIT FACTOR**     0     N

**FITTEST OPERATOR**   *S. Scott*            DATE  3-23-06
                       SSCOTT

**NAME**                                     DATE

SHANGO KWAME   RASHUI

3/23/06
Refused to sign.