UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, et al.,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

No. 05-cv1792 (JR)

## SECOND DECLARATION OF KEVIN CONERLY

I, Kevin Conerly, hereby depose and state:

1. On March 27, 2006, I reported for duty at approximately 6:30 a.m. at the Fire Department's Apparatus Division ("the shop"), where I had been performing my "administrative duty" during the previous several months.

2. At approximately 8:00 a.m., I was ordered to report to Engine 4 to take a face mask fit test. The Department had given me no previous notice of this test.

3. On all previous occasions on which I was fit tested, I had been notified of the test at least 24 hours earlier and required to sign a form acknowledging that I was not to eat or smoke for at least 30 minutes prior to taking the test. I had not been given this form on March 26, nor was it given to me on March 27. I understand that the reason for not eating or smoking is that particles from the food or tobacco can be measured by the test and can cause a person to fail.

4. At approximately 6:00 a.m. on March 27, I had taken Flonase at home before leaving for work. Flonase is a prescription steroid medication which is inhaled as a nasal

spray. I don't know whether the Flonase spray that I took that morning may have interfered with the accuracy of the test.

5. After reporting to Engine 4, I proceeded to take the fit test. Present with me in the room were Sheila Scott, the technician who conducts the test, Capt. William Flint, Theresa Cusick, who I understand is a lawyer with the Fire Department, and Assistant D.C. Attorney General Eden Miller.

6. The first phase of a fit test is called "normal breathing." I scored only 120 during that phase and Sheila Scott said "you're not gonna pass." I asked to stop and tighten my mask, and she said "we'll see," which I understood to mean that I should continue with the test for the time being. During the second phase, which is called "deep breathing," the machine's "Abort" light came on. Attorney Cusick said "the test is over!"

7. When I removed the mask from my face, I saw that the little hose that connects the mask to the computer was not attached to the mask. I don't know at what point during the test it had become detached. I pointed this out to Sheila Scott, who said "usually it doesn't do that," or words to that effect. Ms. Scott wanted to re-attach the hose and re-start the test, but Attorney Cusick asked her to step out of the room with her. When they came back, Ms. Cusick said the test was over. I was not allowed to try again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April, 2006.

*Kevin Conerly*