# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

                 Plaintiffs,

    v.                                No. 05-cv-1792 (JR)

DISTRICT OF COLUMBIA,

                 Defendant.

## [Proposed] ORDER

Upon consideration of plaintiffs Rashumaa's and Conerly's motion for an order directing the Fire Department to give them proper fit tests, and defendant's opposition thereto,

It appearing to the Court that the fit tests administered to plaintiffs Rashumaa and Conerly on March 23 and 27, 2006, respectively, were not properly conducted and did not provide plaintiffs Rashumaa and Conerly with a fair opportunity to pass the tests; it is hereby

ORDERED, that the Defendant shall, within three days of the date of this order, provide plaintiffs Rashumaa and Conerly with a second opportunity to take face mask fit tests; and it is further

ORDERED, that the plaintiffs and their counsel shall be given at least 24 hours advance notice of their tests; and it is further

ORDERED, that defendant's counsel shall instruct the person performing the tests to administer them in the same manner as she has administered and would administer fit

tests to all other Department members, and shall not intervene in the conduct of these tests.

Dated: _____, 2006

_____
James Robertson
United States District Judge