UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | No. 01-cv-1189 (JR) |
| STEVEN B. CHASIN, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | No. 05-cv-1792 (JR) |

**[Proposed] ORDER CLARIFYING ORDER OF MARH 20, 2006**

Upon consideration of plaintiffs' motion for clarification of the Court's order of March 20, 2006, it appearing to the Court that clarification is desirable; it is hereby

ORDERED, that the Defendant shall conduct a face mask fit test every thirty days upon each of the six plaintiffs covered by the Court's order of March 20, 2006, even if a plaintiff fails one or more of such fit tests; and it is further

ORDERED, that a plaintiff who fails a fit test but passes a subsequent test shall at that time be restored to active duty pending the next test.

Dated: _____, 2006

_____
James Robertson
United States District Judge