UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

No. 05-cv-1792 (JR)

## SECOND DECLARATION OF DWIGHT EVANS

I, Dwight Evans, hereby depose and state:

1. This statement supplements my earlier declaration in this case.

2. In June 2005 I was taken off ambulance duties and placed on administrative duty because I would not shave my beard. As a result, my pay was reduced by approximately 25%, because paramedics on administrative duty cannot earn night-time, Sunday, or holiday pay, which we routinely earn as part of our regular rotating work schedules. That imposed a serious hardship on me and my household.

3. In my earlier declaration, I said: "I have been on leave in recent weeks, but when I report for duty on Saturday, September 10, I expect to be charged with a violation for reporting with a beard, and placed on suspension without pay. My household cannot go for long without pay, and I will very soon have to choose between following my religious beliefs and paying the rent and buying groceries." As a result of filing this lawsuit, I was not suspended but was continued on administrative duty.

Case 1:05-cv-01792-JR   Document 24   Filed 04/12/2006   Page 1 of 3

4. Around the end of October, 2005, after the Court had ruled at the October 11 hearing in this case that it would not issue a preliminary injunction ordering the Department to return me and my fellow plaintiffs to regular duty, and after having spent approximately five months on administrative duty with its 25% reduction in pay, I called my lawyer and told him that I could no longer afford to take this pay cut and was going to have to shave even though that would violate my religious beliefs. He informed me that the Department was planning to conduct the first fit-tests of the plaintiffs in this case in early November, and I decided to keep my beard until I could be tested.

5. I was fit-tested on November 3, 2005, and I passed. Soon after that I shaved my beard. I filed a Special Report with the Department stating:

> I am reporting to work clean-shaven today so that I can return to active duty, because I can no longer afford the financial penalty of being off active duty. I have been assigned to administrative duty since June 2005, which has caused a very serious drop in my pay.
>
> Shaving violates my religious beliefs, and I feel that the Department is unfairly forcing me to choose between my religion and supporting my household. But I have to make that choice.

6. I continue to believe that God wants me to wear a beard. Each day that I remain without a beard, I am violating my religious beliefs. Because I have demonstrated that I can safely perform my duties as a paramedic with a beard—as I have for more than 30 years—I should be allowed to re-grow my beard while remaining on regular duty.

7. Requiring me to go on administrative duty for a period of months in order to be fit-tested with a beard would not only be financially punishing for me and my household, it would also be wasteful for the people of the District of Columbia. "Administrative duty" really means doing nothing. The taxpayers of D.C. would be paying me to do nothing instead of serving them as an experienced emergency

2

paramedic. And they would have to pay someone else—probably at overtime rates—to cover my position.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January, 2006.

*Dwight Evans*
Dwight Evans

3