UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

No. 05-cv-1792 (JR)

### SECOND DECLARATION OF ELEON A. BAKER

I, Eleon A. Baker, hereby depose and state:

1. This statement supplements my earlier declaration in this case.

2. As noted in my first declaration, I have been a D.C. firefighter (in recent years a Sergeant), and I have worn a beard pursuant to my religious beliefs as a Nazerite, for approximately twenty years.

3. In early June, 2005, after Fire Chief Thompson issued Special Order 20 (2005), I was instructed to report for a formal fit test, along with other firefighters in my Battalion. I passed the test, with my beard. I later learned that I was not supposed to have been allowed to take the test with a beard.

4. I remained on active duty, with my beard, until my vacation began on July 22. I was still on vacation when this lawsuit was filed. But before reporting for duty later in September I very reluctantly shaved my beard for the first time in about 20 years. As noted in my earlier declaration, the option of remaining on administrative duty for several months was not viable for me, because I am a single parent supporting two children, one of whom is in private school. I voluntarily work a lot of overtime because I need the income to support

my kids. But when a firefighter is assigned to administrative duty he cannot work overtime, or on weekends or holidays. I felt I had no choice but to return to regular duty because I just could not afford to lose the income. My children would have been the ones to suffer.

5. Every time I shave, I am being coerced into violating my religious beliefs. I want to re-grow my beard and stop violating my oath as a Nazerite.

6. I have demonstrated that I can safely perform my duties as a firefighter with a beard by passing a fit-test with my beard in June 2005, as well as by safely performing my duties while wearing a beard for more than 20 years. I should be allowed to re-grow my beard while remaining on regular duty.

7. Requiring me to go on administrative duty for a period of several months in order to be fit-tested with a beard would be financially impossible for me and my children. It would also be wasteful for the people of the District of Columbia. "Administrative duty" really means doing nothing. The taxpayers of D.C. would be paying me to do nothing instead of serving them as an experienced firefighter. And they would have to pay someone else—probably at overtime rates—to cover my position.

8. If I am not allowed to resume regular duty with my beard—subject to whatever fit-testing the Court or the Department wishes to require—I will be put in the cruel position of having to choose between quitting the job that I have held for more than 20 years or violating my religious beliefs for the indefinite future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2006.

*Eleon A. Baker*

2.