UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

        Plaintiffs,

v.                                                                  No. 05-cv-1792 (JR)

DISTRICT OF COLUMBIA,

        Defendant.

**[Draft] ORDER**

This order reflects that the motion of plaintiffs Dwight Evans and Eleon Baker for a preliminary injunction permitting them to re-grow their beards while remaining on active duty (a portion of the relief sought by the plaintiffs in their Motion for Reinstatement [14]) was DENIED for the reasons stated in open court on March 14, 2006.

Dated: April ____, 2006

                                                  James Robertson
                                         United States District Judge