UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

        Plaintiffs,

v.

DISTRICT OF COLUMBIA,

        Defendant.

No. 05-cv-1792 (JR)

**[Proposed] INJUNCTION PENDING APPEAL**

Upon consideration of the motion of plaintiffs Dwight Evans and Eleon Baker for an injunction pending their appeal of this Court's order denying their motion for a preliminary injunction permitting them to re-grow their beards while remaining on active duty, it appearing to the Court that

    (1) plaintiff Evans has successfully passed three fit tests while wearing his beard, and has never failed a fit test;

    (2) plaintiff Baker has successfully passed one fit test while wearing his beard, and has never failed a fit test;

    (3) most of the plaintiffs in this case and the related *Potter* case have successfully passed their fit tests while wearing their beards;

    (4) the defendant has not carried its heavy burden of demonstrating *with evidence* that plaintiffs Evans and Baker cannot achieve an acceptable facemask fit while wearing their beards;

    (5) the uncontradicted evidence in the record shows that in the absence of an injunction Pending appeal plaintiffs Evans and Baker will never have an opportunity to

demonstrate that they can repeatedly pass fit tests with their beards, because they cannot afford the substantial loss of pay involved in remaining on administrative duty for several months;

(5) plaintiffs Evans and Baker will suffer irreparable harm if an injunction pending appeal is denied because they are forced to violate their religious beliefs every day in order to remain on active duty;

(6) the issuance of an injunction pending appeal will not cause substantial harm to the District of Columbia; and

(7) the public interest will be served by the issuance of an injunction pending appeal, it is, therefore,

ORDERED that the motion of plaintiffs Dwight Evans and Eleon Baker for an injunction pending appeal is hereby GRANTED; and it is further

ORDERED that the defendant shall permit plaintiffs Dwight Evans and Eleon Baker to remain on active duty while re-growing and wearing their beards, *provided, however*, that within 30 days of this order, and every 30 days thereafter, plaintiffs Evans and Baker take the applicable face-fit test for their negative pressure masks.

Dated: _____, 2006

                                                          _____
                                                                   James Robertson
                                                            United States District Judge

2