UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN B. CHASIN, *et al.*,

           Plaintiffs,

v.

DISTRICT OF COLUMBIA,

           Defendant.

No. 05-cv-1792 (JR)

**[Proposed] ORDER**

Upon consideration of plaintiffs Rashumaa's and Conerly's motion to reconsider my order [33] denying their motion [30] for an order directing the Fire Department to give them proper fit tests,

It appearing that the reasoning of my earlier order was based on an incorrect assumption about a relevant fact, it is hereby

ORDERED, that the motion for reconsideration is GRANTED; and it is further

ORDERED, that the defendant shall set aside the results of the fit tests administered to plaintiffs Rashumaa and Conerly on March 23 and 27, respectively; and it is further

ORDERED, that within three days of the date of this order, provide plaintiffs Rashumaa and Conerly with a second opportunity to take face mask fit tests; and it is further

ORDERED, that the plaintiffs and their counsel shall be given at least 24 hours advance notice of their tests; and it is further

2

ORDERED, that defendant's counsel shall instruct the person performing the tests to administer them in the same manner as she has administered and would administer fit tests to all other Department members, and shall not intervene in the conduct of these tests.

Dated: _____, 2006

_____
James Robertson
United States District Judge