UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | No. 01-cv-1189 (JR) |
| STEVEN B. CHASIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | No. 05-cv-1792 (JR) |

**[proposed] ORDER**

Upon consideratio of the parties' meet and confer report, it is hereby

ORDERED, that the defendant shall file its motion for summary judgment on or before May 26, 2006, and plaintiffs shall file their response or before June 26, 2006.  It is further

ORDERED that if the parties are unable to resolve their disagreements about expert reports or expert depositions, an appropriate motion or motions shall be filed on or before _____, 2006.

Dated:  May ___, 2006

_____
James Robertson
United States District Judge