UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiffs Rashumaa and Conerly's Motion for Reconsideration, Defendant's Opposition thereto, Plaintiffs' Reply, and the record herein, it is hereby **ORDERED,** on this _____ day of May, 2006, that**:**

Plaintiffs' motion is **DENIED.**

                                                                          _____
                                                                          JAMES ROBERTSON
                                                                          UNITED STATES DISTRICT JUDGE