# DEFENDANT'S EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 01-1189 (JR)<br><br><br>Consolidated with |
| STEVEN B. CHASIN, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1792 (JR) |

### SECOND DECLARATION OF ROY T. MCKAY, PH.D

I, Roy T. McKay, PH.D., do hereby declare and state as follows:

1. My name is Roy T. McKay. I am a Research Assistant Professor at the University of Cincinnati, College of Medicine, Department of Environmental Health. Also, I am the Director of the Occupational Pulmonary Services program at the University of Cincinnati's Center for Occupational Health. This program provides respirator fit testing and respirator training services on a local, regional, and national basis.

2. In my first declaration in the above-captioned case, dated September 27, 2006, I provided the Court with a current curriculum vitae and statements about my professional experience and qualifications, so I will not repeat them here.

3. It is my opinion that using Flonase and consuming food before a face mask fit test would not affect the results of a properly conducted fit test and would not produce a failing score when utilizing the TSI Portacount Plus fit testing apparatus or other similar testing apparatus.

4. The PortaCount testing machine counts very small particles in the air. During a fit test, the respirator to be fitted is equipped with high efficiency filters designed to stop these particles from coming into the respirator. The PortaCount measures respirator fit by comparing the concentration of particles outside the respirator to the concentration of particles that have leaked into the respirator. The ratio of these two concentrations is called a fit factor. In general, the higher the fit factor the better the fit of the respirator.

5. A large number of particles inside of the mask will result in a failing score.

6. To my knowledge, there is no evidence to support the proposition that using Flonase would affect the measurement of fit factor.

7. Flonase is an inhaled nasal medication designed to be delivered to the upper respiratory system (nasal area). As such, the particles are big (far bigger than those considered by the fit test) and deposit in the upper respiratory system where the body needs the medicine.

8. Further, when a person uses Flonase, he will use only one or two puffs. Relative to the much larger number of particles present in room air, those puffs produce only a small amount of particles. Furthermore, any small particles which could potentially be counted by the PortaCount would be readily flushed from the respiratory system during subsequent exhalations.

9. Thus, the use of Flonase before a face mask fit test would have no affect on the results of the test and would not yield a false failure.

10. Additionally, there is no evidence that "aromatic" or volatile food would affect the fit factor.

11. Food is swallowed and goes into the stomach, not the lungs. Any volatile component would be a gas. Gases are not counted by the PortaCount, therefore, the presence of a gas would not interfere with the measurement of fit factor.

12. Food could potentially affect respirator fit (fit factor). If pieces of food became trapped in the beard, they could potentially interfere with the facepiece seal. This potential problem can be avoided by not having facial hair.

13. With regard to the use of oils on beards prior to a fit test, the usage may or may not affect the fit factor. It may make the fit factor better or worse, and will most likely lead to an inconsistent fit. I base this assessment on my personal observations, experiences, and knowledge about beards, respirator fit, and oils. I am unaware of any scientific studies specifically designed to

   study this specific topic.
14. Oils by their definition are relatively nonvolatile—they do not readily evaporate. In the absence of physically dispersing them into the air by mechanical or other means, they would not generate particles counted by the PortaCount.

15. I make this declaration upon personal knowledge, information and belief. I would testify consistent herewith if called to testify.

I declare under penalty of perjury that the foregoing is true and correct. **Executed on May 1, 2006.**

_____
Roy T. McKay, PH.D.