# DEFENDANT'S EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 01-1189 (JR)<br><br><br>Consolidated with |
| STEVEN B. CHASIN, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 05-1792 (JR) |

## DECLARATION OF WILLIAM FLINT

I, William Flint, do hereby declare and state as follows:

1. My name is William Flint. I am the Acting Battalion Fire Chief/Medical Services Officer of the District of Columbia Fire and Emergency Medical Services Department ("Fire & EMS").

2. I have held this position for four months. Prior to that, I held the position of Captain/Safety Officer. I held that position for 1 ½ years. In total, I have worked as a fire fighter in the District of Columbia for 20 years, 11 months.

3. In my role as Safety Officer, I was responsible for overseeing the department-wide face mask fit tests, and for ensuring that all Fire & EMS personnel who require face masks have appropriate masks.

4. For purposes of this case, I also was responsible for overseeing the fit tests ordered by the Court in the above-captioned <u>Chasin</u> matter.

5. Because I and others in Fire & EMS were concerned about the possibility of the plaintiffs using oils and other products to smooth their beards for better seals, the department asked that they refrain from using those products 24 hours prior to the scheduled test times.

6. Further, out of an abundance of caution, the department also asked that the plaintiffs not eat 30 minutes prior to their test times.

7. I am unaware of any fit testing procedural requirements that prevent the use of oils or other products or that prohibit eating within 30 minutes of taking a fit test using a Porta-Count fit tester.

8. I make this declaration upon personal knowledge, information and belief. I would testify consistent herewith if called to testify.

I declare under penalty of perjury that the foregoing is true and correct. **Executed on May 1, 2006**.

_____
William Flint, Acting Battalion Fire Chief

2