**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
CALVERT L. POTTER, et al.,         :
                                   :
        Plaintiffs,                :
                                   :
    v.                             :  Civil Action No. 01-1189 (JR)
                                   :
DISTRICT OF COLUMBIA,              :
                                   :
        Defendant.                 :
_____:
STEVEN B. CHASIN, et al.,          :
                                   :
        Plaintiffs,                :
                                   :
    v.                             :  Civil Action No. 05-1792 (JR)
                                   :
DISTRICT OF COLUMBIA,              :
                                   :
        Defendant.                 :
```

**ORDER**

Upon consideration of the meet and confer report [120] in 01-1189 and [35] in 05-1792 filed on April 28, 2006 it is

**ORDERED** that the deadlines for a dispositive motion and opposition proposed by the parties are **approved** and **SO ORDERED**, provided, however, that the parties may by agreement extend those deadlines without further order of the Court, simply by providing notice to the Court of their agreement and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial). Do not file a motion for such a consented extension. Instead, make the request informally by letter, or by e-mail (addressed to

RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468). Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties. Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.  It is

**FURTHER ORDERED** that the Court will entertain appropriate motions concerning expert reports or expert depositions if the parties are unable to resolve the disagreements about those matters.

>                              JAMES ROBERTSON
>                         United States District Judge