# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7043**          **September Term, 2005**

01cv01189
05cv01792

Calvert L. Potter, et al.,
    Appellees

v.

District of Columbia,
    Appellant

**Filed On:**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
MAY 30 2006
CLERK

Consolidated with 06-7044, 06-7050

**BEFORE:**   Rogers, Garland, and Brown, Circuit Judges

### ORDER

Upon consideration of the motion to stay the district court's March 20, 2006 reinstatement orders pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied. The District of Columbia has not satisfied the stringent standards required for a stay pending appeal. See <u>United States v. Philip Morris Inc.</u>, 314 F.3d 612, 617 (D.C. Cir. 2003); <u>Wisconsin Gas Co. v. FERC</u>, 758 F.2d 669, 674 (D.C. Cir. 1985).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
MaryAnne McMain
Deputy Clerk/LD