UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 01-1189 (JR) <br><br> Consolidated with |
| STEVEN B. CHASIN, *et al*. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1792 (JR) |

**NOTICE OF FILING**

Defendant District of Columbia, by counsel, respectfully here submits as Exhibit 1, attached, the face mask fit test results, conducted pursuant to this Court's March 20, 2006, Order, for Plaintiffs Rashumaa, Conerly, Sterling, and Potter, who failed to achieve passing scores.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General of the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

2

                    **/s/ Robert C. Utiger**
                    ROBERT C. UTIGER [437130]
                    Senior Counsel
                    441 Fourth Street, N.W., Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6532

                    **/s/ Eden I. Miller**
                    EDEN I. MILLER [#483802]
                    Assistant Attorney General
                    441 Fourth Street, N.W., Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6614
                    (202) 727-3625 (fax)
June 27, 2006            Eden.Miller@dc.gov