# Exhibit 1

Case 1:05-cv-01792-JR    Document 39-2    Filed 06/27/2006    Page 1 of 5

03/23/2006           LAST NAME   RASHUMAA
                     FIRST NAME   SHANGO KWAME

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 1882 | | |
| LAST NAME | RASHUMAA | COSTOM1 | |
| FIRST NAME | SHANGO KWAME | CUSTOM2 | |
| COMPANY | MEDIC 9/OPERATIONS | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | FACIAL HAIR ... | | |
| | | | |
| TEST DATE | 03/23/2006 | PORTACOUNT S/N | 43401 |
| TEST TIME | 08:55 | N95-COMPANION | N |
| DUE DATE | 03/23/2007 | | |
| | | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM [50 | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MED. | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 45 | N |
| DEEP BREATHING | 60 | 0 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

OVERALL FIT FACTOR            0        N

FITTEST OPERATOR   *A. Scott*           DATE   3-23-06
                  SSCOTT

NAME                                              DATE

SHANGO KWAME   RASHUI

*3/23/06 Refused to sign.*

1

Mar-27-06  11:14    From-DC FIRE AND EMS DEPT         +2022697533          T-058   P 02/03   F-257

03/27/2006                                           LAST NAME    CONERLY
                                                     FIRST NAME   KEVIN

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 0208 | | |
| LAST NAME | CONERLY | COSTOM1 | |
| FIRST NAME | KEVIN | CUSTOM2 | |
| COMPANY | T-12-2 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | BEARD | | |
| | | | |
| TEST DATE | 03/27/2006 | PORTACOUNT S/N | 43401 |
| TEST TIME | 09:37 | N95-COMPANION | N |
| DUE DATE | 03/27/2007 | | |
| | | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM (50 | PROTOCOL | OSHA 29CFR1910 134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MEDIUM | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 120 | N |
| DEEP BREATHING | 60 | 103 | N |
| HEAD SIDE TO SIDE | 60 | 0 | N |
| HEAD UP AND DOWN | 60 | 0 | N |
| TALKING | 60 | 0 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 0 | N |
| NORMAL BREATHING | 60 | 0 | N |

OVERALL FIT FACTOR                       0              N

FITTEST OPERATOR    *[signature]* SSCOTT                DATE 3-27-06

NAME    *[signature]* KEVIN CONERLY                     DATE 3/27/06

2

05/25/2006                                            LAST NAME   STERLING
                                                      FIRST NAME  JASPER

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 3007 | | |
| LAST NAME | STERLING | COSTOM1 | |
| FIRST NAME | JASPER | CUSTOM2 | |
| COMPANY | M-27 #3 | CUSTOM3 | |
| LOCATION | MASK ROOM | CUSTOM4 | |
| NOTE | FACIAL HAIR, SMOKER | | |
| TEST DATE | 05/25/2006 | PORTACOUNT S/N | 44802 |
| TEST TIME | 09:24 | N95-COMPANION | N |
| DUE DATE | 05/25/2007 | | |
| RESPIRATOR | SCOTT AV3000 MEDIUM [50 | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV3000 | | |
| MASK STYLE | MEDIUM | APPROVAL | |
| MASK SIZE | MEDIUM | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 261 | N |
| DEEP BREATHING | 60 | 536 | Y |
| HEAD SIDE TO SIDE | 60 | 394 | N |
| HEAD UP AND DOWN | 60 | 509 | Y |
| TALKING | 60 | 650 | Y |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 690 | Y |
| NORMAL BREATHING | 60 | 497 | N |

OVERALL FIT FACTOR                               0                    N

FITTEST OPERATOR  *S. Scott*                                     DATE 5/25/06
                  SSCOTT
NAME              *Jasper Sterling*                              DATE 5/25/06

3

05/25/2006                                              LAST NAME    POTTER
                                                        FIRST NAME   CALVERT

## FIT TEST REPORT

| | | | |
|---|---|---|---|
| ID NUMBER | 0803 | | |
| LAST NAME | POTTER | COSTOM1 | |
| FIRST NAME | CALVERT | CUSTOM2 | |
| COMPANY | RS3 | CUSTOM3 | |
| LOCATION | MASKROOM | CUSTOM4 | |
| NOTE | BEARDED 03/023/06 | | |
| | | | |
| TEST DATE | 05/25/2006 | PORTACOUNT S/N | 44802 |
| TEST TIME | 09:47 | N95-COMPANION | N |
| DUE DATE | 05/25/2007 | | |
| | | | |
| RESPIRATOR | SCOTT AV 2000 SMALL [500 | PROTOCOL | OSHA 29CFR1910.134 |
| MANUFACTURER | SCOTT | PASS LEVEL | 500 |
| MODEL | AV 2000 | | |
| MASK STYLE | SMALL | APPROVAL | |
| MASK SIZE | SMALL | EFFICIENCY <99% | N |

| EXERCISE | DURATION (sec) | FIT FACTOR | PASS |
|---|---|---|---|
| NORMAL BREATHING | 60 | 449 | N |
| DEEP BREATHING | 60 | 386 | N |
| HEAD SIDE TO SIDE | 60 | 495 | N |
| HEAD UP AND DOWN | 60 | 502 | Y |
| TALKING | 60 | 349 | N |
| GRIMACE | 15 | Excl. | |
| BENDING OVER | 60 | 470 | N |
| NORMAL BREATHING | 60 | 693 | Y |

OVERALL FIT FACTOR                              0                    N

FITTEST OPERATOR   *S. Scott*                         DATE   5-25-06
SSCOTT
NAME   *Calvert Potter (signature)*                   DATE   5/25/06
CALVERT  POTTER

4