## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CALVERT L. POTTER, *et al.*,

        Plaintiffs,

    v.

DISTRICT OF COLUMBIA,

        Defendant.

No. 01-cv-1189 (JR)

STEVEN B. CHASIN, *et al.*,

        Plaintiffs,

    v.

DISTRICT OF COLUMBIA,

        Defendant.

No. 05-cv-1792 (JR)

## DECLARATION OF WILLIAM D. IVERSON

William D. Iverson declares as follows:

1. I am a partner with the law firm of Covington & Burling LLP, and counsel for the plaintiffs in Potter *et al.* v. District of Columbia, No. 01-cv-1189 (JR). I make this declaration based on personal knowledge and facts provided to me by other counsel of record in this case and in Chasin *et al.* v. District of Columbia, No. 05-cv-1792 (JR).

2. On April 26, 2006, I met with Mr. Robert Utiger, counsel for Defendant, at my offices. Mr. Arthur Spitzer of the ACLU, who is counsel for the plaintiffs in both the Potter and Chasin cases, and Mr. Joshua Doan of my office, who also represents the Potter plaintiffs, were also present. The purpose of the meeting was to formulate a joint Meet and Confer Report to be filed with the Court. Mr. Utiger stated that he intended to file a motion for summary judgment, since he believed that his client was entitled to summary disposition in its favor on the existing

record.  Mr. Spitzer and I stated that we, to the contrary, believed that additional discovery was needed, although we recognized his right to file a summary judgment motion if he wished to do that, and that we would of course file a response.  We agreed to frame a Meet and Confer Report reflecting those positions, and such a report was drafted, agreed to by the parties, and filed with the Court on April 28, 2006.  There was no discussion or understanding that the sole focus of further proceedings would be the summary judgment motion that Mr. Utiger stated he would file, and there was no discussion or understanding that counsel for the plaintiffs would not initiate further discovery.  To the contrary, I stated that I would pursue discovery, and did so the next day, April 27, 2006, by filing, together with Mr. Spitzer, a notice to take the deposition of Roy McKay, a consultant upon whose declaration the Defendant had relied in prior filings, and by filing Plaintiffs' Third Request for the Production of Documents in the consolidated cases on May 5, 2006.

3.  In response to Plaintiffs' Third Request, the Defendant produced over 500 pages of documents on July 10 and made a larger subsequent production on August 2, as well as other smaller supplemental productions on July 20, August 3 and August 7.  Overall, Defendant has produced somewhat over 2,000 pages of documents in response to those requests, while withholding several hundred pages of documents on the asserted bases of privilege and, in a few cases, personal privacy.

4.  Exhibit A contains documents produced by the Defendant, to which the stamped production numbers DEF000014-18 have been added.  The first page indicates that a copy of an RFP is attached.  The following page states that the District of Columbia Fire and EMS Department is interested in securing a contract to fit test over 1600 employees and that all work

should be performed in accordance with 29 CFR 1910.34, which comprises regulations issued by

OSHA. Subsequent pages contain a Statement of Work making the same point in several places.

5. Exhibit B and Exhibit C contain documents produced by the Defendant, to which the

stamped production numbers DEF000043 and DEF002704-2705 have been added.

6. Exhibit D contains a document produced by the Defendant, to which the stamped

production numbers DEF004411 has been added.

7. Exhibit E and Exhibit F contain documents produced by the Defendant, to which the

stamped production numbers DEF002552-2553 and DEF 002554-2556 have been added.

8. Exhibit G contains documents produced by the Defendant, to which the stamped

production numbers DEF002747-2754 have been added. The statement "It was agreed that the

number of PAPRs that Chiefs decided to purchase, 50% of on-duty riding positions, was a valid

plan and it would not be changed" appears at DEF002748. A spreadsheet addressing, in part, the

number of PAPRs for each jurisdiction appears at DEF002753.

9. Exhibits H through L contain documents produced by the Defendant, to which the

stamped production numbers DEF003936, DEF003937-3938, DEF003952-3953, DEF 003988-

3989, DEF 003994 have been added.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct. Executed on August 18, 2006.

William D. Iverson

# EXHIBIT A

Suite 150

Largo, MD 20774

301 925 1234

Attn: Jackie Hawkins

-2- A copy of the contract with the above company.

I will check with OCP, we only get a copy of the PO.

PO151543 is in the packet.

-3- A detailing of the costs and monies spent to date on the above
contract.

Invoice 5011739-01 dated 6/24/05 for $10,296.00

Invoice 5011765-01 dated 6/30/05 for $10,260.00

Total invoiced $20,556.00

Copies are in the packet.

-4- A copy of the RFP that was issued during the procurement process
that resulted in the Agency signing the above contract.

A RFP for quotes was generated by Risk Management. It is attached and included in the packet. I will check with OCP for their
documents.

Thank you for your attention to this matter.

Sincerely,

---
Steven B. Chasin
Executive Assistant
AFGE Local 3721
6400 Georgia Avenue, NW, Suite 8
Washington, DC 20012
(202) 882-9820
(202) 291-9026 fax
(703) 580-5103 direct fax

**DEF 000014**

District of Columbia Fire and EMS Department
Risk Management Division
Safety Office
2531 Sherman Avenue N.W.

202 673 6432
202 673 6431 fax

The District of Columbia Fire and EMS Department is interested in securing a contract to
fit test over 1600 employees.

- All employees will be fit tested to the minimum standards set forth in 29 CFR
  1910.134 using a Scott AV 2000 or AV 3000 facepiece.
- All procedures and recordkeeping will comply with the OSHA standard.
- All work is to be performed within a period not to exceed 45 calendar days.
- Testing will occur at fire stations located throughout the District of Columbia,
  with a maximum of two locations per testing day.
- The vendor will submit a record of all fit tests at the end of the project in
  Microsoft Excel or other format that is mutually agreed upon.

Please furnish the following information:

Price per person for fit test using Scott AV 2000 or AV 3000 facepiece, using 1600
employees as the initial group
Price per person for additional fit tests over the initial 1600
Price per person for testing select individuals using both available facepiece models

Proposals should be submitted to:

Safety Office
District of Columbia Fire and EMS Department
2531 Sherman Ave. N.W. Washington D.C. 20001

Please address questions to:

Captain William Flint, Safety Officer at 202 673 6432 or 301 943 4499.

Thank you.

DEF 000015

District of Columbia Fire & EMS Department                          7/5/2005
Risk Management Division
Safety Office                                                       Page 1


## OFFICE OF CONTRACTING AND PROCUREMENT
## STATEMENT OF WORK

### C.1    SCOPE:

The District of Columbia Fire and EMS Department is interested in securing a contract to
fit test over 1600 employees.

- All employees will be fit tested to the minimum standards set forth in 29 CFR
  1910.134 using a Scott AV 2000 or AV 3000 SCBA facepiece.
- All procedures and recordkeeping will comply with 29 CFR 1910.134.
- All employees will be given an on-line medical questionnaire that meets the
  requirements of 29 CFR 1910.134 Appendix C, Medical Questionnaire.
- All work is to be performed within a period not to exceed 45 calendar days.
- Testing will occur at fire stations located throughout the District of Columbia,
  with a maximum of two locations per testing day.
- The vendor will submit a record of all fit tests at the end of the project in
  Microsoft Excel or other format that is mutually agreed upon.


### C.1.1   Applicable Documents

| Item No. | Title | Date |
|----------|-------|------|
| 1 | NFPA 1852: Standard on Selection, Care, and Maintenance of Open-Circuit Self-Contained Breathing Apparatus, 2002 Edition | 2002 |
| 2 | NFPA 1981: Standard on Open-Circuit Self-Contained Breathing Apparatus for Fire and Emergency Services, 2002 edition | 2002 |
| 3 | NFPA 1404: Standard for Fire Service Respiratory Protection Training, 2002 Edition | 2002 |
| 4 | 29CFR1910.134 Respiratory Protection: 1910.134 | |
| 5 | 29CFR1910.134 Appendix A, Fit Test Procedures: 1910.134 App A | |
| 6 | 29CFR1910.134 Appendix C, Medical Questionnaire: 1910.134 App C | |

DEF 000016

District of Columbia Fire & EMS Department                    7/5/2005
Risk Management Division
Safety Office                                                       Page 2

### C.1.2  Definitions

| OSHA | Occupational Safety and Health Administration |
|------|-----------------------------------------------|
| NFPA | National Fire Protection Association |
| SCBA | Self Contained Breathing Apparatus |

### C.2    BACKGROUND

The District of Columbia Fire and EMS Department has over 1800 employees that may
be required to use respirators as part of their job description. Respirators are based on the
Scott AV2000 or AV3000 facepiece, and proper fit is necessary to ensure safe operation
of the respirator. OSHA requirements are set forth in 29CFR1910.134. All employees
must complete medical screening before respirator use is permitted. On-line medical
questionnaires meet the requirements for medical screening.

### C.3    REQUIREMENTS

All employees will be fit tested to the minimum standards set forth in 29 CFR 1910.134
using a Scott AV 2000 or AV 3000 SCBA facepiece.
Minimum fit test standard is a fit factor of 500.
All procedures and recordkeeping will comply with the OSHA standard.
All employees will be given an on-line medical questionnaire that meets the requirements
of 29 CFR 1910.134 Appendix C, Medical Questionnaire.
All work is to be performed within a period not to exceed 45 calendar days.
Testing will occur at fire stations located throughout the District of Columbia, with a
maximum of two locations per testing day.
The vendor will submit a record of all fit tests at the end of the project in Microsoft Excel
or other format that is mutually agreed upon.

District of Columbia Fire & EMS Department          7/5/2005
Risk Management Division
Safety Office                                        Page 3

## C.3.1 Monitoring Plan

| C.3.1 PERFORMANCE MONITORING PLAN | | |
|---|---|---|
| Reference this section in Section E of the solicitation: **Acceptance and Inspection** | | |
| **Performance Requirements** | **Performance Standards** | **Surveillance Method & Frequency** |
| Completion of medical screening by all required employees | 100% project completion | Weekly updates, delivery of test documentation |
| Completion of fit test for all required employees | 100% project completion | Weekly updates, delivery of test documentation |

## DELIVERABLES:

| CLIN | Deliverable | Quantity | Format and Method of Delivery | Due Date |
|---|---|---|---|---|
| | Medical Questionnaire | 1800 | On-line | 30 days after project approval |
| | Fit Test | 1800 | On site, by contractor | 60 days after project approval |
| | Upgrade documentation | 1 | Electronic, disc: Microsoft Excel | 30 days after project completion |

DEF 000018

# EXHIBIT B

# Safeware

*Products for the Safety and Protection of People*

May 27, 2005

Reference: PO# 151543, Fit test

William M. FitzGerald
Deputy Fire Chief
Risk Management Division
District of Columbia Fire and EMS Department
2531 Sherman Ave, N.W.
Washington DC 20001

Dear Chief FitzGerald;

This letter is to confirm that Fit testing performed under PO# 151543, awarded to Safeware Inc, on May 4, 2005 will be completed following the minimum standards set forth in 29 CFR 1910.134.

The administration of the medical questionnaire and examinations outline in 29 CFR 1910.134(e) will be followed and administrated by The Backup Training Corporation (TBUTC). TBUTC does not share ANY medical information with any organization. The questionnaire is completed using the most updated secured web site. TBUTC only releases pass/fail results and will not discuss or release medical information with anyone other that the verified person completing the questionnaire. Medical information will not be shared with the District of Columbia Fire and EMS Department.

Safeware will ensure that all standards outlined in section 19103134(g)(1)(i) through 1910.134 (g)(1)(ii) which covers facial hair, corrective glasses, goggles and other personal protective equipment are followed and in compliance. Safeware will not fit test any candidate who has facial hair that lies between the skin and the facepiece sealing surface.

> Appendix A to § 1910.134: Fit Testing Procedures (Mandatory)
> Part I. OSHA-Accepted Fit Test Protocols
> A. Fit Testing Procedures -- General Requirements
> 9. The test shall not be conducted if there is any hair growth between the skin and the facepiece sealing surface, such as stubble beard growth, beard, mustache or sideburns which cross the respirator sealing surface.

Please feel free to contact myself or Ken Brettell if you should need any more information. Safeware looks forward in working with you on this project.

Sincerely yours

*Marty A Miller*

Marty Miller
Director of Technical Service

Corporate Office . 3200 Hubbard Road . Landover . Maryland . 20785-2005 . Local: 301-683-1234 . Toll Free: 800-331-6707 . Fax: 301-683-1200

w w w . S a f e w a r e i n c . c o m

DEF 000043

# EXHIBIT C

⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Molenof, Mitchell (FEMS)**

| | | | |
|---|---|---|---|
| **From:** | Fitzgerald, William (FEMS) | **Sent:** | Tue 4/11/2006 3:22 PM |
| **To:** | Molenof, Mitchell (FEMS) | | |
| **Cc:** | | | |
| **Subject:** | FW: Letter from Safeware | | |
| **Attachments:** | 🗋 FLINT LETTER MAY 20 FIT TEST.doc(25KB) | | |

More ...............

**From:** Flint, William (FEMS)
**Sent:** Monday, May 23, 2005 12:38 PM
**To:** Fitzgerald, William (FEMS)
**Subject:** Letter from Safeware

Chief

I had Safeware write a letter that we could include in the Special Order, or at least have on hand if there are protests or questions.

I addressed the letter to you, but we could put anyone's name on it, including the Fire Chiefs.

Comments?

William Flint

Captain

Safety Office

D.C. Fire / EMS

202 673 6432 Office

301 943 4499 Mobile

**DEF 002704**

144

May 20, 2005

Reference: PO# 151543, Fit test

William M. FitzGerald
Deputy Fire Chief
Risk Management Division
District of Columbia Fire and EMS Department
2531 Sherman Ave, N.W.
Washington DC 20001

Dear Chief FitzGerald;

This letter is to confirm that Fit testing performed under PO# 151543, awarded to Safeware Inc, on May 4, 2005 will be completed following the minimum standards set forth in 29 CFR 1910.134.

The administration of the medical questionnaire and examinations outline in 29 CFR 1910.134(e) will be followed and administrated by The Backup Training Corporation (TBUTC). TBUTC does not share ANY medical information with any organization. The questionnaire is completed using the most updated secured web site. TBUTC only releases pass/fail results and will not discuss or release medical information with anyone other that the verified person completing the questionnaire. Medical information will not be shared with the District of Columbia Fire and EMS Department.

Safeware will ensure that all standards outlined in section 19103134(g)(1)(i) through 1910.134 (g)(1)(ii) which covers facial hair, corrective glasses, goggles and other personal protective equipment are followed and in compliance. Safeware will not fit test any candidate who has facial hair that lies between the skin and the facepiece sealing surface.

   Appendix A to § 1910.134: Fit Testing Procedures (Mandatory)
   Part I. OSHA-Accepted Fit Test Protocols
   A. Fit Testing Procedures -- General Requirements
   9. The test shall not be conducted if there is any hair growth between the skin and the
   facepiece sealing surface, such as stubble beard growth, beard, mustache or sideburns
   which cross the respirator sealing surface.

Please feel free to contact myself or Ken Brettell if you should need any more information. Safeware looks forward in working with you on this project.

Sincerely yours


Marty Miller
Director of Technical Service


DEF 002705

# EXHIBIT D

## Unknown

**From:**    Jeffery, Alfred III. (FEMS)

**Sent:**    Tuesday, May 23, 2006 7:48 AM

**To:**      Fitzgerald, William (FEMS)

**Subject:** Fit Testing and other stuff

I had a discussion with Shelia this morning in reference to her certification for fit testing, I was surprised to discover that she posses none. It seems that Bob Simms turned her over on the use of the fit test equipment and she in turn turned over the other air unit members. I will have Mitch call MES, Maryland Fire and the other vendor giving us pricing on doing our fit testing to see what, if any, certification is needed or that they use to certify their employees. I will also have Mitch contact the manufacturer of the equipment to see what certification they recommend prior to someone giving fit test and certifying the results.

More Later.

I will be in a COOP training class with ORM today and Wednesday from 9 am to 5pm? if you need me page me 202-991-0699 or call me, I will check my e-mails this evening.

Jimmy is working on the P card issue and will have that to Ms. West this AM or early afternoon.

See Ya!

Big Al

Alfred B. Jeffery III
Battalion Fire Chief
2531 Sherman Ave. NW
Washington, DC 20001
202-673-6617 Office
202-673-6431Fax
202-345-6294Cell
alfred.jeffery@dc.gov

DEF 004411

2840

# EXHIBIT E



# Order No. PO136787

Issued on Tue, 09 Nov, 2004
Created on Tue, 09 Nov, 2004 by PASS System Administrator

**Supplier:**
MUNICIPAL EMRGENCY SERVICES
10210 GOVERNOR LANE BLVD
WILLIAMSPORT, MD 21795
United States
Phone: 1301.582.1700
Fax: 1301.582.1715
Contact: LISA CERAVALO

**Ship To:**
Fire and Emergency Medical Services (Property Section Warehouse)
3325 V Street NE
Washington, DC 20018
United States

**Deliver To:**
John Donnelly

**Bill To:**
Fire & Emergency Medical Services
300 Indiana Ave., NW RM 4106
Washington, DC 20001
United States
Phone: 1(202) 727-5298
Fax: 1(202) 727-4845

Bill To Contact: Attn: Rosanne Etinoff
Delivery Date: Wed, 24 Nov, 2004
PR No.: RQ172792
Requester: Donnelly, John

| Item | Part Number | Unit | Qty | Description | Need By | Unit Price | Extended Amount |
|------|-------------|------|-----|-------------|---------|------------|-----------------|
| 1 | 805633-02 | each | 100 | Scott Aviation C-420 PAPR - C420 PAPR unit with Lithium Sulfur Dioxide battery, NIOSH approved, Lightweight, Belt mounted and designed to ride in the small of the wearer's back, Comes with blower unit assembly, breathing tube assembly, Requires use of two 40mm cartridges | Wed, 24 Nov, 2004 | $566.25USD | $56,625.00USD |

If used in conjunction with a contract award, purchase order is placed in accordance with all provisions of Contract Number:
Form:

DEF 002552

| Item | Part Number | Unit | Qty | Description | Need By | Unit Price | Extended Amount |
|------|-------------|------|-----|-------------|---------|------------|-----------------|
| 2 | 805633-01 | each | 100 | Scott Aviation C-420 PAPR - Lithium Sulfur Dioxide | Wed, 24 Nov, 2004 | $55.50USD | $5,550.00USD |

If used in conjunction with a contract award, purchase order is placed in accordance with all provisions of Contract Number:

Form:

| | | | Total | $62,175.00USD |
|--|--|--|-------|---------------|

# Comments

- APPROVED by Thompson, Adrian on Wednesday, October 27, 2004 at 5:41 PM with comment view comments made by the requisitioner. (Thompson, Adrian, Wed, 27 Oct, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM The Commodity Group Manager for this purchase is Harper, Jr., James (PASS System Administrator, Tue, 09 Nov, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM *****GOVERNMENT OF THE DISTRICT OF COLUMBIA STANDARD CONTRACT PROVISIONS FOR USE WITH THE DISTRICT OF COLUMBIA GOVERNMENT SUPPLY AND SERVICES CONTRACTS ARE HEREBY INCORPORATED BY REFERENCE, WWW.OCP.DC.GOV***** (PASS System Administrator, Tue, 09 Nov, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM FOB is Destination unless specified otherwise (PASS System Administrator, Tue, 09 Nov, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM Certification Approval Green, Kevin, Date 11/9/2004 (PASS System Administrator, Tue, 09 Nov, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM For questions about this purchase order contact Wimbish, Jennifer at 7270821 or jennifer.wimbish@dc.gov (PASS System Administrator, Tue, 09 Nov, 2004)

DEF 002553

# EXHIBIT F



# Requisition No. RQ172792

Issued on Wed, 27 Oct, 2004
Created on Wed, 27 Oct, 2004 by Donnelly, John

**Supplier:**
MUNICIPAL EMRGENCY SERVICES
10210 GOVERNOR LANE BLVD
WILLIAMSPORT, MD 21795
United States
Phone: 1301.582.1700
Fax: 1301.582.1715
Contact: LISA CERAVALO

**Ship To:**
Fire and Emergency Medical Services (Property Section
Warehouse)
3325 V Street NE
Washington, DC 20018
United States

**Bill To:**
Fire & Emergency Medical
Services
300 Indiana Ave., NW RM 4106
Washington, DC 20001
United States
Phone: 1(202) 727-5298
Fax: 1(202) 727-4845

**Deliver To:**
John Donnelly

| Item | Part Number | Unit | Qty | Description | Need By | Unit Price | Extended Amount |
|------|-------------|------|-----|-------------|---------|------------|-----------------|
| 1 | 805633-02 | each | 100 | Scott Aviation C-420 PAPR - C420 PAPR unit with Lithium Sulfur Dioxide battery, NIOSH approved, Lightweight, Belt mounted and designed to ride in the small of the wearer's back, Comes with blower unit assembly, breathing tube assembly, Requires use of two 40mm cartridges | Wed, 24 Nov, 2004 | $566.25USD | $56,625.00USD |

Form:
Form:

| Item | Part Number | Unit | Qty | Description | Need By | Unit Price | Extended Amount |
|------|-------------|------|-----|-------------|---------|------------|-----------------|
| 2 | 805633-01 | each | 100 | Scott Aviation C-420 PAPR - Lithium Sulfur Dioxide | Wed, 24 | $55.50USD | $5,550.00USD |

285

DEF 002554

| | | | | Nov, 2004 | | |
|---|---|---|---|---|---|---|
| Form: | | | | | | |
| Form: | | | | | | |
| | | | | | | |
| | | | | Total | $62,175.00USD | |

## Status: Received

| Approvals | | | | | | |
|---|---|---|---|---|---|---|
| **Required?** | **Status** | **Reason** | **Approver** | **Approved By** | **Date** | |
| Required | Approved | Funds must be secured. | Funds Commit | Funds Commit | Wed, 27 Oct, 2004 | |
| Required | Approved | Chain Of Command | Martin Jr, James B. | Martin Jr, James B. | Wed, 27 Oct, 2004 | |
| Required | Approved | Budget responsible manager to approve purchases against their budget | FB0 Budget Responsible Manager | Jones, Robert | Wed, 27 Oct, 2004 | |
| Not Required | Approved | Agency Manager to watch requisitions greater than $25,000 | FB0 Agency Manager | Martin Jr, James B. | Wed, 27 Oct, 2004 | |
| Required | Approved | The designated OCFO Budget Reviewer to approve | FB0 Budget Reviewer 1 | Hayes, Angelique | Wed, 27 Oct, 2004 | |
| Required | Approved | The Emergency Preparedness Approver must approve requisitions which use emergency funds | FB0 Agency Director | Thompson, Adrian | Wed, 27 Oct, 2004 | |
| Required | Approved | EmergencyPreparednessReviewer | Emergency Preparedness Reviewer | Thomas Ryan | Wed, 27 Oct, 2004 | |
| Required | Approved | The Emergency Preparedness Approver must approve requisitions which use emergency funds | Emergency Preparedness Approver | Leeann Turner | Thu, 28 Oct, 2004 | |
| Not Required | Approved | The Emergency Preparedness Admin must watch requisitions which use emergency funds | Emergency Preparedness OCP Database Administrator | | Tue, 09 Nov, 2004 | |
| Required | Approved | | Pinckney, | Pinckney, | Thu, | |

| | | | Judith | Judith | 04 Nov, 2004 |
|---|---|---|---|---|---|
| Required | Approved | The Emergency Preparedness Contracting Specialist must approve requisitions which use emergency funds | Emergency Preparedness Contracting Lead Specialist | Wimbish, Jennifer | Tue, 09 Nov, 2004 |
| Required | Approved | The Emergency Preparedness Contracting Officer must approve requisitions which use emergency funds | Emergency Preparedness Contracting Officer | Green, Kevin | Tue, 09 Nov, 2004 |

# Requisition Comments

- SUBMITTED by Donnelly, John on Wednesday, October 27, 2004 at 9:15 AM with comment
  These items will intergrate with current training protocols and equipment capabilities. (Donnelly, John, Wed, 27 Oct, 2004)
- COMMENT by Funds Commit on Wednesday, October 27, 2004 at 9:15 AM
  Funds Commit Successful The funds commitment creation was successful. Batch Agency-FB0, Batch Number-001, Current Document Number-RQ172792 (Funds Commit, Wed, 27 Oct, 2004)
- APPROVED by Thompson, Adrian on Wednesday, October 27, 2004 at 5:41 PM with comment
  view comments made by the requisitioner. (Thompson, Adrian, Wed, 27 Oct, 2004)
- COMMENT by Integration on Tuesday, November 9, 2004 at 11:57 AM
  Funds Encumbrance Successful The funds encumbrance creation was successful. Batch Agency-FB0, Batch Number-001, Current Document Number-PO136787 (Integration, Tue, 09 Nov, 2004)

**DEF 002556**

# EXHIBIT G

9/20/2004
Fire Chiefs' Committee
Meeting Highlights, page 1

## MEETING HIGHLIGHTS
## SPECIAL FIRE CHIEFS' COMMITTEE MEETING
## TO DISCUSS SCBA
## August 27, 2004

Chief Tom Owens, City of Fairfax, called the meeting to order at COG in the absence of the Chair. Chief Owens reminded the Chiefs of the history of the SCBA discussion, and updates on the discussion among Northern Virginia Chiefs. He concluded that this group needed to re-think their original goal of equipping every riding position with a backup set of SCBA. Furthermore, he explained that with the right approach, this purchase can benefit jurisdictions outside the NCR. Chief Owens emphasized that he is not criticizing the hard work of the subcommittees in preparing the procurement plans, but instead criticizing the decisions of the Chiefs themselves.

Assistant Chief Rich Bowers, Chair of the Health & Safety Subcommittee, stressed that other than PPE, respiratory protection is the number one priority for firefighters; therefore, this decision is critical and delaying it would be detrimental. AC Bowers encouraged the Chiefs to look at this issue the same as the PPE process – that when a team arrives on-scene and discovers they are contaminated, that gear is out of service and needs replacing. He elaborated that what needs to be determined is what will be sent first, what will then replace that team, and what is still available for other incidents.

It was suggested that SCBA could be "cached," in a sense, on reserve apparatus. Ultimately, they agreed there must be a "method to the madness" in their decision.

Battalion Chief Bob Stephan, Chair of the Hazardous Materials Subcommittee, reviewed for the Chiefs the history of that group's involvement in this process to date. In January, 2004, the Chiefs tasked HazMat to develop recommendations for the equipment purchases. After walking through several potential scenarios, they chose a recommendation based on the premise that the first few alarms would not be able to re-use their gear immediately. The committee recommended 600 spare SCBA to emphasize the regional approach. At the time, that recommendation was not seen favorably by the Chiefs.

Chief Jim Schwartz, Arlington County, reminded the Chiefs that there are two components to be addressed: 1) replace gear and get back in service and 2) refill a pile of empty bottles. He believed that the second component may be the most important.

Melissa Massey, COG, reminded the Chiefs about the discussion of purchasing Mobile Air Units (MAU), capable of storing and transporting up to 100 air cylinders and 20 full SCBA, in addition to re-filling capabilities at approximately 4 – 6 filling stations.

Chief Owens was concerned that approach would get away from the regional approach by placing a MAU in each jurisdiction. Chief Schwartz encouraged them to look at the geographic need, i.e. how to get x number of cylinders to any spot in the NCR within 20 minutes. Others agreed that a plan should be incident-based.

When asked if we could build in "tentacles" such as insurance, maintenance, etc, Tom Ryan of the DC Office of Homeland Security explained that beyond warrantee coverage, it is not

9/20/2004
Fire Chiefs' Committee
Meeting Highlights, page 2

possible, due to the time limits of these grants.

Chief Mike Neuhard, Fairfax County, expressed concern that with caching the equipment, different jurisdictions would have different costs incurred, and that we would need a significant commitment to continue operability of the system.

Chief Owens brought up the discussion of those departments using non-Scott apparatus. It is not fiscally responsible to ask a jurisdiction to completely replace new apparatus, but neither is it wise to use regional funding to purchase air bottles that don't work with the majority of SCBA in the region. It was agreed that nothing can be done about the current situation, but in the future the Chiefs agreed to encourage regional compatibility in gear purchases and focus the attention of the Logistics Subcommittee on standardization once their role in this UASI purchase is fulfilled.

The Chiefs agreed they need to determine performance measures and a methodology, an organized process to evaluate what problem needs addressing and how best to do so. The two main components of this discussion are Continuity of Operations (COOP), and Emergency Mobilization.

It was agreed that the number of PAPRs that Chiefs decided to purchase, 50% of on-duty riding positions, was a valid plan and it would not be changed.

BC Stephan was asked about the methodology HazMat used to come up with a recommendation for 600 SCBA. He explained that the committee looked at the number of firefighters on duty at any time, and the possibility of 2 simultaneous attacks. Having 3 locations of 200 units each allowed for replacement without anyone being fully depleted. There were several comments from Chiefs that this was a realistic number and approach.

**Next Steps**
Chief Owens suggested bringing the Logistics Subcommittee in to the discussion on how best to address the SCBA and air bottles. Assistant Chief Kevin McGee, Prince William County, suggested more advanced staff work and a more facilitated process in the future. It was also agreed that the subcommittees need more direction from the Chiefs and planning assumptions upon which to operate. Scott Goldstein, Chair of the Logistics Subcommittee, explained that what they need is the number of people needed for COOP and the number for Emergency Mobilization.

Assistant Chief Bowers agreed to work with the Logistics Subcommittee to pull together all the existing information, planning assumptions and potential costs of the plans discussed so far. He will get it to the Chiefs by September 10, and a conference call will be held on September 13 at 0800 hours to discuss it. It was stressed that this review needed to examine the value of cache versus backup units.

| Formula for Need:    > | TRG | Cost per TRG | PPE Cleaning Cost | PPE Cleaning Cost | Piece County PPE | PPE Cleaning Cost | SCBA Cost per unit | # of units | Total SCBA Cost |
|---|---|---|---|---|---|---|---|---|---|
| Alexandria | 40 | $ 1,500.00 | $ 60,000.00 | $ 38/set | 200 sets x twice year | $ 15,000.00 | $42 | 75 | $ 3,150.00 |
| Arlington County [c] | | | $ - | $ 70/set | 77 | $ 5,390.00 | $42 | 148 | $ 6,216.00 |
| DC [d] | 145 | $ 1,500.00 | $ 217,500.00 | $ 70/set | 2035 | $ 12,920.00 | $ 35.00 | 170 | $ 5,950.00 |
| Fairfax City | 24 | $ 1,500.00 | $ 36,000.00 | $ 70/set | 95 | $ 6,650.00 | $42 | 56 | $ 2,352.00 |
| Fairfax County | 200 | $ 1,500.00 | $ 300,000.00 | $ 83/set | 1800 | $ 149,400.00 | $ 134.00 | 227 | |
| Loudoun County | | | $ - | $ 70/set | 1029 | $ 72,030.00 | $42 | 94 | $ 3,948.00 |
| City of Manassas | | | $ - | $ 70/set | 234 | $ 16,380.00 | $42 | 97 | $ 4,074.00 |
| Manassas Park | | | $ - | $ 70/set | 26 | $ 1,820.00 | $42 | 60 | $ 2,520.00 |
| Montgomery County | 325 | $ 1,500.00 | $ 487,500.00 | $ 40/set | 1557 | $ 62,280.00 | $42 | 357 | $ 14,994.00 |
| Prince Georges County [e] | 84 | $ 1,500.00 | $ 126,000.00 | $ 114/set | 1313 | $ 149,682.00 | $42 | 226 | $ 9,492.00 |
| Prince William County | | | $ - | $ 70/set | 1045 | $ 73,150.00 | $42 | 111 | $ 4,662.00 |
| MWAA | 45 | $ 1,500.00 | $ 67,500.00 | $ 70/set | 150 | $ 10,500.00 | $42 | 75 | $ 3,150.00 |
| TOTAL NEEDED FROM UASI FUNDS> | 863 | | $ 1,294,500.00 | 0 | 9361 | $ 575,202.00 | $ 589.00 | 1696 | $ 60,508.00 |
| NOTES: | | | | | | | | | |
| [b] Definitions of baseline | Level D = | | | | | | | | |

DEF 002749

| | Incident Support (# needed for 2nd alarm) | | Ready Reserve | Mobile Air Units |
|---|---|---|---|---|
| Formula for Need:    > | # full SCBA (baseline estimated to be 78) | # air cylinders (baseline estimated to be 78) | # SCBA needed to fully equip reserve apparatus † | Is your jurisdiction able & willing to house/staff/maintain a Mobile Air Unit? Y/N |
| **Alexandria** | 30 | 30 | 25 | No |
| **Arlington County** | 78 | 78 | 50 | YES |
| **DC** | 90 | 90 | **60** | YES |
| **Fairfax City** | 30 | 30 | 6 | No |
| **Fairfax County *** | 69 | 69 | 138 | YES |
| **Loudoun County** | 48 | 48 | 26 | YES |
| **City of Manassas **** | 66 | 56 | 11 | N (currently have own unit available for deployment) |
| **Manassas Park** | 30 | 30 | 10 | YES |
| **Montgomery County** | 78 | 78 | 259 | YES |
| **Prince Georges County** | 2 | 2 | 204 | YES |
| **Prince William County** | 91 | 74 | 0 | YES |
| **MWAA** | 38 | 38 | 17 | No |
| **TOTALS** | 650 | 623 | 806 | 8 (total yes responses) |

† Jurisdictional tabs include details on number and type of ready reserve units.
* Fairfax County is also requesting 15 spare air cylinders for testing purposes
** Manassas request includes spare packs for testing rotation

DEF 002750

217

NCR SCBA Survey Comparison.xls

| Item | Quantity | Price | Cost |
|------|----------|-------|------|
| SCBA | 1094 | $ 4,000.00 | $ 4,376,000.00 |
| ~~Cylinder - 4 per~~ | ~~0~~ | ~~$ 900.00~~ | ~~$~~ |
| Cylinder - 1 hr | 2940 | $ 900.00 | $ 2,646,000.00 |
| | | | $ 7,022,000.00 |
| **Revised** | | | |
| SCBA - 2nd Alarm | 650 | $ 4,000.00 | $ 2,600,000.00 |
| SCBA - Ready Reserve | 806 | $ 4,000.00 | $ 3,224,000.00 |
| Cylinder | 623 | $ 900.00 | $ 560,700.00 |
| Cylinder - for air units | 800 | $ 900.00 | $ 720,000.00 |
| | | **Subtotal** | $ 7,104,700.00 |
| Mobile Air Units | 8 | $ 300,000.00 | $ 2,400,000.00 |
| | | **Total** | $ 9,504,700.00 |

SCBA's actually went up by ~ 350 units
Cylinders down by ~1500 units

**DEF 002751**

| | Incident Support (# needed for 2nd alarm) | Ready Reserve | Total - Revised #'s | Total - Original #'s | # Change | Revised Cylinders | Original Cylinders | #Change |
|---|---|---|---|---|---|---|---|---|
| **Alexandria** | 30 | 25 | 55 | 39 | 16 | 30 | 91 | -61 |
| **Arlington County** | 78 | 50 | 128 | 0 | 128 | 78 | 142 | -64 |
| **DC** | 90 | 60 | 150 | 212 | -62 | 90 | 0 | 90 |
| **Fairfax City** | 30 | 6 | 36 | 15 | 21 | 30 | 62 | -32 |
| **Fairfax County *** | 69 | 138 | 207 | 112 | 95 | 69 | 772 | -703 |
| **Loudoun County** | 48 | 26 | 74 | 65 | 9 | 48 | 130 | -82 |
| **City of Manassas **** | 66 | 11 | 77 | 28 | 49 | 56 | 48 | 8 |
| **Manassas Park** | 30 | 10 | 40 | 0 | 40 | 30 | 10 | 20 |
| **Montgomery County** | 78 | 259 | 337 | 460 | -123 | 78 | 920 | -842 |
| **Prince Georges County** | 2 | 204 | 206 | 0 | 206 | 2 | 425 | -423 |
| **Prince William County** | 91 | 0 | 91 | 125 | -34 | 74 | 250 | -176 |
| **MWAA** | 38 | 17 | 55 | 38 | 17 | 38 | 90 | -52 |
| **TOTALS** | 650 | 806 | 1456 | 1094 | 362 | 623 | 2940 | -2317 |
| | | | | | increase of | | | decrease o |

DEF 002752

219

| | career | | SCBA | PAPRs | bottles | face pieces |
|---|---|---|---|---|---|---|
| | fire | ems | | | | |
| DC | 1500 | 350 | 212 | 128 | 0 | 1850 |
| ARL | 0 | | 0 | 30 | 142 | 334 |
| ALEX | 220 | | 39 | 50 | 91 | 225 |
| MWAA | 125 | | 38 | 26 | 90 | 125 |
| MC | 943 | | 460 | 230 | 920 | 1415 |
| PG | 64 | | 0 | 175 | 425 | 1738 |
| FFCO | 1200 | | 112 | 142 | 772 | 1350 |
| FFCI | 46 | | 15 | 16 | 62 | 95 |
| PW | 350 | | 125 | 65 | 250 | 950 |
| LOU | 253 | | 65 | 32 | 130 | 936 |
| MAN | 24 | | 28 | 12 | 48 | 149 |
| MAN PK | 23 | | 0 | 3 | 10 | 23 |
| | 4748 | 350 | 1094 | 909 | 2940 | 9190 |

DEF 002753

220

## ALL JURISDICTIONS

| Personal Protective Gear | | | SCBAs plus additional one hour cylinder | | | Powered Air Purifying Respirators |
|---|---|---|---|---|---|---|
| Applies to the following groups: | | | Total normal on-duty riding positions | | | Total normal on-duty riding positions |
| Definition of baseline [b] | | | One SCBA unit per normal on-duty strength plus one spare | Four total cylinders per normal on-duty strength | At least two 1-hour cylinders per normal on-duty strength | Number of PAPRs equal to 50% of the normal on-duty strength |
| Formula for Need:   > | Number of Career Personnel | Number of Volunteer Personnel | Number of on-duty strength times 2 (N = ___ x 2) | Number of on-duty strength times 4 (N = ___ x 4) | Number of on-duty strength times 2 (N = ___ x 2) | Half the normal on-duty strength (N = ___ x 0.5) |
| Alexandria | 220 | 5 | 39 | 122 | 91 | 50 |
| Arlington County [c] | 290 | 44 | 0 | 0 | 142 | 36 |
| DC [d] | 1850 | | 212 | 94 | 0 | 128 |
| Fairfax City | 60 | 35 | 15 | 30 | 62 | 16 |
| Fairfax County | 1200 | 300 | 112 | 264 | 772 | 142 |
| Loudoun County | 253 | 683 | 65 | 260 | 130 | 32 |
| City of Manassas | 24 | 125 | 28 | 66 | 48 | 12 |
| Manassas Park | 23 | 0 | 0 | 20 | 10 | 3 |
| Montgomery County | 943 | 472 | 460 | 1380 | 920 | 230 |
| Prince Georges County [e] | 696 | 1072 | 0 | 0 | 425 | 175 |
| Prince William County | 350 | 600 | 125 | 375 | 250 | 65 |
| MWAA | 125 | 0 | 38 | 124 | 90 | 26 |
| TOTAL NEEDED FROM UASI FUNDS> | 6034 | 3336 | 1094 | 2735 | 2940 | 915 |
| | 9370 | | | | | |

DEF 002754

221

NCR SCBA Survey Comparison.xls

Gear Totals

# EXHIBIT H

**Unknown**

| | |
|---|---|
| **From:** | Hanscom, Michael (FEMS) |
| **Sent:** | Monday, July 18, 2005 11:32 AM |
| **To:** | Michael_J_Kerr@belvoir.army.mil |
| **Cc:** | Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil; scott.goldstein@montgomerycountymd.gov; christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net |

**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather information from surrounding jurisdictions. If you could provide answers to the following set of questions we would appreciate it.

1. Are you an OSHA state?
   a) If no, do you still follow / comply with the OSHA standards in 1910.134?

2. Do you enforce the OSHA standards?

3. Do you fit test your employees annually?
   a) If yes, what happens if an employee fails a fit test?
   b) Do you fit test if the employee has facial hair at the time of the test?

4. What fit test standard do you fit test to? OSHA? More?

5. What SCBA, APR and PAPPR do you use?

If you have any questions, please do not hesitate to contact me.

Thank You:

*Michael J. Hanscom*
*Legal Intern*
*DC Fire/EMS*
*Washington, DC 20001*
*1923 Vermont Ave., NW*
*ph (202) 673-3732*
*fx (202) 462-0807*

# EXHIBIT I

## Unknown

| | |
|---|---|
| **From:** | McNeal, Marc [MMcNeal@fredco-md.net] |
| **Sent:** | Monday, July 18, 2005 11:44 AM |
| **To:** | Hanscom, Michael (FEMS) |
| **Subject:** | RE: Questionnaire |

My replies are in red below.

**Marc E. McNeal**
**Chief of Operations**
**Division of Fire and Rescue Services**

**The information transmitted within this electronic message is intended only for the recipients identified by the sender and may contain confidential and/or privledged information or material. Any review, retransmission, dissemination or other use of this information, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited and may be in violation of intradepartmental policy or procedure. If you have received this in error, please contact the sender and delete the material from any computer.**

-----Original Message-----
**From:** Hanscom, Michael (FEMS) [mailto:Michael.Hanscom@dc.gov]
**Sent:** Monday, July 18, 2005 11:32 AM
**To:** Michael_J_Kerr@belvoir.army.mil
**Cc:** Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil; scott.goldstein@montgomerycountymd.gov; christopher.parks1@andrews.af.mil; McNeal, Marc
**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather information from surrounding jurisdictions. If you could provide answers to the following set of questions we would appreciate it.

1. Are you an OSHA state?[McNeal, Marc]  YES
   a) If no, do you still follow / comply with the OSHA standards in 1910.134?

2. Do you enforce the OSHA standards?[McNeal, Marc]  YES

3. Do you fit test your employees annually?[McNeal, Marc]  YES
   a) If yes, what happens if an employee fails a fit test?[McNeal, Marc]  If an employee fails a fit test they are placed on light duty and evaluated medically. If the employee can no longer wear a respirator, the employee may be afforded several options depending on the circumstances: reassignment within the department, reassignment within the County, retirement (regular or disabilit
   b) Do you fit test if the employee has facial hair at the time of the test?[McNeal, Marc]  No, employees may not have any facial hair at any time that may come in contact

DEF 003937

1749

with the seal of the facepiece.

4. What fit test standard do you fit test to?  OSHA? More?[McNeal, Marc]  OSHA compliant quanitative.

5. What SCBA, APR and PAPPR do you use?[McNeal, Marc]  MSA SCBA, SCOTT PAPR. WIll be switching to all SCOTT.

If you have any questions, please do not hesitate to contact me.

Thank You:

*Michael J. Hanscom*
*Legal Intern*
*DC Fire/EMS*
*Washington, DC  20001*
*1923 Vermont Ave., NW*
*ph (202) 673-3732*
*fx (202) 462-0807*

DEF 003938

1750

# EXHIBIT J

# Unknown

**From:** Benjamin Barksdale [Bbarks@arlingtonva.us]
**Sent:** Monday, July 18, 2005 12:58 PM
**To:** Hanscom, Michael (FEMS)
**Subject:** RE: Questionnaire

1. no / yes   Non OSHA states still have to have regulations that meet or exceed Fed OSHA
2. yes
3. yes.  If fail placed on light duty, cant test with facial hair
4. as outlined in the VAOSHA reg
5. Scott

**From:** Hanscom, Michael (FEMS) [mailto:Michael.Hanscom@dc.gov]
**Sent:** Monday, July 18, 2005 11:32 AM
**To:** Michael_J_Kerr@belvoir.army.mil
**Cc:** Michael_J_Kerr@belvoir.army.mil; Benjamin Barksdale; thomas.barnes@navy.mil;
scott.goldstein@montgomerycountymd.gov; christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net
**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather information from surrounding jurisdictions.  If you could provide answers to the following set of questions we would appreciate it.

1. Are you an OSHA state?
   a) If no, do you still follow / comply with the OSHA standards in 1910.134?

2. Do you enforce the OSHA standards?

3. Do you fit test your employees annually?
   a) If yes, what happens if an employee fails a fit test?
   b) Do you fit test if the employee has facial hair at the time of the test?

4. What fit test standard do you fit test to?  OSHA?  More?

5. What SCBA, APR and PAPPR do you use?

If you have any questions, please do not hesitate to contact me.

Thank You:

*Michael J. Hanscom*
*Legal Intern*
*DC Fire/EMS*
*Washington, DC  20001*
*1923 Vermont Ave., NW*
*ph (202) 673-3732*
*fx (202) 462-0807*

==========================================================

As of July 15, 2005 our mail system will no

DEF 003952

1767

longer accept email for the domain @co.arlington.va.us
please update your address book to reflect the new
address @arlingtonva.us.  You may do this by simply
adding the email address of this message to your
email contacts.

If you have any questions please contact
the sender of the email.

DEF 003953

1768

# EXHIBIT K

## Unknown

**From:** Goldstein, Scott [Scott.Goldstein@montgomerycountymd.gov]

**Sent:** Tuesday, July 19, 2005 7:03 AM

**To:** Hanscom, Michael (FEMS); Michael_J_Kerr@belvoir.army.mil

**Cc:** Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil; christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net; Guercio, Philip; Bowers, Richard

**Subject:** RE: Questionnaire - Montgomery Response

Division Chief Bowers of our Wellness/Safety/Training division has provided the answers in BLUE.

Any questions please feel free to give me a call

**Captain Scott Goldstein**
**Operations Executive Officer/US&R Asst TFL**
**Montgomery County Fire Rescue**
**101 Monroe Street, 12th floor**
**Rockville, Maryland 20850**
**Office 240-777-2464**
**Fax 240-777-2415**
**Nextel - 240-832-2598**
**scott.goldstein@montgomerycountymd.gov**

-----Original Message-----
**From:** Hanscom, Michael (FEMS) [mailto:Michael.Hanscom@dc.gov]
**Sent:** Monday, July 18, 2005 11:32 AM
**To:** Michael_J_Kerr@belvoir.army.mil
**Cc:** Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil; Goldstein, Scott; christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net
**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather information from surrounding jurisdictions. If you could provide answers to the following set of questions we would appreciate it.

1. Are you an OSHA state? - YES
   a) If no, do you still follow / comply with the OSHA standards in 1910.134?

2. Do you enforce the OSHA standards? - YES

3. Do you fit test your employees annually? YES (and volunteer personnel)
   a) If yes, what happens if an employee fails a fit test?
      SEVERAL RETEST ARE PROVIDED. WE HVE NOT HAD ANYONE TO DATE FAIL THE FIT TEST BUT SOME CLOSE CALLS. IF THE PERSONNEL ARE UNABLE TO SUCCESSFULLY COMPLETE THE FIT TEST WE MAY SEND THE INDIVIDUAL TO OCCUPATIONAL MEDICAL TO ENSURE THERE ARE NO UNDERLYING CAUSES, PLACE THE PERSON IN A NON OPERATIONAL STATUS UNTIL SUCH TIME THEY DO SUCCESSFULLY PASS THE FIT TEST.

DEF 003988

1806

7/20/2006

b) Do you fit test if the employee has facial hair at the time of the test? FACIAL HAIR MUST BE IN COMPLIANCE WITH OSHA CFR 1910.134 AT A MINIMUM.

4. What fit test standard do you fit test to?  OSHA?  More? OSHA

5. What SCBA, APR and PAPPR do you use?   SCOTT AP50 AND SCOTT PAPPR

If you have any questions, please do not hesitate to contact me.

Thank You:

*Michael J. Hanscom*
*Legal Intern*
*DC Fire/EMS*
*Washington, DC  20001*
*1923 Vermont Ave., NW*
*ph (202) 673-3732*
*fx (202) 462-0807*

DEF 003989

7/20/2006

# EXHIBIT L

# Unknown

**From:** Kerr, Michael J [Michael_J_Kerr@belvoir.army.mil]
**Sent:** Tuesday, July 19, 2005 2:08 PM
**To:** Hanscom, Michael (FEMS)
**Subject:** RE: Questionnaire

*Michael J. Kerr*
*Assistant Fire Chief*

-----Original Message-----
**From:** Hanscom, Michael (FEMS) [mailto:Michael.Hanscom@dc.gov]
**Sent:** Monday, July 18, 2005 11:32 AM
**To:** Michael_J_Kerr@belvoir.army.mil
**Cc:** Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil;
scott.goldstein@montgomerycountymd.gov; christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net
**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather
information from surrounding jurisdictions.  If you could provide answers to the following set of questions
we would appreciate it.

1.  Are you an OSHA state?  Not a State, Federal Government
    a) If no, do you still follow / comply with the OSHA standards in 1910.134?  Yes

2.  Do you enforce the OSHA standards?  Yes

3.  Do you fit test your employees annually?  Yes
    a) If yes, what happens if an employee fails a fit test?  None failed yet, employee would be retested
with different size facepieces until passed.
    b) Do you fit test if the employee has facial hair at the time of the test?  No

4.  What fit test standard do you fit test to?  OSHA?  More?

5.  What SCBA, APR and PAPPR do you use?  SCOTT

If you have any questions, please do not hesitate to contact me.

Thank You:

*Michael J. Hanscom*
*Legal Intern*
*DC Fire/EMS*
*Washington, DC  20001*
*1923 Vermont Ave., NW*
*ph (202) 673-3732*
*fx (202) 462-0807*

1812

DEF 003994