# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>       Defendant. | No. 01-cv-1189 (JR) |
| STEVEN B. CHASIN, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>       Defendant. | No. 05-cv-1792 (JR) |

### [proposed] ORDER DENYING DEFENDANT'S MOTION TO STAY DISCOVERY

Upon consideration of the Motion to Stay Discovery Outside the Context of a Rule 56(f) Determination filed by Defendant District of Columbia, it is hereby:

ORDERED, that Defendant's Motion to Stay Discovery is DENIED.

Dated: _____             _____
                                                                            JAMES ROBERTSON<br>
                                                                              United States District Judge