UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE ITS REPLY TO PLAINTIFFS' OPPPOSITION
TO DEFENDANT'S MOTION TO STAY DISCOVERY**

Pursuant to the Federal Rule of Civil Procedure 6(b)(1), Defendant respectfully requests a brief enlargement of time to file its Reply to Plaintiffs' August 18, 2006, Opposition to Defendant's Motion to Stay Discovery Outside of a Rule 56(f) Determination from Monday, August 28, 2006, to and including Friday, September 1, 2006.  Plaintiffs' counsel has graciously consented to this enlargement.  This brief enlargement will not prejudice Plaintiffs.

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Robert C. Utiger**
ROBERT C. UTIGER [437130]
Senior Counsel
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6532

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (direct)
(202) 727-3625 (facsimile)
Eden.Miller@dc.gov

August 25, 2006

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.