# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | |
| ) | Consolidated with |
| STEVEN B. CHASIN, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time to File Its Reply to Plaintiffs' Opposition to Defendant's Motion to Stay Discovery, it is hereby **ORDERED,** on this _____ day of August, 2006, that**:**

1. Defendant's motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that Defendant's time to respond to Plaintiffs' Opposition is enlarged to and including Friday, September 1, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE