UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*, <br>       Plaintiffs, <br>   v. <br> DISTRICT OF COLUMBIA, <br>       Defendant. | No. 01-cv-1189 (JR) |
| STEVEN B. CHASIN, *et al.*, <br>       Plaintiffs, <br>   v. <br> DISTRICT OF COLUMBIA, <br>       Defendant. | No. 05-cv-1792 (JR) |

**NOTICE OF FILING OF DECLARATION OF JOSHUA DOAN**

PLEASE TAKE NOTICE that on October 13, 2006, Plaintiffs filed, in connection with their Motion for Summary Judgment, the Declaration of Joshua Doan in Support of Plaintiffs' Motion for Summary Judgment, and in Opposition to Defendant's Motion for Summary Judgment or in the Alternative for a Continuance Pursuant to Rule 56(f) to Take Additional Discovery, together with exhibits thereto. That Declaration and its exhibits are hereby incorporated into the filing of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and therefore have not been refiled here.

October 13, 2006

                                              Respectfully submitted,

| /s/ Joshua A. Doan | /s/ Arthur B. Spitzer |
|---|---|
| William D. Iverson | Arthur B. Spitzer |
| Joshua A. Doan | American Civil Liberties Union |
| Covington & Burling LLP |   of the National Capital Area |
| 1201 Pennsylvania Avenue, N.W. | 1400 20th Street, N.W., Suite 119 |
| Washington, DC 20004 | Washington, DC 20036 |
| (202) 662-5678 | (202) 457-0800 |
|   *Counsel for Plaintiffs in No. 01-cv-1189* |   *Counsel for Plaintiffs* |