UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | No. 01-cv-1189 (JR) |
| STEVEN B. CHASIN, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | No. 05-cv-1792 (JR) |

[proposed] **ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant District of Columbia's Motion for Summary Judgment and the memoranda and arguments in support and opposition thereto, it is:

ORDERED, that Defendant's Motion For Summary Judgment is DENIED.

Dated: _____         _____
                                                                                 JAMES ROBERTSON
                                                                                United States District Judge