UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*,<br>　　　Plaintiffs,<br>　v.<br>DISTRICT OF COLUMBIA,<br>　　　Defendant. | No. 01-cv-1189 (JR) |
| STEVEN B. CHASIN, *et al.*,<br>　　　Plaintiffs,<br>　v.<br>DISTRICT OF COLUMBIA,<br>　　　Defendant. | No. 05-cv-1792 (JR) |

[proposed] **ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion for Summary Judgment and the memoranda and arguments in support and opposition thereto, it is:

ORDERED, that Plaintiffs' Motion For Summary Judgment is GRANTED.

It is further ORDERED that Defendant shall not discriminate against the plaintiffs in these cases, with respect to any terms or conditions of employment (including the administration of facemask fit tests under the same procedures and standards as for other members of the Department), on the ground that they wear facial hair.  The Department may, in its discretion, supply the plaintiffs with the same respiratory protection equipment as other members, or may supply them with Scott C420 PAPRs (Powered Air Purifying Respirators), or other suitable alternative respiratory protection equipment.

Dated: _____   _____
                                                                                              JAMES ROBERTSON
                                                                                              United States District Judge