# Doan Declaration
# Part 4 of 7

# EXHIBIT
# F

## Doan, Joshua

**From:** Miller, Eden (OAG) [Eden.Miller@dc.gov]
**Sent:** Wednesday, October 04, 2006 6:04 PM
**To:** 'ArtSpitzer@aol.com'
**Cc:** Doan, Joshua; Utiger, Robert (OAG)
**Subject:** RE: Department-wide fit test results

Hi, Art:

Our position is that discovery is closed and that we will not produce further discovery without a Rule 56 motion/affidavit from you.

That being said, the information you seek is being provided by FEMS to the Union (through Plaintiff Chasin) under FOIA (or the collective bargaining agreement).

Thanks,
Eden

Eden I. Miller, Esq.
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity 2 Section
441 Fourth St., N.W. Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (phone)
(202) 727-3625 (facsimile)

**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** ArtSpitzer@aol.com [mailto:ArtSpitzer@aol.com]
**Sent:** Wednesday, September 27, 2006 12:38 AM
**To:** Eden.Miller@dc.gov
**Cc:** jdoan@cov.com
**Subject:** Department-wide fit test results

Hi, Eden-

Were y'all planning to give us the spreadsheet showing the results of the Department-wide fit testing that took place this summer? I thought we had asked for it, and I didn't think you were objecting. (Of course Josh knows more about the state of discovery than I do, but he's out of town.) It probably exists as an Excel file and could be e-mailed.

Best,
Art

# EXHIBIT
# G

## Doan, Joshua

| | |
|---|---|
| **From:** | Utiger, Robert (OAG) [robert.utiger@dc.gov] |
| **Sent:** | Thursday, May 25, 2006 8:19 AM |
| **To:** | 'ArtSpitzer@aol.com'; Miller, Eden (OAG) |
| **Cc:** | Utiger, Robert (OAG); Iverson, William; Doan, Joshua |
| **Subject:** | RE: Tomorrow's fit tests |

Setting aside the irony, we have forwarded your e-mail to FEMS.

Regards

Bob

---

**From:** ArtSpitzer@aol.com [mailto:ArtSpitzer@aol.com]
**Sent:** Wednesday, May 24, 2006 3:59 PM
**To:** Eden.Miller@dc.gov
**Cc:** robert.utiger@dc.gov; wiverson@cov.com; jdoan@cov.com
**Subject:** Tomorrow's fit tests

Eden-

I expect five clients to be at Engine 4 tomorrow morning and I plan to be there too.

We have called to our clients' attention 29 CFR § 1910.134, Appendix A ("Fit Testing Procedures"), section I(C)(3)(a)(2) (regarding "Portacount Fit Test Requirements"), which provides that the tester is to "[i]nstruct the person to be tested to don the respirator for five minutes before the fit test starts. This purges the ambient particles trapped inside the respirator and permits the wearer to make certain the respirator is comfortable."

I believe the Department has not been following this protocol in its testing of our clients, which may explain why some have failed or done poorly during the initial phase of the test. Unless you know some reason why this protocol should not be followed, it seems to me it should be.

Art

# EXHIBIT H

Suite 150

Largo, MD 20774

301 925 1234

Attn: Jackie Hawkins

-2- A copy of the contract with the above company.

I will check with OCP, we only get a copy of the PO.

PO151543 is in the packet.

-3- A detailing of the costs and monies spent to date on the above
contract.

Invoice 5011739-01 dated 6/24/05 for $10,296.00

Invoice 5011765-01 dated 6/30/05 for $10,260.00

Total invoiced $20,556.00

Copies are in the packet.

-4- A copy of the RFP that was issued during the procurement process
that resulted in the Agency signing the above contract.

A RFP for quotes was generated by Risk Management. It is attached and included in the packet. I will check with OCP for their
documents.

Thank you for your attention to this matter.

Sincerely,


---
Steven B. Chasin
Executive Assistant
AFGE Local 3721
6400 Georgia Avenue, NW, Suite 8
Washington, DC 20012
(202) 882-9820
(202) 291-9026 fax
(703) 580-5103 direct fax


**DEF 000014**

District of Columbia Fire and EMS Department
Risk Management Division
Safety Office
2531 Sherman Avenue N.W.

202 673 6432
202 673 6431 fax

The District of Columbia Fire and EMS Department is interested in securing a contract to fit test over 1600 employees.

- All employees will be fit tested to the minimum standards set forth in 29 CFR 1910.134 using a Scott AV 2000 or AV 3000 facepiece.
- All procedures and recordkeeping will comply with the OSHA standard.
- All work is to be performed within a period not to exceed 45 calendar days.
- Testing will occur at fire stations located throughout the District of Columbia, with a maximum of two locations per testing day.
- The vendor will submit a record of all fit tests at the end of the project in Microsoft Excel or other format that is mutually agreed upon.

Please furnish the following information:

Price per person for fit test using Scott AV 2000 or AV 3000 facepiece, using 1600 employees as the initial group
Price per person for additional fit tests over the initial 1600
Price per person for testing select individuals using both available facepiece models

Proposals should be submitted to:

Safety Office
District of Columbia Fire and EMS Department
2531 Sherman Ave. N.W. Washington D.C. 20001

Please address questions to:

Captain William Flint, Safety Officer at 202 673 6432 or 301 943 4499.

Thank you.

DEF 000015

District of Columbia Fire & EMS Department                          7/5/2005
Risk Management Division
Safety Office                                                        Page 1


## OFFICE OF CONTRACTING AND PROCUREMENT
## STATEMENT OF WORK

### C.1    SCOPE:

The District of Columbia Fire and EMS Department is interested in securing a contract to fit test over 1600 employees.

- All employees will be fit tested to the minimum standards set forth in 29 CFR 1910.134 using a Scott AV 2000 or AV 3000 SCBA facepiece.
- All procedures and recordkeeping will comply with 29 CFR 1910.134.
- All employees will be given an on-line medical questionnaire that meets the requirements of 29 CFR 1910.134 Appendix C, Medical Questionnaire.
- All work is to be performed within a period not to exceed 45 calendar days.
- Testing will occur at fire stations located throughout the District of Columbia, with a maximum of two locations per testing day.
- The vendor will submit a record of all fit tests at the end of the project in Microsoft Excel or other format that is mutually agreed upon.


### C.1.1   Applicable Documents

| Item No. | Title | Date |
|---|---|---|
| 1 | NFPA 1852: Standard on Selection, Care, and Maintenance of Open-Circuit Self-Contained Breathing Apparatus, 2002 Edition | 2002 |
| 2 | NFPA 1981: Standard on Open-Circuit Self-Contained Breathing Apparatus for Fire and Emergency Services, 2002 edition | 2002 |
| 3 | NFPA 1404: Standard for Fire Service Respiratory Protection Training, 2002 Edition | 2002 |
| 4 | 29CFR1910.134 Respiratory Protection: 1910.134 | |
| 5 | 29CFR1910.134 Appendix A, Fit Test Procedures: 1910.134 App A | |
| 6 | 29CFR1910.134 Appendix C, Medical Questionnaire: 1910.134 App C | |

DEF 000016

District of Columbia Fire & EMS Department
Risk Management Division
Safety Office

7/5/2005

Page 2

## C.1.2  Definitions

| OSHA | Occupational Safety and Health Administration |
|------|-----------------------------------------------|
| NFPA | National Fire Protection Association |
| SCBA | Self Contained Breathing Apparatus |

## C.2   BACKGROUND

The District of Columbia Fire and EMS Department has over 1800 employees that may be required to use respirators as part of their job description. Respirators are based on the Scott AV2000 or AV3000 facepiece, and proper fit is necessary to ensure safe operation of the respirator. OSHA requirements are set forth in 29CFR1910.134. All employees must complete medical screening before respirator use is permitted. On-line medical questionnaires meet the requirements for medical screening.

## C.3   REQUIREMENTS

All employees will be fit tested to the minimum standards set forth in 29 CFR 1910.134 using a Scott AV 2000 or AV 3000 SCBA facepiece.
Minimum fit test standard is a fit factor of 500.
All procedures and recordkeeping will comply with the OSHA standard.
All employees will be given an on-line medical questionnaire that meets the requirements of 29 CFR 1910.134 Appendix C, Medical Questionnaire.
All work is to be performed within a period not to exceed 45 calendar days.
Testing will occur at fire stations located throughout the District of Columbia, with a maximum of two locations per testing day.
The vendor will submit a record of all fit tests at the end of the project in Microsoft Excel or other format that is mutually agreed upon.

DEF 000017

District of Columbia Fire & EMS Department
Risk Management Division
Safety Office

7/5/2005

Page 3

## C.3.1 Monitoring Plan

| C.3.1 PERFORMANCE MONITORING PLAN | | |
|---|---|---|
| Reference this section in Section E of the solicitation: **Acceptance and Inspection** | | |
| **Performance Requirements** | **Performance Standards** | **Surveillance Method & Frequency** |
| Completion of medical screening by all required employees | 100% project completion | Weekly updates, delivery of test documentation |
| Completion of fit test for all required employees | 100% project completion | Weekly updates, delivery of test documentation |

## DELIVERABLES:

| CLIN | Deliverable | Quantity | Format and Method of Delivery | Due Date |
|---|---|---|---|---|
| | Medical Questionnaire | 1800 | On-line | 30 days after project approval |
| | Fit Test | 1800 | On site, by contractor | 60 days after project approval |
| | Upgrade documentation | 1 | Electronic, disc: Microsoft Excel | 30 days after project completion |

DEF 000018

# EXHIBIT
# I

⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Molenof, Mitchell (FEMS)**

| | | |
|---|---|---|
| **From:** | Fitzgerald, William (FEMS) | **Sent:** Tue 4/11/2006 3:22 PM |
| **To:** | Molenof, Mitchell (FEMS) | |
| **Cc:** | | |
| **Subject:** | FW: Letter from Safeware | |
| **Attachments:** | 🗋 FLINT LETTER MAY 20 FIT TEST.doc(25KB) | |

More ................

**From:** Flint, William (FEMS)
**Sent:** Monday, May 23, 2005 12:38 PM
**To:** Fitzgerald, William (FEMS)
**Subject:** Letter from Safeware

Chief

I had Safeware write a letter that we could include in the Special Order, or at least have on hand if there are protests or questions.

I addressed the letter to you, but we could put anyone's name on it, including the Fire Chiefs.

Comments?

William Flint

Captain

Safety Office

D.C. Fire / EMS

202 673 6432 Office

301 943 4499 Mobile

**DEF 002704**

144

May 20, 2005

Reference: PO# 151543, Fit test

William M. FitzGerald
Deputy Fire Chief
Risk Management Division
District of Columbia Fire and EMS Department
2531 Sherman Ave, N.W.
Washington DC 20001

Dear Chief FitzGerald;

This letter is to confirm that Fit testing performed under PO# 151543, awarded to Safeware Inc, on May 4, 2005 will be completed following the minimum standards set forth in 29 CFR 1910.134.

The administration of the medical questionnaire and examinations outline in 29 CFR 1910.134(e) will be followed and administrated by The Backup Training Corporation (TBUTC). TBUTC does not share ANY medical information with any organization. The questionnaire is completed using the most updated secured web site. TBUTC only releases pass/fail results and will not discuss or release medical information with anyone other that the verified person completing the questionnaire. Medical information will not be shared with the District of Columbia Fire and EMS Department.

Safeware will ensure that all standards outlined in section 19103134(g)(1)(i) through 1910.134 (g)(1)(ii) which covers facial hair, corrective glasses, goggles and other personal protective equipment are followed and in compliance. Safeware will not fit test any candidate who has facial hair that lies between the skin and the facepiece sealing surface.

> Appendix A to § 1910.134: Fit Testing Procedures (Mandatory)
> Part I. OSHA-Accepted Fit Test Protocols
> A. Fit Testing Procedures -- General Requirements
> 9. The test shall not be conducted if there is any hair growth between the skin and the facepiece sealing surface, such as stubble beard growth, beard, mustache or sideburns which cross the respirator sealing surface.

Please feel free to contact myself or Ken Brettell if you should need any more information. Safeware looks forward in working with you on this project.

Sincerely yours

Marty Miller
Director of Technical Service

# EXHIBIT
# J



# Order No. PO136787

Issued on Tue, 09 Nov, 2004
Created on Tue, 09 Nov, 2004 by PASS System Administrator

**Supplier:**
MUNICIPAL EMRGENCY SERVICES
10210 GOVERNOR LANE BLVD
WILLIAMSPORT, MD 21795
United States
Phone: 1301.582.1700
Fax: 1301.582.1715
Contact: LISA CERAVALO

**Ship To:**
Fire and Emergency Medical Services (Property Section Warehouse)
3325 V Street NE
Washington, DC 20018
United States

**Bill To:**
Fire & Emergency Medical Services
300 Indiana Ave., NW RM 4106
Washington, DC 20001
United States
Phone: 1(202) 727-5298
Fax: 1(202) 727-4845

**Deliver To:**
John Donnelly

Bill To Contact: Attn: Rosanne Etinoff
Delivery Date: Wed, 24 Nov, 2004
PR No.: RQ172792
Requester: Donnelly, John

| Item | Part Number | Unit | Qty | Description | Need By | Unit Price | Extended Amount |
|------|------------|------|-----|-------------|---------|-----------|-----------------|
| 1 | 805633-02 | each | 100 | Scott Aviation C-420 PAPR - C420 PAPR unit with Lithium Sulfur Dioxide battery, NIOSH approved, Lightweight, Belt mounted and designed to ride in the small of the wearer's back, Comes with blower unit assembly, breathing tube assembly, Requires use of two 40mm cartridges | Wed, 24 Nov, 2004 | $566.25USD | $56,625.00USD |

If used in conjunction with a contract award, purchase order is placed in accordance with all provisions of Contract Number:
Form:

283

DEF 002552

| Item | Part Number | Unit | Qty | Description | Need By | Unit Price | Extended Amount |
|------|-------------|------|-----|-------------|---------|------------|-----------------|
| 2 | 805633-01 | each | 100 | Scott Aviation C-420 PAPR - Lithium Sulfur Dioxide | Wed, 24 Nov, 2004 | $55.50USD | $5,550.00USD |

If used in conjunction with a contract award, purchase order is placed in accordance with all provisions of Contract Number:
Form:

| | | | Total | $62,175.00USD |
|---|---|---|-------|---------------|

# Comments

- APPROVED by Thompson, Adrian on Wednesday, October 27, 2004 at 5:41 PM with comment view comments made by the requisitioner. (Thompson, Adrian, Wed, 27 Oct, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM The Commodity Group Manager for this purchase is Harper, Jr., James (PASS System Administrator, Tue, 09 Nov, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM *****GOVERNMENT OF THE DISTRICT OF COLUMBIA STANDARD CONTRACT PROVISIONS FOR USE WITH THE DISTRICT OF COLUMBIA GOVERNMENT SUPPLY AND SERVICES CONTRACTS ARE HEREBY INCORPORATED BY REFERENCE, WWW.OCP.DC.GOV***** (PASS System Administrator, Tue, 09 Nov, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM FOB is Destination unless specified otherwise (PASS System Administrator, Tue, 09 Nov, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM Certification Approval Green, Kevin, Date 11/9/2004 (PASS System Administrator, Tue, 09 Nov, 2004)
- COMMENT by PASS System Administrator on Tuesday, November 9, 2004 at 11:56 AM For questions about this purchase order contact Wimbish, Jennifer at 7270821 or jennifer.wimbish@dc.gov (PASS System Administrator, Tue, 09 Nov, 2004)

DEF 002553



# Requisition No. RQ172792

Issued on Wed, 27 Oct, 2004
Created on Wed, 27 Oct, 2004 by Donnelly, John

**Supplier:**
MUNICIPAL EMRGENCY SERVICES
10210 GOVERNOR LANE BLVD
WILLIAMSPORT, MD 21795
United States
Phone: 1301.582.1700
Fax: 1301.582.1715
Contact: LISA CERAVALO

**Ship To:**
Fire and Emergency Medical Services (Property Section Warehouse)
3325 V Street NE
Washington, DC 20018
United States

**Bill To:**
Fire & Emergency Medical Services
300 Indiana Ave., NW RM 4106
Washington, DC 20001
United States
Phone: 1(202) 727-5298
Fax: 1(202) 727-4845

**Deliver To:**
John Donnelly

| Item | Part Number | Unit | Qty | Description | Need By | Unit Price | Extended Amount |
|------|-------------|------|-----|-------------|---------|-----------|-----------------|
| 1 | 805633-02 | each | 100 | Scott Aviation C-420 PAPR - C420 PAPR unit with Lithium Sulfur Dioxide battery, NIOSH approved, Lightweight, Belt mounted and designed to ride in the small of the wearer's back, Comes with blower unit assembly, breathing tube assembly, Requires use of two 40mm cartridges | Wed, 24 Nov, 2004 | $566.25USD | $56,625.00USD |

Form:
Form:

| Item | Part Number | Unit | Qty | Description | Need By | Unit Price | Extended Amount |
|------|-------------|------|-----|-------------|---------|-----------|-----------------|
| 2 | 805633-01 | each | 100 | Scott Aviation C-420 PAPR - Lithium Sulfur Dioxide | Wed, 24 | $55.50USD | $5,550.00USD |

285

DEF 002554

| | | | | | Nov, 2004 | | |
|---|---|---|---|---|---|---|---|
| Form: | | | | | | | |
| Form: | | | | | | | |
| | | | | | Total | | $62,175.00USD |

## Status: Received

| Approvals | | | | | | |
|---|---|---|---|---|---|---|
| Required? | Status | Reason | Approver | Approved By | Date |
| Required | Approved | Funds must be secured. | Funds Commit | Funds Commit | Wed, 27 Oct, 2004 |
| Required | Approved | Chain Of Command | Martin Jr, James B. | Martin Jr, James B. | Wed, 27 Oct, 2004 |
| Required | Approved | Budget responsible manager to approve purchases against their budget | FB0 Budget Responsible Manager | Jones, Robert | Wed, 27 Oct, 2004 |
| Not Required | Approved | Agency Manager to watch requisitions greater than $25,000 | FB0 Agency Manager | Martin Jr, James B. | Wed, 27 Oct, 2004 |
| Required | Approved | The designated OCFO Budget Reviewer to approve | FB0 Budget Reviewer 1 | Hayes, Angelique | Wed, 27 Oct, 2004 |
| Required | Approved | The Emergency Preparedness Approver must approve requisitions which use emergency funds | FB0 Agency Director | Thompson, Adrian | Wed, 27 Oct, 2004 |
| Required | Approved | EmergencyPreparednessReviewer | Emergency Preparedness Reviewer | Thomas Ryan | Wed, 27 Oct, 2004 |
| Required | Approved | The Emergency Preparedness Approver must approve requisitions which use emergency funds | Emergency Preparedness Approver | Leeann Turner | Thu, 28 Oct, 2004 |
| Not Required | Approved | The Emergency Preparedness Admin must watch requisitions which use emergency funds | Emergency Preparedness OCP Database Administrator | | Tue, 09 Nov, 2004 |
| Required | Approved | | Pinckney, | Pinckney, | Thu, |

**DEF 002555**

286

| | | | Judith | Judith | 04 Nov, 2004 |
|---|---|---|---|---|---|
| Required | Approved | The Emergency Preparedness Contracting Specialist must approve requisitions which use emergency funds | Emergency Preparedness Contracting Lead Specialist | Wimbish, Jennifer | Tue, 09 Nov, 2004 |
| Required | Approved | The Emergency Preparedness Contracting Officer must approve requisitions which use emergency funds | Emergency Preparedness Contracting Officer | Green, Kevin | Tue, 09 Nov, 2004 |

# Requisition Comments

- SUBMITTED by Donnelly, John on Wednesday, October 27, 2004 at 9:15 AM with comment
These items will intergrate with current training protocols and equipment capabilities. (Donnelly, John, Wed, 27 Oct, 2004)
- COMMENT by Funds Commit on Wednesday, October 27, 2004 at 9:15 AM
Funds Commit Successful The funds commitment creation was successful. Batch Agency-FB0, Batch Number-001, Current Document Number-RQ172792 (Funds Commit, Wed, 27 Oct, 2004)
- APPROVED by Thompson, Adrian on Wednesday, October 27, 2004 at 5:41 PM with comment
view comments made by the requisitioner. (Thompson, Adrian, Wed, 27 Oct, 2004)
- COMMENT by Integration on Tuesday, November 9, 2004 at 11:57 AM
Funds Encumbrance Successful The funds encumbrance creation was successful. Batch Agency-FB0, Batch Number-001, Current Document Number-PO136787 (Integration, Tue, 09 Nov, 2004)

DEF 002556

# EXHIBIT K



**Scott, transforming the industry...by design.**

Home > Air-Purifying Respirators/Gas Masks/Dom Prep > C420 PAPR

**PRODUCTS**

SELF CONTAINED
BREATHING APPARATUS

SUPPLIED AIR
RESPIRATORS

AIR-PURIFYING RESP./
GAS MASKS / DOM PREP

ACCOUNTABILITY

INSTRUMENTS

AIR COMPRESSORS/
AIR SOURCES

COMMUNICATIONS

ESCAPE RESPIRATORS

**RESOURCES**

- Find A Distributor
- View Product Index
- Tech Support
- Photo Library
- Video Library
- Distributor Connection
- NewScottProducts.com
- Scott-Stuff.com
- User Instructions
- Federal Grants
- Scott Screensavers
- News Clippings
- Trade Shows
- Scott University
- Combat Challenge



# C420 PAPR



Download PDFs    Print Page

View This Photo

Scott's NIOSH approved C420 Powered Air Purifying Respirator, unlike traditional industrial PAPR's is designed for use in Domestic Preparedness environments. The C420 PAPR provides a cooling/fanning effect and a lightweight design which provides user greater comfort for extended wear times.

- NIOSH approved

- Sleek, low profile that is lightweight and comfortable

- Designed for use in Domestic Preparedness and industrial environments

- Meets stringent NIOSH airflow and Mil-Spec vacuum test requirements

- Shielded motor will not interfere with radio communications

- Onboard battery provides up to 10 hours of performance

- Standard military battery has a 10 year shelf life

- Easy decontamination

- AV-2000® and AV-3000™ allows for interface with all of Scott's communication devices

- Comes complete with blower unit assembly, breathing tube assembly, battery pack and air flow indicator

## Related Accessories

- Battery Charger
- Liso Battery
- AV-NBC Shroud™

- 40 mm Adapters

**Other Related Products**



**40 mm Canister**
Cartridges for Gas Masks.
click here



**AV-2000®
Facepiece**
Comfortable fit.
click here



**M95**
HAZMAT & Dom Prep use.
click here



**Promask 40**
Ideal for law enforcement.
click here

Back to top

© Copyright 2002–2006 Scott Health & Safety All Rights Reserved.

about scott | site map | contact us