# Doan Declaration
# Part 5 of 7

# EXHIBIT L



*Scott, transforming the industry...by design.*

Home > Accessory: C420 PAPR Liso Battery

**PRODUCTS**

SELF CONTAINED
BREATHING APPARATUS

SUPPLIED AIR
RESPIRATORS

AIR-PURIFYING RESP./
GAS MASKS / DOM PREP

ACCOUNTABILITY

INSTRUMENTS

AIR COMPRESSORS/
AIR SOURCES

COMMUNICATIONS

ESCAPE RESPIRATORS

**RESOURCES**

- Find A Distributor
- View Product Index
- Tech Support
- Photo Library
- Video Library
- Distributor Connection
- NewScottProducts.com
- Scott-Stuff.com
- User Instructions
- Federal Grants
- Scott Screensavers
- News Clippings
- Trade Shows
- Scott University
- Combat Challenge

# C420 PAPR Liso Battery





The lithium-sulfur dioxide battery pack that has a 10-year shelf life in the original packaging. This onboard battery provides upi to 10 hours of performance, over a full shift of duty making the C420 ready to go when you are.

© Copyright 2002-2006 Scott Health & Safety All Rights Reserved.

about scott | site map | contact us

# EXHIBIT M

# C420 PAPR  Powered Air Purifying Respirator

QUESTIONS AND ANSWERS





**Q. What is a Powered Air Purifying Respirator (PAPR) ?**

A. OSHA defines PAPR as:
An Air-Purifying Respirator that uses a blower to force the ambient atmosphere through air-purifying elements (filters/cartridges) to the inlet cover (facepiece).

**Q. Why use Powered Air ?**

A. PAPR's make sense when extended wear times are necessary for APR's (Air-Purifying Respirators) in NON-IDLH environments.
PAPR virtually eliminates breathing resistance thus reducing worker fatigue.
In addition, unlike standard APR respirators, the PAPR creates "A FANNING EFFECT" that keeps the facepiece from fogging and the wearer more comfortable.

**Q. Can PAPR'S be worn to enter an IDLH environment?**

A. NO. PAPR's are Air Purifying Respirators and are not approved for use in IDLH Environments. Only SCBA's or Combination SCBA /airline respirators can be used.

**Q. Are PAPR'S positive pressure respirators ?**

A. Yes. They maintain a slight positive pressure through a continuous flow of filtered ambient air.

PAPR's are not pressure demand positive pressure systems like the Scott Air-Pak® SCBAs.

**Q. Why does the C420 PAPR make sense for first responders?**

A. The C420 is designed to support first responders when they need Level C & D respiratory protection in response to Terrorist Attacks or in situations where Bloodborne Pathogens are present (chemical, biological or radiological agents). The PAPR's make sense where extended wear times of Air Purifying respirators are necessary.

Where decontamination is necessary, the C420 PAPR is ideal.

**Q. Is the C420 PAPR designed for use only by the first responders?**

A. No. Industrial users will also appreciate the lightweight, comfortable design. The MPC Plus cartridge protects against a wide range of industrial gases and has HEPA protection.

The MPC Plus cartridge on a PAPR will be of interest to the chemical industry, pulp and paper industry, and oil and gas industry.

**Q. Is the Scott C420 NIOSH approved?**

A. Yes. The C420 carries NIOSH approval when used with the Enforcement and MPC PLUS cartridges.

**Q. What are the battery options for the C420 PAPR?**

A. The LiSO$_2$ battery is a one time use battery with a ten year shelf life and is NIOSH approved with the C420. A NiMH rechargeable battery is also available for training purposes only.

*ISO 9001 REGISTERED*

**Scott Health & Safety**
*Monroe Corporate Center*
*P.O. Box 569*
*Monroe, NC 28111*
*Telephone: 800.247.7257*
*Facsimile: 704.291.8330*
*www.scotthealthsafety.com*
*sh-sale@tycoint.com*
*All Rights Reserved.*



H/S 6144C 1/04

# EXHIBIT N

# Scott Health & Safety

## *C420 Powered Air Purifying Respirator*

# Bid Specifications



## GENERAL REQUIREMENTS

The Powered Air Purifying Respirator (PAPR) is a blower assisted air purifying respirator. It shall be designed for individuals working in industrial, first responder and law enforcement environments that are considered not Immediately Dangerous to Life and Health (non-IDLH), including atmospheres containing not less than 19.5% oxygen.

Ambient air shall be circulated through two (2) canisters or cartridges where airborne contaminants are captured by particulate filter and/or sorbent bed. The cleaned air is sent from the PAPR to the user through a breathing tube that is connected to the user's facepiece via a 40-mm adapter.

The successful bidder agrees to provide, at his own expense, a factory-trained instructor for such time as the respirator user shall require for complete instruction in the operation and maintenance of the respirator. Any exceptions to these specifications must be detailed in a separate attachment and failure to do so will automatically disqualify the bidder. The successful bidder must be a sales distributor, authorized by the factory, to sell the equipment specified herein.

## OPERATIONAL REQUIREMENTS

### PAPR Blower Unit Assembly

The PAPR blower unit with cartridges shall be approved by the National Institute for Occupational Safety and Health (NIOSH). Currently, there are not any approval protocols set forth by NIOSH for respirators used during Nuclear, Biological and Chemical (NBC) incidents. In those cases where this type of respiratory protection is required, the canisters mentioned below can be used with the PAPR unit. The unit will not be NIOSH approved using these canisters, but shall meet select requirements of Mil-Spec EA-DTL-1827.

The blower assembly shall be 'triangular' in shape and is made of a Polyphenylene oxide (PPO) Noryl plastic. The blower unit housing shall be resistant to HD blister agent and G series nerve agent permeation for a minimum of 24 hours.

The blower unit body shall consist of an upper and lower housing. A single EPDM/rubber gasket shall be centrally mounted to protect the internal blower unit from dirt and fluids. Six screws shall be used to hold the two housings together.

The blower unit shall have a recessed On/Off toggle switch to reduce the possibility of the blower unit being accidentally turned on or off. The bottom of the blower unit shall have a cap on each end. One cap shall be a battery cover that unscrews to provide access to the cylindrical battery housing. One end of a polyester cord shall be attached to the battery cover and the other end of the cord attached to the blower unit. The other cap is not to be removed.

The PAPR blower unit shall have three 40-mm openings. Two of the openings shall have a 40-mm 'female' thread to accommodate a cartridge or canister. At the bottom of each of the female threaded openings shall be a black 40-mm EPDM gasket. At the top of the blower unit there shall be a 40-mm 'male' threaded opening for use as a point of attachment for the breathing tube.

The PAPR blower unit shall be designed for mounting on any surface that shall not affect performance. Examples include mounting upright on the waist or upside down on a vest. On either side of the blower unit lower housing is a rectangular opening used for threading the waist belt.

The blower unit shall have a proprietary motor fan technology with a RF shielded motor to protect it from radio interference. The life expectancy of the blower unit shall be a minimum of 1,000 hours.

## Air Flow
The PAPR blower unit shall, with the power switch turned on and a new $LiSO_2$ battery installed, deliver a minimum of four cubic feet per minute (4 cfm) for 4 hours with 2 canisters or cartridges installed.

## Canisters and Cartridges
Two (2) types of canisters and one (1) type of cartridge shall be available for use with the PAPR. Each canister or cartridge shall have a 40-mm male thread to attach directly to the PAPR blower unit.

One of the canisters shall have an anodized aluminum housing. It shall be silver in appearance (without a coating). This canister shall provide respiratory protection against gases and vapors associated with Nuclear, Biological and Chemical (NBC) incidents, e.g. Sarin gas and CS/CN. In addition, the canister shall have a High Efficiency Particulate Air (HEPA) filter built in to protect against dusts, mists, fumes and other airborne particulates that are 0.3 microns in diameter or larger. This canister shall be individually packaged in a foil pouch and shall have a screw cap covering the exhalation area and a plug covering the inhalation area. This canister shall have a shelf life of 8 years from the date of manufacture.

The second type of canister shall have a black Polyamide housing that shall provide a minimum of twenty-four (24) hour resistance to HD mustard agent exposure. This canister shall be dent proof to -40° F (-40° C). This canister shall provide respiratory protection against gases and vapors associated with Nuclear, Biological and Chemical (NBC), Toxic Industrial Materials (TIMS) and CS/CN incidents. In addition, this canister shall have a High Efficiency Particulate Air (HEPA) filter built in to protect against dusts, mists, fumes and other airborne particulates that are 0.3 microns in diameter or larger. This canister shall be individually packaged in a clear cellophane pouch and each canister shall have a screw cap covering the exhalation area and a plug covering the inhalation area. Each canister shall have a shelf life of 10 years from the date of manufacture.

The cartridge shall have a black Polyamide housing that shall provide a minimum twenty-four (24) hour resistance to HD mustard agent exposure. This cartridge shall be dent proof to -40° F (-40° C). The cartridge shall be NIOSH approved for protection against organic vapors, ammonia, methylamine, chlorine, chlorine dioxide, formaldehyde, hydrogen chloride, hydrogen fluoride, and sulfur dioxide. The cartridge shall also have a High Efficiency Particulate Air (HEPA) filter built in to protect against dusts, mists, fumes and other airborne particulates that are 0.3 microns in diameter or larger. These cartridges shall be individually packaged in a clear cellophane pouch.

## Facepiece

The PAPR shall be made available with tight fitting full facepieces. The full facepiece assemblies shall fit persons of varying facial shapes and sizes with minimal visual interference. The facepiece shall be available in four (4) color-coded sizes; small (green), large (black), large Comfort Seal™ (black) and extra large (red). The color-coded faceseal shall be constructed of an EPDM/natural rubber blend. The faceseal shall be secured by a U-shaped channel frame that is retained to the lens using five (5) fastener assemblies, four (4) of which shall serve as attachment points for the head harness.

The lens shall be a single, replaceable, modified cone-shaped configuration constructed of a non-shattering polycarbonate material. The lens shall also be designed to meet the impact and penetration requirements of a face shield as specified in ANSI Z87.1, paragraphs 5.2.8.1 and 5.2.8.2. The lens shall have a silicone-based coating to resist abrasion and chemical attack as well as an anti-fog coating.

The head harness shall have a four-point suspension made of a Kevlar® net hood or an EPDM/natural rubber blend. The head harness shall be made so there is minimal interference between securing the facepiece and the wearing of head protection. Two (2) straps, attached to the lens in four (4) locations, shall provide adjustment for proper face sealing.

The facepiece shall have a large diameter inlet serving as the female half of a quarter (1/4) turn coupling which mates with the 40-mm adapter.

The facepiece shall contain multi-directional voicemitters installed into the lens on two sides of the facepiece. The voicemitters shall be ducted directly to a silicone nose cup to enhance voice transmission. The nose cup shall be an integral part of the facepiece and shall serve to minimize lens fogging. The voicemitters and nose cup shall be removable for cleaning without the need for special tools.

## 40-mm Facepiece Adapter

The 40-mm full facepiece adapter shall connect the PAPR breathing tube to the full facepiece. The adapter shall be round and shall be made of a black Zytel® plastic. The 40-mm full facepiece adapter shall attach to the full facepiece by rotating it a ¼ turn clockwise and will lock in place via a spring loaded clip.

The adapter shall have a 40-mm 'female' threaded opening to accommodate the 40-mm 'male' threaded end of the breathing tube. The 'female' opening shall have a 40-mm EPDM/rubber gasket located at its base. The 'male' portion of the adapter shall have a Teflon® coated neoprene gasket that allows seating between the facepiece and the adapter.

The 40-mm adapter shall have a single inhalation valve and 3 exhalation valves. The inhalation valve shall have a single metal bar horizontally mounted to assist in the direction of the airflow.

## Battery Requirements

The PAPR shall be available with a single lithium sulfur dioxide ($LiSO_2$) primary battery system that shall have a minimum operational time of 4 hours. The battery shall be comprised of two (2) D cells connected in series and wrapped in a Mylar® sleeve or PVC tube.

The $LiSO_2$ battery system shall have a total length of 5.059 inches (12.85 cm) and total width of 1.398 inches (3.55 cm). Each $LiSO_2$ battery system shall have both the positive and negative terminal on one end. Each cell shall be hermetically sealed with a pressure release vent.

3

The LiSO$_2$ battery system shall be equipped with a thermal cut off (TCO) fuse incorporated into the negative leg and will open between 189°-196°F (91°± 4°C). A diode is incorporated into the positive leg to prevent charging or flow of current into the battery.

For transportation purposes the LiSO$_2$ batteries shall have a United Nations (UN) Hazard Class 9 rating and a UN identification number 3090 and shall therefore be certified as "Non-Dangerous" in accordance with DOT and UN regulations. The battery conforms to military specification MIL-B-49430/11.

## Breathing Tube
The black corrugated breathing tube shall be made from an EPDM/rubber blend. It shall be thirty-seven inches (93.38 cm) in length with a 40-mm 'male' and 'female' threaded connector attached. The 'female' threaded connector will attach to the top of the C420 blower unit. The male threaded connector shall attach directly to the 40-mm full facepiece adapter. The 'male' threaded connector shall have a swivel assembly to allow it to be placed over the right or left shoulder when donned.

## Waist Belt
The PAPR waist belt shall be made of a polyurethane coated nylon material. The surface shall be able to be decontaminated. The waist belt shall be seventy inches (177.8 cm) long by two inches (5.08 cm) wide. The waist belt shall be fully adjustable and have a Nexus® plastic buckle assembly. The waist belt shall attach to the blower unit by threading it through the rectangular openings on either side of the housing. The waist belt shall also have 'keepers' to assist in retaining excess belt material.

## Airflow Indicator
The airflow indicator shall be a mechanical device used to periodically measure the airflow circulating through the blower unit. It shall be made of clear plastic and be cylindrical in shape. It shall be hollow with a metal bar inserted at the top and have a ball on the inside that can move freely. The bottom portion shall have a gasket and shall fit in the opening at the top of the blower unit.

The airflow indicator shall have an external label containing a line and half-circle. This label shall designate the minimum 4-cfm airflow rate required.

## Accessories
A NIOSH approved butyl coated nylon shroud shall be made available as an accessory. This shroud shall attach directly to the full facepiece. In order to attach the shroud to the facepiece, the shroud shall have a series of five (5) snap nuts that will integrate with the five (5) snaps located on the full facepiece. The shroud shall also have a drawstring.

The shroud shall have a Mil-Spec closed cell foam that interfaces with the five (5) snaps and the butyl surface. The shroud shall be resistant to many forms of chemical warfare agents, select toxic industrial chemicals and all forms of airborne and liquid particulate contaminants, including:

- Acetone
- Carbonic Acid
- Formaldehyde
- Hydrazine
- Hydrochloric Acid
- Sulfurous Acid
- Other compounds as specified by the manufacturer

4

**Weights**
Blower unit (less battery and canisters/cartridges) - 1.54 pounds (700 grams)
Lithium Sulfur Dioxide Battery – 8 ounces (220 grams)

    Canisters
        With aluminum (silver) housing – 0.58 pounds (271 grams)
        With polyamide (black) housing – 0.72 pounds (327 grams)

    Cartridge
        With polyamide (black) housing – 0.71 pounds (323 grams)

    Waist Belt – 0.43 pounds (195 grams)

    Facepieces
        Full facepiece with Kevlar ® head harness – 1.05 pounds (474.8 grams)
        Full facepiece with rubber head harness – 1.0 pounds (454 grams)

    Shroud – 6.5 ounces (184.4 grams)


**APPROVALS**
NIOSH approval of PAPR – TC# 23C-2093
Components of NIOSH approval:
- Blower unit
- Breathing tube
- 40-mm adapter
- Waist belt
- Cartridge (2 required)
- Full facepiece with Kevlar or rubber head harness
- Lithium sulfur dioxide battery

Shroud – NIOSH approved as an accessory under TN-11505


**WARRANTY**
The PAPR unit shall have a one-year warranty.

All Rights Reserved.
Kevlar, Mylar, Teflon and Zytel are registered trademarks of E.I. DuPont de Nemours and Company.
Nexus is an ITWNexusCo. buckle assembly.

Title Sponsor
**FIREFIGHTER COMBAT CHALLENGE**

*Scott Health & Safety*
309 West Crowell Street
Monroe, NC 28112
Telephone: 800.633.3915
Facsimile: 704.282.8423
www.scotthealthsafety.com
hssales@scotthealthsafety.com

*tyco* | Scott Technologies, Inc. | Scott Health & Safety

H/S 6303  7/01