# Doan Declaration
# Part 6 of 7

# EXHIBIT O

C420 PAPR

ORDERING INFORMATION ON BACK

SPECIFICATION CARD

## C420 PAPR

Powered Air-Purifying Respirator

- NIOSH approved
- Sleek, low profile that is lightweight and comfortable
- Designed for use in Domestic Preparedness and industrial environments
- Meets stringent NIOSH airflow and Mil-Spec vacuum test requirements
- Shielded motor will not interfere with radio communications
- Onboard battery provides up to 10 hours of performance
- Standard military battery has a 10 year shelf life
- Easy decontamination
- AV-2000* allows for interface with all of Scott's communication devices
- Comes complete with blower unit assembly, breathing tube assembly, battery pack and air flow indicator

## C420 PAPR

**C420 Powered Air Purifying Respirator (PAPR) Assembly and Accessories**

| Part Number | Description |
|---|---|
| 805633-08 | C420 PAPR w/ AV-2000 Facepiece w/ Kevlar® Headnet (Comfort Seal™) |
| 805634-08 | C420 PAPR w/ AV-2000 Facepiece w/ 4 Point Rubber Harness (Comfort Seal) |
| 805636-08 | C420 PAPR w/ AV-2000 Facepiece w/ Kevlar Headnet (Comfort Seal) and AV-NBC Shroud |
| 805358-01 | Battery Pack |
| 805059-01 | 40mm Mask Adapter |
| 804191-08 | AV-3000 w/ Kevlar Headnet (Comfort Seal) |
| 805257-08 | AV-2000 Comfort Seal w/ 4 Point Rubber Harness (Comfort Seal) |

**Negative Pressure Respirator Parts**

| Part Number | Description |
|---|---|
| 805176-02 | NBC Canister, Non-Reflective Flat Black |
| 805176-03 | NBC Canister, Anodized Aluminum |
| 805557-01 | MPC *Plus* Cartridge |

APPROVALS
- NIOSH Approved (When Used With MPC *Plus* Cartridge)
- Mil-Spec Compliant (When Used With NBC Canisters)

WEIGHT
- 4.24 lbs (1.9 kg)
- 5.25 lbs (2.4 kg) with mask



**SCOTT**
A Scott Technologies Company

309 West Crowell Street • Monroe, NC 28112 • Telephone: 800.633.3915
Facsimile: 704.282.8423 • www.scotthealthsafety.com • hssales@scotthealthsafety.com
All Rights Reseved. Kevlar is a registered trademark of E.I. Du Pont de Nemours and Company.

SPECIFICATION CARD

H/S 6229 A 1/01

# EXHIBIT P

# C420 PAPR

## POWERED AIR-PURIFYING PROTECTION FOR FIRST RESPONDERS





tyco / Scott Technologies, Inc.

SCOTT HEALTH & SAFETY



# C420 PAPR FROM SCO

## THE PERFECT SOLUTION FOR DOMESTIC PRE

### The First Choice for First Responders

When powered air-purifying respirators make sense for domestic preparedness operations, the Scott C420 is the first choice for first responders. The C420 PAPR is a powered air-purifying respirator that uses a blower to force ambient atmosphere through air-purifying canisters to the user's facepiece. In hostile or extended wear situations, the C420's fanning effect helps keep the facepiece from fogging, while eliminating the additional pulmonary stress associated with a non-powered respirator. The C420 PAPR provides a cooling/fanning effect and lightweight design which extends user wear times in humid or hot environments. The blower unit provides air flow rates that meet Mil-Spec and NIOSH requirements. Airflow is kept constant over the entire usage period.

### Rugged and Reliable

Scott's C420 PAPR is designed for use in domestic preparedness environments that require a dependable, powered air-purifying respirator. It is NIOSH approved and meets stringent airflow and Mil-Spec vacuum test requirements. The C420 PAPR's sleek, low profile will not hinder entries and exits when dealing with harmful environments. The C420 PAPR is also light-weight and comfortable.

The C420 PAPR is ready to go when you are with a standard lithium-sulfur dioxide battery pack that has a 10-year shelf life in the original packaging. This onboard battery provides up to 10 hours of performance, over a full shift of duty.

### User-friendly and Complete

The C420 PAPR is belt mounted and designed to ride in the small of the wearer's back for the ultimate in comfort and support. The motor of the C420 PAPR is shielded to MIL STD 461C so it will not interfere with radio communications. The C420 PAPR comes complete with blower unit assembly, breathing tube assembly and air flow indicator. Power to the unit is controlled by a single recessed on/off toggle switch. The flexible breathing tube, made of EPDM corrugated rubber, does not restrict head movement. Thorough decontamination against NBC agents and other industrial chemicals is made easy with detachable parts that can be cleaned according to the situation encountered.

# TT

?AREDNESS SITUATIONS





C420 PAPR shown with AV/NBC Shroud™

**ENGINEERED TO MEET STRICT MILITARY STANDARDS**

Scott's C420 is a Mil-Spec unit with NIOSH approval, currently in use by the US Special Operations Aviation, FBI HRT, US Navy EOD, select tactical police and fire departments for protection during NBC related incidents. Unlike traditional industrial PAPR's, the C420 is designed for use in extreme environments and meets rigid Mil-Spec requirements insuring that it will not interfere with necessary communication systems.

Selected by US Army Blackhawk helicopter pilots for use in chemical and biological warfare, the C420 is designed for use with Scott's AV-2000 facepiece – making it a perfect solution for first responders and domestic preparedness programs.

## AV-2000® Respirator Solution

A critical component of the C420 PAPR is the tight-fitting facepiece. The AV-2000 not only provides a secure fit, but offers users the Scott advantage – Top-Down Convertibility™. The AV-2000 facepiece is a central component on all of Scott's respiratory products. So, fit testing with the AV-2000 for use on the C420 PAPR means no additional fit testing when using the same model of AV-2000 on other Scott respiratory devices such as the Ska-Pak® Plus supplied air respirator or the Scott family of SCBA's. The same fit test will also apply when using the AV-2000 and appropriate cartridges for air-purifying protection. A full line of communication equipment is available for use on the AV-2000, from voice amplification to radio interface.

The AV-2000 features a hardcoated polycarbonate lens that provides a wide field of vision and is offered with a choice of headstraps: an easy donning mesh style Kevlar® harness or the 4 point rubber harness for quick cleaning and easy decontamination.

## Specifications and Technical Data

| C420 PAPR Specifications | |
|---|---|
| Weight | 4.24 lbs (1.9 kg), 5.25 lbs (2.4 kg) with AV-2000 Facepiece |
| Air Flow | 4 CFM |
| Blower Life | 3000 hours |
| Av-2000 Material | EPDM |
| AV-2000 Lens Material | Polycarbonate |
| Belt | Polyurethane Coated Nylon Webbing |
| Hose | EPDM Corrugated |
| Battery Life | Up to 10 hours |
| Battery Shelf Life | 10 years |

## Ordering Information

| C420 PAPR Assembly and Accessories | |
|---|---|
| Part Number | Description |
| 805371-01 | C420 PAPR Unit* |
| 805633-01 | C420 PAPR Unit* with Lithium Sulfur Dioxide Battery and AV-2000 Facepiece with Kevlar Headnet (Comfort Seal™) |
| 805636-01 | C420 PAPR Unit* with Lithium Sulfur Dioxide Battery and AV-2000 Facepiece with Kevlar Headnet (Comfort Seal) and AV/NBC Shroud |
| 805358-01 | Spare Lithium Sulfur Dioxide Battery Pack |
| 805665-01 | 40mm Mask Adapter |
| 804191-08 | AV-2000 with Kevlar Headnet (Comfort Seal) |
| 805257-08 | AV-2000 with 4 Point Rubber Harness (Comfort Seal) |
| 805289-04 | AV/NBC Shroud with Installation Kit |

*C420 Unit consists of Blower Unit, 37" Breathing Tube, 40mm Mask Adapter, Easy Decontamination Belt and Airflow Indicator

### A Choice of Cartridges or Canisters

The C420 PAPR requires only 2 filters that fit tight and secure with 40mm threaded ends. Scott offers a selection of products for use with the C420 PAPR:


MPC Plus Cartridge

### MPC Plus Cartridge

When used on the C420 PAPR, the system is NIOSH approved against a range of industrial chemicals and particulates. NIOSH approval incudes: ammonia, methylamine, chlorine, chlorine dioxide, hydrogen chloride, organic vapors, sulfur dioxide, formaldehyde, hydrogen fluoride and HEPA type protection. The NIOSH approval number is TC-23C-2093.

| Part Number | Description |
|---|---|
| 805557-01 | MPC Plus Cartridge |


NTC-1 Canister

### NBC Protection

For domestic preparedness and counter terrorist situations, Scott offers the NTC-1 Mil-Spec canister appropriate for (but not NIOSH approved against) chemwarfare gases and tear gas. The NTC-1 meets C2A1 performance specifications and is shipped in a sealed foil bag to ensure a 10-year shelf life. Third party test results are available upon request.

| Part Number | Description |
|---|---|
| 045122 | NTC-1 Canister, Nylon, Black |

Title Sponsor
FIREFIGHTER COMBAT
CHALLENGE



**Scott Health & Safety**
309 West Crowell Street
Monroe, NC 28112
Telephone: 800.633.3915
Facsimile: 704.282.8423
www.scotthealthsafety.com
hssales@scotthealthsafety.com
All rights reserved.
Kevlar is a registered trademark of E.I. Du Pont de Nemours and Company.

tyco / Scott Technologies, Inc.   / **Scott Health & Safety**

H/S 6171 B 8/01

# EXHIBIT Q

| Home | Products | Services | Articles | Site Map | About Us | Contact Us | View Shopping Cart |

# D-cell Lithium/Sulfur Dioxide Battery



Lithium/sulfur dioxide is an advanced battery chemistry that economically out-performs most commonly available battery chemistries--including the alkaline/manganese dioxide chemistry used in the ubiquitous alkaline battery.

D-cell lithium batteries can be used in a wide range of applications from flashlights to emergency radios to portable equipment - any place where their unique combination of high power density, light weight, wide temperature range or long storage life characteristics are needed.

The lithium battery has twice the voltage of an alkaline battery. You can replace two alkaline batteries with a single lithium battery but you may have to modify your device to make this work. In the case of a 2 D-cell flashlight, you can use two lithium batteries if you change to a higher voltage bulb.

## Feature Summary

- High power density.
- Weighs only 85g (3oz).
- High terminal voltage: 2.8V.
- Flat discharge curve.
- Low internal resistance.
- Wide temperature operating range: -60° to 80°C (-76° to 176°F).
- 10-year shelf life.
- Safety.
- Dimensions: 60mm by 33mm (2.4" by 1.3").

## Detailed Description

The following discussion covers the individual features in greater detail so you will know why they are so important to you.

**High power density.** A "D" lithium/sulfur dioxide battery can produce 21Wh (7.5Ah at

2.8V) when being discharged at C/10 current rates. That's about 250Wh/kg (115Wh/lb) or 0.4Wh/cc (6.5Wh/cubic inch). It would take about 2 and a half alkaline batteries or about 20 carbon/zinc batteries to produce the same amount of power under similar load conditions.

**Weighs only 85g (3oz).** A "D" lithium battery is light weight because it uses light but highly energetic materials. The lithium anode, the carbon cathode and the sulfur dioxide reactants are very light weight for their energy content so you won't need a mule to haul around your spare batteries. A lithium battery is about half the weight of an alkaline battery while producing over twice the power.

**High terminal voltage.** The open battery voltage (i.e., with no load attached to the battery) is about 3 volts. That voltage drops to about 2.8V when the battery is under load. Under high discharge rates at very cold temperatures, the battery voltage can drop to 2.3V.

**Flat discharge curve.** The terminal voltage of a lithium battery is very stable. The battery is able to maintain a relatively constant terminal voltage until the last 15% of its life for significant discharge rates. At lower discharge rates the terminal voltage will stay almost constant until the last 5% of the battery's life.

This is in direct contrast to alkaline batteries where the terminal voltage starts a rapid drop from the very beginning as the internal battery resistance climbs, wasting much of the remaining power at high discharge rates.

**Low internal resistance.** A lithium battery employs a wound plate construction to provide a large plate surface area. This allows the battery to operate with a very low internal resistance and produce very large currents.

The low internal resistance in a lithium battery is maintained throughout its life, rising steeply just as the battery is dying. This is why the voltage curve is so flat and why the lithium battery is so efficient.

**Wide temperature operating range: -60° to 80°C (-76° to 176°F).** The lithium/sulfur dioxide chemistry is very tolerant of wide temperature ranges. Most other battery chemistries don't work very well below freezing and they also die in short order at elevated temperatures.

At -40°C (-40°F) the battery retains about 50% of its capacity when providing 0.5A, 65% of its capacity when providing 0.1A and 85% of its capacity when providing 0.01A.

Lithium batteries can take the summer southwest desert heat and still provide years of service.

Conventional alkaline batteries fail when the temperature drops below freezing. This makes them inappropriate for cold weather operations. Their shelf life is also dramatically reduced when exposed to high temperatures (alkaline batteries left in the glove compartment in the desert southwest sometimes don't make it through the entire summer).

**10-year battery shelf life.** Lithium batteries can be stored at room temperature for 10 years and still retain 70% of their rated capacity. The shelf life is reduced to 5 years at significantly elevated temperatures. If you are using lithium batteries to power emergency

equipment, we recommend you test the equipment regularly and replace the lithium batteries at least every 5 years. The batteries removed from the emergency equipment can be used for less critical functions so their remaining capacity is not wasted.

The lithium/sulfur dioxide battery chemistry has an interesting characteristic you should know about. When a battery has been stored at elevated temperatures or for an extended period of time, a passive layer forms over the lithium anode. This layer contributes to the long shelf life of the battery. When the battery is placed in service, this layer dissipates quickly but may temporarily depress the battery terminal voltage.

Like all batteries, lithium batteries should be stored individually packaged. Care should be taken to avoid excessively high temperatures (80°C or 176°F), shorting the batteries or physically damaging the batteries.

**Safety.** The lithium/sulfur dioxide battery chemistry has an excellent safety record. The use of these batteries has been adopted by the military via the military specification MIL-B-49430. These batteries are also widely used in industry.

We supply only the UL recognized PTC-protected lithium batteries. The PTC device protects the battery from external short circuits while allowing the battery to continue functioning after a short circuit is removed. The advantage of PTC-protected lithium batteries over fused lithium batteries is reliability. If you accidentally short a fused battery, the fuse opens and renders the battery useless. In contrast, the PTC device automatically "resets" when the short circuit is removed allowing the battery to resume normal operation. The PTC device operates at currents over one ampere.

We cannot recommend you use unprotected lithium batteries because an external short circuit will cause the battery to rapidly overheat, resulting in the safety pressure relief mechanism operating and the venting of sulfur dioxide gas. As a result of this behavior, unprotected lithium batteries require a hazardous material shipping declaration for air shipment making them less convenient and more expensive to ship to customers.

If the product you are using comes with a third-party certification, you are required to use a short circuit-protected version of this battery to maintain the certification. We recommend you use PTC-protected lithium batteries exclusively.

We have included the Material Safety Data Sheet (MSDS). Page 1 includes: material identification, hazardous ingredients/identity information, physical/chemical characteristics, fire and explosion data. Page 2 includes: reactivity data, health hazard data, precautions for safe handling and use, control measures. Page 3 includes: storage, packaging and transportation, domestic. Page 4 includes: international, transportation data, note, disclaimer. The PTC-protected lithium batteries have a non-dangerous classification.

Lithium/sulfur dioxide batteries are primary batteries. That means they cannot be recharged. Attempting to recharge these batteries will result in an internal short-circuit, overheating and cause the safety pressure relief mechanism to operate and vent sulfur dioxide gas. Further, the escaping gasses will be hot and can cause burns. DO NOT attempt to recharge these batteries or use them in a circuit that would allow a reverse current to flow in the battery.

The battery contents are under pressure. The battery is designed with a safety pressure relief

mechanism to vent excess pressure. DO NOT short circuit or expose these batteries to high temperatures.

The battery contains lithium metal which is very reactive with water. DO NOT open, puncture or crush these batteries.

The battery contains sulfur dioxide gas which can cause respiratory distress if released in confined areas or inhaled in significant concentrations. DO NOT open, puncture, crush, short circuit or expose these batteries to high temperatures.

Dead batteries may be safely disposed of in a sanitary land fill. Check with your local authorities for local disposal requirements.

**Dimensions: 60mm by 33mm (2.4" by 1.3").** The dimensions are height by diameter and are for a "D" battery.

Specifications are subject to change without notice.

# Order

To order the following products, please contact NovaTac at 520-881-5800.

In Stock    D-cell lithium battery with safety PTC (lithium-sulfur dioxide)
$15.00

In Stock    10-pack of D-cell lithium batteries with safety PTC (lithium-sulfur dioxide)

$112.00

**Copyright © 1998-2004 by HDS Systems, Inc. All rights reserved.**
**Updated February 2000**
**www.hdssystems.com**

# EXHIBIT R

**Unknown**

**From:** McNeal, Marc [MMcNeal@fredco-md.net]
**Sent:** Monday, July 18, 2005 11:44 AM
**To:** Hanscom, Michael (FEMS)
**Subject:** RE: Questionnaire

My replies are in red below.

**Marc E. McNeal**
**Chief of Operations**
**Division of Fire and Rescue Services**

The information transmitted within this electronic message is intended only for the recipients identified by the sender and may contain confidential and/or privledged information or material. Any review, retransmission, dissemination or other use of this information, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited and may be in violation of intradepartmental policy or procedure. If you have received this in error, please contact the sender and delete the material from any computer.

-----Original Message-----
**From:** Hanscom, Michael (FEMS) [mailto:Michael.Hanscom@dc.gov]
**Sent:** Monday, July 18, 2005 11:32 AM
**To:** Michael_J_Kerr@belvoir.army.mil
**Cc:** Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil; scott.goldstein@montgomerycountymd.gov; christopher.parks1@andrews.af.mil; McNeal, Marc
**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather information from surrounding jurisdictions. If you could provide answers to the following set of questions we would appreciate it.

1. Are you an OSHA state?[McNeal, Marc] YES
   a) If no, do you still follow / comply with the OSHA standards in 1910.134?

2. Do you enforce the OSHA standards?[McNeal, Marc] YES

3. Do you fit test your employees annually?[McNeal, Marc] YES
   a) If yes, what happens if an employee fails a fit test?[McNeal, Marc] If an employee fails a fit test they are placed on light duty and evaluated medically. If the employee can no longer wear a respirator, the employee may be afforded several options depending on the circumstances: reassignment within the department, reassignment within the County, retirement (regular or disabilit
   b) Do you fit test if the employee has facial hair at the time of the test?[McNeal, Marc] No, employees may not have any facial hair at any time that may come in contact

1749

DEF 003937

with the seal of the facepiece.

4. What fit test standard do you fit test to? OSHA? More?[McNeal, Marc]  OSHA compliant quanitative.

5. What SCBA, APR and PAPPR do you use?[McNeal, Marc]  MSA SCBA, SCOTT PAPR. WIll be switching to all SCOTT.

If you have any questions, please do not hesitate to contact me.

Thank You:

Michael J. Hanscom
Legal Intern
DC Fire/EMS
Washington, DC  20001
1923 Vermont Ave., NW
ph (202) 673-3732
fx (202) 462-0807