# Doan Declaration
## Part 7 of 7

# EXHIBIT S

**Unknown**

**From:** Benjamin Barksdale [Bbarks@arlingtonva.us]
**Sent:** Monday, July 18, 2005 12:58 PM
**To:** Hanscom, Michael (FEMS)
**Subject:** RE: Questionnaire

1. no / yes   Non OSHA states still have to have regulations that meet or exceed Fed OSHA
2. yes
3. yes.  If fail placed on light duty, cant test with facial hair
4. as outlined in the VAOSHA reg
5. Scott

**From:** Hanscom, Michael (FEMS) [mailto:Michael.Hanscom@dc.gov]
**Sent:** Monday, July 18, 2005 11:32 AM
**To:** Michael_J_Kerr@belvoir.army.mil
**Cc:** Michael_J_Kerr@belvoir.army.mil; Benjamin Barksdale; thomas.barnes@navy.mil;
scott.goldstein@montgomerycountymd.gov; christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net
**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather information
from surrounding jurisdictions.  If you could provide answers to the following set of questions we would appreciate
it.

1. Are you an OSHA state?
    a)  If no, do you still follow / comply with the OSHA standards in 1910.134?

2. Do you enforce the OSHA standards?

3. Do you fit test your employees annually?
    a)  If yes, what happens if an employee fails a fit test?
    b)  Do you fit test if the employee has facial hair at the time of the test?

4. What fit test standard do you fit test to?  OSHA?  More?

5. What SCBA, APR and PAPPR do you use?

If you have any questions, please do not hesitate to contact me.

Thank You:

*Michael J. Hanscom*
*Legal Intern*
*DC Fire/EMS*
*Washington, DC  20001*
*1923 Vermont Ave., NW*
*ph (202) 673-3732*
*fx (202) 462-0807*

====================================================

As of July 15, 2005 our mail system will no

longer accept email for the domain @co.arlington.va.us
please update your address book to reflect the new
address @arlingtonva.us.   You may do this by simply
adding the email address of this message to your
email contacts.

If you have any questions please contact
the sender of the email.

DEF 003953

# EXHIBIT T

## Unknown

**From:**    Goldstein, Scott [Scott.Goldstein@montgomerycountymd.gov]

**Sent:**    Tuesday, July 19, 2005 7:03 AM

**To:**    Hanscom, Michael (FEMS); Michael_J_Kerr@belvoir.army.mil

**Cc:**    Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil;
christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net; Guercio, Philip; Bowers, Richard

**Subject:** RE: Questionnaire - Montgomery Response

Division Chief Bowers of our Wellness/Safety/Training division has provided the answers in
BLUE.

Any questions please feel free to give me a call

**Captain Scott Goldstein**
**Operations Executive Officer/US&R Asst TFL**
**Montgomery County Fire Rescue**
**101 Monroe Street, 12th floor**
**Rockville, Maryland 20850**
**Office 240-777-2464**
**Fax 240-777-2415**
**Nextel - 240-832-2598**
**scott.goldstein@montgomerycountymd.gov**

-----Original Message-----
**From:** Hanscom, Michael (FEMS) [mailto:Michael.Hanscom@dc.gov]
**Sent:** Monday, July 18, 2005 11:32 AM
**To:** Michael_J_Kerr@belvoir.army.mil
**Cc:** Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil; Goldstein,
Scott; christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net
**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather
information from surrounding jurisdictions.  If you could provide answers to the following set of questions
we would appreciate it.

1. Are you an OSHA state? - YES
   a) If no, do you still follow / comply with the OSHA standards in 1910.134?

2. Do you enforce the OSHA standards? - YES

3. Do you fit test your employees annually? YES (and volunteer personnel)
   a) If yes, what happens if an employee fails a fit test?
      SEVERAL RETEST ARE PROVIDED. WE HAVE NOT HAD ANYONE TO DATE FAIL THE FIT
      TEST BUT SOME CLOSE CALLS. IF THE PERSONNEL ARE UNABLE TO
      SUCCESSFULLY COMPLETE THE FIT TEST WE MAY SEND THE INDIVIDUAL TO
      OCCUPATIONAL MEDICAL TO ENSURE THERE ARE NO UNDERLYING CAUSES, PLACE THE
      PERSON IN A NON OPERATIONAL STATUS UNTIL SUCH TIME THEY DO SUCCESSFULLY
      PASS THE FIT TEST.

b) Do you fit test if the employee has facial hair at the time of the test? FACIAL HAIR MUST BE IN COMPLIANCE WITH OSHA CFR 1910.134 AT A MINIMUM.

4. What fit test standard do you fit test to?  OSHA?  More? OSHA

5. What SCBA, APR and PAPPR do you use?   SCOTT AP50 AND SCOTT PAPPR

If you have any questions, please do not hesitate to contact me.

Thank You:

*Michael J. Hanscom*
*Legal Intern*
*DC Fire/EMS*
*Washington, DC  20001*
*1923 Vermont Ave., NW*
*ph (202) 673-3732*
*fx (202) 462-0807*

# EXHIBIT
# U

## Unknown

**From:** Kerr, Michael J [Michael_J_Kerr@belvoir.army.mil]
**Sent:** Tuesday, July 19, 2005 2:08 PM
**To:** Hanscom, Michael (FEMS)
**Subject:** RE: Questionnaire

*Michael J. Kerr*
*Assistant Fire Chief*

-----Original Message-----
**From:** Hanscom, Michael (FEMS) [mailto:Michael.Hanscom@dc.gov]
**Sent:** Monday, July 18, 2005 11:32 AM
**To:** Michael_J_Kerr@belvoir.army.mil
**Cc:** Michael_J_Kerr@belvoir.army.mil; bbarks@arlingtonva.us; thomas.barnes@navy.mil; scott.goldstein@montgomerycountymd.gov; christopher.parks1@andrews.af.mil; mmcneal@fredco-md.net
**Subject:** Questionnaire

To all:

In continuing our efforts to create a new Repiratory Protection Policy, we are attempting to gather information from surrounding jurisdictions. If you could provide answers to the following set of questions we would appreciate it.

1. Are you an OSHA state?  Not a State, Federal Government
    a) If no, do you still follow / comply with the OSHA standards in 1910.134?  Yes

2. Do you enforce the OSHA standards?  Yes

3. Do you fit test your employees annually?  Yes
    a) If yes, what happens if an employee fails a fit test?  None failed yet, employee would be retested with different size facepieces until passed.
    b) Do you fit test if the employee has facial hair at the time of the test?  No

4. What fit test standard do you fit test to?  OSHA?  More?

5. What SCBA, APR and PAPPR do you use?  SCOTT

If you have any questions, please do not hesitate to contact me.

Thank You:

*Michael J. Hanscom*
*Legal Intern*
*DC Fire/EMS*
*Washington, DC  20001*
*1923 Vermont Ave., NW*
*ph (202) 673-3732*
*fx (202) 462-0807*

1812

DEF 003994

7/20/2006

# EXHIBIT
# V

9/20/2004
Fire Chiefs' Committee
Meeting Highlights, page 1

# MEETING HIGHLIGHTS
## SPECIAL FIRE CHIEFS' COMMITTEE MEETING
## TO DISCUSS SCBA
### August 27, 2004

Chief Tom Owens, City of Fairfax, called the meeting to order at COG in the absence of the Chair. Chief Owens reminded the Chiefs of the history of the SCBA discussion, and updates on the discussion among Northern Virginia Chiefs. He concluded that this group needed to re-think their original goal of equipping every riding position with a backup set of SCBA. Furthermore, he explained that with the right approach, this purchase can benefit jurisdictions outside the NCR. Chief Owens emphasized that he is not criticizing the hard work of the subcommittees in preparing the procurement plans, but instead criticizing the decisions of the Chiefs themselves.

Assistant Chief Rich Bowers, Chair of the Health & Safety Subcommittee, stressed that other than PPE, respiratory protection is the number one priority for firefighters; therefore, this decision is critical and delaying it would be detrimental. AC Bowers encouraged the Chiefs to look at this issue the same as the PPE process – that when a team arrives on-scene and discovers they are contaminated, that gear is out of service and needs replacing. He elaborated that what needs to be determined is what will be sent first, what will then replace that team, and what is still available for other incidents.

It was suggested that SCBA could be "cached," in a sense, on reserve apparatus. Ultimately, they agreed there must be a "method to the madness" in their decision.

Battalion Chief Bob Stephan, Chair of the Hazardous Materials Subcommittee, reviewed for the Chiefs the history of that group's involvement in this process to date. In January, 2004, the Chiefs tasked HazMat to develop recommendations for the equipment purchases. After walking through several potential scenarios, they chose a recommendation based on the premise that the first few alarms would not be able to re-use their gear immediately. The committee recommended 600 spare SCBA to emphasize the regional approach. At the time, that recommendation was not seen favorably by the Chiefs.

Chief Jim Schwartz, Arlington County, reminded the Chiefs that there are two components to be addressed: 1) replace gear and get back in service and 2) refill a pile of empty bottles. He believed that the second component may be the most important.

Melissa Massey, COG, reminded the Chiefs about the discussion of purchasing Mobile Air Units (MAU), capable of storing and transporting up to 100 air cylinders and 20 full SCBA, in addition to re-filling capabilities at approximately 4 – 6 filling stations.

Chief Owens was concerned that approach would get away from the regional approach by placing a MAU in each jurisdiction. Chief Schwartz encouraged them to look at the geographic need, i.e. how to get x number of cylinders to any spot in the NCR within 20 minutes. Others agreed that a plan should be incident-based.

When asked if we could build in "tentacles" such as insurance, maintenance, etc, Tom Ryan of the DC Office of Homeland Security explained that beyond warrantee coverage, it is not

214

DEF 002747

9/20/2004
Fire Chiefs' Committee
Meeting Highlights, page 2

possible, due to the time limits of these grants.

Chief Mike Neuhard, Fairfax County, expressed concern that with caching the equipment, different jurisdictions would have different costs incurred, and that we would need a significant commitment to continue operability of the system.

Chief Owens brought up the discussion of those departments using non-Scott apparatus. It is not fiscally responsible to ask a jurisdiction to completely replace new apparatus, but neither is it wise to use regional funding to purchase air bottles that don't work with the majority of SCBA in the region. It was agreed that nothing can be done about the current situation, but in the future the Chiefs agreed to encourage regional compatibility in gear purchases and focus the attention of the Logistics Subcommittee on standardization once their role in this UASI purchase is fulfilled.

The Chiefs agreed they need to determine performance measures and a methodology, an organized process to evaluate what problem needs addressing and how best to do so. The two main components of this discussion are Continuity of Operations (COOP), and Emergency Mobilization.

It was agreed that the number of PAPRs that Chiefs decided to purchase, 50% of on-duty riding positions, was a valid plan and it would not be changed.

BC Stephan was asked about the methodology HazMat used to come up with a recommendation for 600 SCBA. He explained that the committee looked at the number of firefighters on duty at any time, and the possibility of 2 simultaneous attacks. Having 3 locations of 200 units each allowed for replacement without anyone being fully depleted. There were several comments from Chiefs that this was a realistic number and approach.

**Next Steps**
Chief Owens suggested bringing the Logistics Subcommittee in to the discussion on how best to address the SCBA and air bottles. Assistant Chief Kevin McGee, Prince William County, suggested more advanced staff work and a more facilitated process in the future. It was also agreed that the subcommittees need more direction from the Chiefs and planning assumptions upon which to operate. Scott Goldstein, Chair of the Logistics Subcommittee, explained that what they need is the number of people needed for COOP and the number for Emergency Mobilization.

Assistant Chief Bowers agreed to work with the Logistics Subcommittee to pull together all the existing information, planning assumptions and potential costs of the plans discussed so far. He will get it to the Chiefs by September 10, and a conference call will be held on September 13 at 0800 hours to discuss it. It was stressed that this review needed to examine the value of cache versus backup units.

| mula for Need: > | TRG | Cost per TRG | PPE Cleaning Cost | PPE Cleaning Cost | Piece County PPE | PPE Cleaning Cost | SCBA Cost per unit | # of units | Total SCBA Cost |
|---|---|---|---|---|---|---|---|---|---|
| alexandria | 40 | $ 1,500.00 | $ 60,000.00 | $ 38/set | 200 sets x twice year | $ 15,000.00 | $42 | 75 | $ 3,150.00 |
| ngton County ᵉ | | | | $ 70/set | 77 | $ 5,380.00 | $42 | 148 | $ 6,216.00 |
| d | 145 | $ 1,500.00 | $ 217,500.00 | $ 70/set | 2035 | $ 12,920.00 | 35.00 | 170 | $ 5,950.00 |
| rfax City | 24 | $ 1,500.00 | $ 36,000.00 | $ 70/set | 95 | $ 6,650.00 | $42 | 56 | $ 2,352.00 |
| rfax County | 200 | $ 1,500.00 | $ 300,000.00 | $ 83/set | 1800 | $ 149,400.00 | 134.00 | 227 | |
| udoun County | | | - | $ 70/set | 1029 | $ 72,030.00 | $42 | 94 | $ 3,948.00 |
| y of Manassas | | | | $ 70/set | 234 | $ 16,380.00 | $42 | 97 | $ 4,074.00 |
| nassas Park | | | - | $ 70/set | 26 | $ 1,820.00 | $42 | 60 | $ 2,520.00 |
| ntgomery County | 325 | $ 1,500.00 | $ 487,500.00 | $ 40/set | 1557 | $ 62,280.00 | $42 | 357 | $ 14,994.00 |
| ince Georges County * | 84 | $ 1,500.00 | $ 126,000.00 | $ 114/set | 1313 | $ 149,682.00 | $42 | 226 | $ 9,492.00 |
| ince William County * | | | | $ 70/set | 1045 | $ 73,150.00 | $42 | 111 | $ 4,662.00 |
| WAA | 45 | $ 1,500.00 | $ 67,500.00 | $ 70/set | 150 | $ 10,500.00 | $42 | 75 | $ 3,150.00 |
| TOTAL NEEDED FROM ASI FUNDS> | 863 | | $ 1,294,500.00 | | 9361 | $ 575,202.00 | 589.00 | 1696 | $ 60,508.00 |
| OTES: | 0 | | | | | | | | |
| Definitions of baseline | Level D = | | | | | | | | |

DEF 002749

FY06 Concepts (2)

FY06 UASI Concepts.xls

| Formula for Need: > | Incident Support (# needed for 2nd alarm) | | Ready Reserve | Mobile Air Units |
|---|---|---|---|---|
| | # full SCBA (baseline estimated to be 78) | # air cylinders (baseline estimated to be 78) | # SCBA needed to fully equip reserve apparatus † | Is your jurisdiction able & willing to house/staff/maintain a Mobile Air Unit? Y/N |
| Alexandria | 30 | 30 | 25 | No |
| Arlington County | 78 | 78 | 50 | YES |
| DC | 90 | 90 | 60 | YES |
| Fairfax City | 30 | 30 | 6 | No |
| Fairfax County * | 69 | 69 | 138 | YES |
| Loudoun County | 48 | 48 | 26 | YES |
| City of Manassas ** | 66 | 56 | 11 | N (currently have own unit, available for deployment) |
| Manassas Park | 30 | 30 | 10 | YES |
| Montgomery County | 78 | 78 | 259 | YES |
| Prince Georges County | 2 | 2 | 204 | YES |
| Prince William County | 91 | 74 | 0 | YES |
| MWAA | 38 | 38 | 17 | No |
| TOTALS | 650 | 623 | 806 | 8 (total yes responses) |

† Jurisdictional tabs include details on number and type of ready reserve units.
* Fairfax County is also requesting 15 spare air cylinders for testing purposes
** Manassas request includes spare packs for testing rotation

217

DEF 002750

NCR SCBA Survey Comparison.xls

| Item | Quantity | Price | Cost |
|---|---|---|---|
| SCBA | 1094 | $ 4,000.00 | $ 4,376,000.00 |
| ~~Cylinder - 4 per~~ | ~~0~~ | ~~$ 900.00~~ | ~~$~~ |
| Cylinder - 1 hr | 2940 | $ 900.00 | $ 2,646,000.00 |
| | | | $ 7,022,000.00 |

**Revised**

| | | | |
|---|---|---|---|
| SCBA - 2nd Alarm | 650 | $ 4,000.00 | $ 2,600,000.00 |
| SCBA - Ready Reserve | 806 | $ 4,000.00 | $ 3,224,000.00 |
| Cylinder | 623 | $ 900.00 | $ 560,700.00 |
| Cylinder - for air units | 800 | $ 900.00 | $ 720,000.00 |
| | | Subtotal | $ 7,104,700.00 |
| Mobile Air Units | 8 | $ 300,000.00 | $ 2,400,000.00 |
| | | Total | $ 9,504,700.00 |

SCBA's actually went up by ~ 350 units
Cylinders down by ~1500 units

**DEF 002751**

| | Incident Support (# needed for 2nd alarm) | Ready Reserve | Total - Revised #'s | Total - Original #'s | # Change | Revised Cylinders | Original Cylinders | #Change |
|---|---|---|---|---|---|---|---|---|
| Alexandria | 30 | 25 | 55 | 39 | 16 | 30 | 91 | 61 |
| Arlington County | 78 | 50 | 128 | 0 | 128 | 78 | 142 | 64 |
| DC | 90 | 60 | 150 | 212 | 62 | 90 | 0 | 90 |
| Fairfax City | 30 | 6 | 36 | 15 | 21 | 30 | 62 | 32 |
| Fairfax County * | 69 | 138 | 207 | 112 | 95 | 69 | 772 | 703 |
| Loudoun County | 48 | 26 | 74 | 65 | 9 | 48 | 130 | 82 |
| City of Manassas ** | 66 | 11 | 77 | 28 | 49 | 56 | 48 | 8 |
| Manassas Park | 30 | 10 | 40 | 0 | 40 | 30 | 101 | 20 |
| Montgomery County | 78 | 259 | 337 | 460 | 123 | 78 | 920 | 842 |
| Prince Georges County | 2 | 204 | 206 | 0 | 206 | 2 | 425 | 423 |
| Prince William County | 91 | 0 | 91 | 125 | 34 | 74 | 250 | 176 |
| MWAA | 38 | 17 | 55 | 38 | 17 | 38 | 90 | 52 |
| TOTALS | 650 | 806 | 1456 | 1094 | 362 | 623 | 2940 | 2317 |

increase of

decrease c

| | career | | SCBA | PAPRs | bottles | face pieces |
|---|---|---|---|---|---|---|
| | fire | ems | | | | |
| DC | 1500 | 350 | 212 | 128 | 0 | 1850 |
| ARL | 0 | | | 30 | 142 | 334 |
| ALEX | 220 | | 39 | 50 | 91 | 225 |
| MWAA | 125 | | 38 | 26 | 90 | 125 |
| MC | 943 | | 460 | 230 | 920 | 1415 |
| PG | 64 | | 0 | 175 | 425 | 1738 |
| FFCO | 1200 | | 112 | 142 | 772 | 1350 |
| FFCI | 46 | | 15 | 16 | 62 | 95 |
| PW | 350 | | 125 | 65 | 250 | 950 |
| LOU | 253 | | 65 | 32 | 130 | 938 |
| MAN | 24 | | 28 | 12 | 48 | 149 |
| MAN/PK | 23 | | 0 | 3 | 10 | 23 |
| | 4748 | 350 | 1094 | 909 | 2940 | 9190 |

DEF 002753

220

## ALL JURISDICTIONS

| Personal Protective Gear | | | SCBAs plus additional one hour cylinder | | | Powered Air Purifying Respirators |
|---|---|---|---|---|---|---|
| Applies to the following groups[f] | | | Total normal on-duty riding positions[e] | | | Total normal on-duty riding positions[h] |
| Definition of baseline[b] | | | One SCBA unit per normal on-duty strength plus one spare | Four cylinders per normal on-duty strength | At least two (2) hour cylinders per normal on-duty strength | Number of PAPRs equal to 50% of the normal on-duty strength |
| Formula for Need: > | Number of Career Personnel | Number of Volunteer Personnel | Number of on-duty strength times 2 (N = ___ x 2) | Number of on-duty strength times 4 (N = ___ x 4) | Number of on-duty strength times 2 (N = ___ x 2) | Half the normal on-duty strength (N = ___ x 0.5) |
| Alexandria | 220 | 5 | 39 | 122 | 91 | 50 |
| Arlington County [c] | 290 | 44 | 0 | 0 | 142 | 36 |
| DC [d] | 1850 | | 212 | 94 | 0 | 128 |
| Fairfax City | 60 | 35 | 15 | 30 | 62 | 16 |
| Fairfax County | 1200 | 300 | 112 | 264 | 772 | 142 |
| Loudoun County | 253 | 683 | 65 | 260 | 130 | 32 |
| City of Manassas | 24 | 125 | 28 | 66 | 48 | 12 |
| Manassas Park | 23 | 0 | 0 | 20 | 10 | 3 |
| Montgomery County | 943 | 472 | 460 | 1380 | 920 | 230 |
| Prince Georges County [e] | 696 | 1072 | 0 | 0 | 425 | 175 |
| Prince William County | 350 | 600 | 125 | 375 | 250 | 65 |
| MWAA | 125 | 0 | 38 | 124 | 90 | 26 |
| TOTAL NEEDED FROM UASI FUNDS> | 6034 | 3336 | 1094 | 2735 | 2940 | 915 |
| | 9370 | | | | | |

Gear Totals

NCR SCBA Survey Comparison.xls

# EXHIBIT W

1    UNITED STATES DISTRICT COURT

     FOR THE DISTRICT OF COLUMBIA

2    ----------------------------------------------------

3    CALVERT L. POTTER, et al.,

4                     Plaintiffs,

5    v.

6    DISTRICT OF COLUMBIA,

7                          Defendant.

8    No. 01-CV-1189(JR)

     ----------------------------------------------------

9

10

     CONFIDENTIAL

11

     DEPOSITION OF DISTRICT OF COLUMBIA FIRE DEPT.

12

     by WILLIAM FITZGERALD

13        JOHN THUMANN

          WILLIAM FLINT

14

     July 25, 2005

15   Washington, DC

     Lead: Covington & Burling

16

17

18

     FINAL COPY

19

     JANE ROSE REPORTING    1-800-825-3341

20   Texas S. Eckstone, Registered Merit Reporter

21

22

1

**7/25/2008  Deposition of District of Columbia Fire Dept CONFIDENTIAL**

```
1              DEPOSITIONS - JULY 25, 2005
2    ON BEHALF OF THE PLAINTIFFS:
3        COVINGTON & BURLING
         BY: MICHAEL C. BOTELER, ESQUIRE
4            WILLIAM D. IVERSON, ESQUIRE
             JOSHUA A. DOAN, ESQUIRE
5        1201 Pennsylvania Avenue, NW
         Washington, D.C. 2004
6        (202)662-6000
7            And
8        ARTHUR B. SPITZER, ESQUIRE
         American Civil Liberties Union
9            of the National Capital Area
         1400 20th Street, NW, #119
10       Washington, DC 20036
         (202)457-0800
11
             ALSO PRESENT:
12               JESSICA LANGLEY (Paralegal)
                 TANYA GOLDMAN (Law Student)
13               ALEXI NUNN (Law Student)
14   ON BEHALF OF THE DEFENDANT:
15       THERESA CUSICK, ESQUIRE
         JOSEPH HARTMAN, ESQUIRE
16       Office of the Attorney General, DC
         441 Fourth Street, NW
17       6th Floor South
         Washington, DC 20001
18
             ALSO PRESENT:
19               MICHAEL HANSCOM (Law Student)
20
21
22
```

1          WITNESS FITZGERALD - JULY 25, 2005

2    the same regimen that a person that wasn't extremely

3    over weight -- I think you can follow what I'm saying

4    there.

5          Q.    Are there any extremely over weight

6    firefighters?

7          A.    Is there?

8          Q.    Yes.

9          A.    There are over weight firefighters.

10         Q.    Are they on active duty?

11         A.    Some I'm sure.

12         Q.    Do you have a time line upon which the

13   Fire Department plans to begin Phase 2?

14         A.    No.

15         Q.    Or considering Phase 2?

16         A.    I would say this process could take as

17   long as two years to fully implement.

18         Q.    Would Phase 2 consist of a higher, a

19   more strenuous test than the current low risk

20   evaluation?

21         A.    I couldn't say at this time.

22         Q.    Are you planning to get to the place