FILED
NOV 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALVERT L. POTTER, *et al.*,

    Plaintiffs,

v.                                    No. 01-cv-1189 (JR)

DISTRICT OF COLUMBIA,

    Defendant.

## ORDER

Upon consideration of plaintiffs' Motion for Enforcement of Preliminary Injunction, defendant's response thereto and the entire record herein, it is hereby

ORDERED that the defendant shall promptly allow plaintiff Tarick Ali to take a facemask fit test with different sized facemasks to see whether he can obtain a satisfactory fit; and it is further

ORDERED that if plaintiff Tarick Ali passes the fit test with a different size of facemask, he shall be returned to active duty, as provided in this Court's order of March 20, 2006.

                                              */s/ James Robertson*
                                              James Robertson
                                              United States District Judge