# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7050**                              **September Term, 2006**

05cv01792

Filed On:

Steven B. Chasin, et al.,
    Appellees

Dwight Evans and Eleon A. Baker,
    Appellants

v.

District of Columbia,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED NOV X 3 2006
CLERK

**BEFORE:** Garland and Brown, Circuit Judges and Williams, Senior Circuit Judge

### O R D E R

Upon consideration of the agreement of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Linda Jones
Linda Jones
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: /s/ Deputy Clerk