# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7043**  **September Term, 2006**

01cv01189
05cv01792

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

Filed On:

ISSUED: 12/12/06

BY: _____, Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Calvert L. Potter, et al.,
    Appellees

v.

District of Columbia,
    Appellant

United States of America,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 2 2006

CLERK

Consolidated with 06-7044, 06-7050

---

**BEFORE:** Garland and Brown, *Circuit Judges*, and Williams, *Senior Circuit Judge*

### ORDER

Upon consideration of the District of Columbia's suggestion of mootness in appeal nos. 06-7043 and 06-7044, and the response thereto, it is

**ORDERED** that appeal nos. 06-7043 and 06-7044 are hereby dismissed as moot. It is

**FURTHER ORDERED** that appeal no. 06-7050 shall remain scheduled for oral argument on November 6, 2006.

The Clerk is directed to withhold issuance of the mandate in nos. 06-7043 and 06-7044 until seven days after the disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed R. App. P. 41(b); D.C. Cir. R. 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

BY: _____ Deputy Clerk

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Scott H. Atchue
Deputy Clerk