# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR FURTHER
ENLARGEMENT OF THE CURRENT SCHEDULING ORDER**

On January 5, 2007, this Court issued an order granting the Defendant's August 9, 2006, Motion to Stay Discovery, stating that "[t]he Court assumes that the District has made the arguments it wishes to make in its own motion for summary judgment and now deems the cross-motions to be fully briefed." This statement suggests that the Court did not receive the email notification that the parties sent on December 12, 2006, attached hereto, and stating:

> Pursuant to this Court's order of May 5, 2006, the parties seek an enlargement of the current scheduling order. Defendant District of Columbia respectfully seeks an enlargement of time to and including January 12, 2007, to file both its Opposition to Plaintiffs' Summary Judgment

Motion, and its Reply to Plaintiffs' Opposition to Defendant's Summary Judgment Motion.  The Plaintiffs' ask that their Reply be due on March 12, 2007.

While the parties did not receive a response from the Court regarding this request, the May 5, 2006, Order does not require such a response—rather it only requires the parties to provide the Court with notice of their agreement to enlarge the deadlines.[1]

At this time, the Defendant, with the consent of the Plaintiffs, requests that the Court enlarge the deadline by an additional two weeks to January 26, 2007.  The Plaintiffs, also by consent, request the March 12, 2007, deadline for their Reply.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure;

2. The Court's Order of May 5, 2006, and

3. The inherent powers of the Court.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    **/s/ Robert C. Utiger**
    ROBERT C. UTIGER [437130]
    Senior Counsel
    441 Fourth Street, N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6532

---

[1] The Court's May 5, 2006, Order states that " … the parties may by agreement extend those [motions] deadlines without further order of the Court, simply by providing notice to the Court of their agreement and if the extensions will not require re-setting any scheduled court appearance."

2

|  |  |
|---|---|
|  | **/s/ Eden I. Miller** |
|  | EDEN I. MILLER |
|  | Assistant Attorney General |
|  | Bar Number 483802 |
|  | Sixth Floor South |
|  | 441 Fourth Street, N.W. |
|  | Washington, D.C. 20001 |
|  | (202) 724-6614 |
|  | (202) 727-3625 (fax) |
| January 8, 2007 | E-mail: Eden.Miller@dc.gov |