## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Upon consideration of the Defendant's Consent Motion for Further Enlargement of the Current Scheduling Order and the record herein, it is hereby **ORDERED,** on this \_\_\_\_\_ day of January, 2007, that**:**

1.  Defendant's motion is **GRANTED**; and it is

2.  **FURTHER ORDERED**, that the Defendant's Opposition to Plaintiffs' Summary Judgment Motion, and its Reply to Plaintiffs' Opposition to Defendant's Summary Judgment Motion shall be due on or before January 26, 2007, and the Plaintiffs' Reply shall be due on or before March 12, 2007.

_____
JAMES ROBERTSON, United States District Judge