**From:** Miller, Eden (OAG)
**Sent:** Tuesday, December 12, 2006 2:52 PM
**To:** 'RobertsonJ_Chambers@dcd.uscourts.gov'
**Cc:** Utiger, Robert (OAG); 'ArtSpitzer@aol.com'; jdoan@cov.com; wiverson@cov.com
**Subject:** Potter v. D.C., Civ. Action No. 01-1189, consolidated with Chasin v. D.C., Civ. Action No. 05-1792: Request for Enlargement

Pursuant to this Court's order of May 5, 2006, the parties seek an enlargement of the current scheduling order. Defendant District of Columbia respectfully seeks an enlargement of time to and including January 12, 2007, to file both its Opposition to Plaintiffs' Summary Judgment Motion, and its Reply to Plaintiffs' Opposition to Defendant's Summary Judgment Motion. The Plaintiffs' ask that their Reply be due on March 12, 2007.

Respectfully submitted,
Eden I. Miller [#483802]
Assistant Attorney General
Office of the Attorney General for the District of Columbia Civil Litigation Division, Equity 2 Section
441 Fourth St., N.W. Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (phone)
(202) 727-3625 (facsimile)

**Confidentiality Notice**

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.