UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN B. CHASIN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendant. | No. 05-cv-1792 (JR) |

**[proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Motion for Leave to File Amended Complaint and the memoranda and arguments in support and opposition thereto, it is:

ORDERED, that Plaintiffs' Motion For Leave to File Amended Complaint is GRANTED.

It is further ORDERED that the Clerk shall file Plaintiffs' Amended Complaint.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge