UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE ITS OPPOSITIONS TO BOTH OF THE PLAINTIFFS'
AUGUST 13, 2007, MOTIONS TO AMEND THEIR COMPLAINTS**

The Defendant, by counsel and pursuant to the Fed. R. Civ. P. 6(b)(1), respectfully requests a short enlargement of time from August 27, 2007, to and including September 4, 2007, to file its oppositions to both of the Plaintiffs' August 13, 2007, Motions for Leave to Amend the Complaints. As grounds for this request, the Defendant represents as follows:

1. Lead counsel will be out of the office from August 20, 2007, until August 27, 2007, and will need some additional time to fully respond.

2. Plaintiffs' counsel has graciously consented to this enlargement, pursuant to LCvR 7.1 (m).

3. This brief enlargement will not prejudice Plaintiffs.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

                                          Respectfully submitted,

                                          LINDA SINGER
                                          Attorney General
                                          for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          **/s/ Robert C. Utiger**
                                          ROBERT C. UTIGER [437130]
                                          Senior Counsel
                                          441 Fourth Street, N.W., Sixth Floor South
                                          Washington, D.C. 20001
                                          (202) 724-6532

                                          **/s/ Eden I. Miller**
                                          EDEN I. MILLER
                                          Assistant Attorney General
                                          Bar Number 483802
                                          441 Fourth Street, N.W., Sixth Floor South
                                          Washington, D.C. 20001
                                          (202) 724-6614
                                          (202) 727-3625 (fax)
August 20, 2007                       E-mail: Eden.Miller@dc.gov