# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Consent Motion for Enlargement of Time to File Its Oppositions to Both of the Plaintiffs' August 13, 2007, Motions to Amend Their Complaints, and the record herein, it is on this _____ day of August, 2007, hereby:

**ORDERED,** that the Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED,** that the Defendant shall file its responses to the Plaintiffs' Motions no later than Tuesday, September 4, 2007.

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE