# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALVERT POTTER, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | Consolidated with |
| STEVEN B. CHASIN, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSES TO THE AMENDED COMPLAINTS

The Defendant, by counsel and pursuant to the Fed. R. Civ. P. 6(b)(1), respectfully requests a short enlargement of time from September 10, 2007, to and including September 17, 2007, to file its responses to both of the Plaintiffs' Amended Complaints. As grounds for this request, the Defendant represents as follows:

1. Lead counsel will be out of the office from September 7, 2007, through September 10, 2007, and will need some additional time to fully respond.

2. Plaintiffs' counsel has graciously consented to this enlargement, pursuant to LCvR 7.1 (m).

3. This brief enlargement will not prejudice Plaintiffs.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Robert C. Utiger**
ROBERT C. UTIGER [437130]
Senior Counsel
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6532

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

September 7, 2007