## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | Consolidated with |
| ) | |
| STEVEN B. CHASIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Defendant's Consent Motion for Enlargement of Time to File Its Responses to the Plaintiffs' Amended Complaints and the record herein, it is on this ___ day of September, 2007, hereby:

**ORDERED,** that the Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED,** that the Defendant shall file its responses to the Plaintiffs' Amended Complaints no later than Monday, September 17, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE