## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT POTTER, *et al.*, ) | |
|     Plaintiffs, ) | |
| v. ) | Civil Action No. 01-1189 (JR) |
| DISTRICT OF COLUMBIA, ) | |
|     Defendant. ) | Consolidated with |
| STEVEN B. CHASIN, *et al.*, ) | |
|     Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1792 (JR) |
| DISTRICT OF COLUMBIA, ) | |
|     Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE ITS RESPONSES TO THE AMENDED COMPLAINTS**

The Defendant, by counsel and pursuant to the Fed. R. Civ. P. 6(b)(1), respectfully requests a further enlargement of time from September 17, 2007, to and including September 24, 2007, to file its responses to both of the Plaintiffs' Amended Complaints. As grounds for this request, the Defendant represents as follows:

1. Currently, the parties are discussing how to handle the Amended Complaints.

2. Plaintiffs' counsel has graciously consented to this enlargement, pursuant to LCvR 7.1 (m).

3. This brief enlargement will not prejudice the Plaintiffs.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Robert C. Utiger**
ROBERT C. UTIGER [437130]
Senior Counsel
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6532

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

September 17, 2007