# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CALVERT POTTER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-cv-1189 (JR) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Consolidated with |
| | ) | |
| STEVEN B. CHASIN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-cv-1792 (JR) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT PRAECIPE

On August 22, 2007, this Court granted the Plaintiffs' August 13, 2007, Motions for Leave to File Amended Complaints in each of the above-captioned cases, and on August 22, 2007, the Plaintiffs filed their Amended Complaints.

The parties agree that the Amended Complaints do not change the substantive arguments of either party on the underlying merits. Accordingly, the fully briefed and pending cross-motions for summary judgment remain viable, and the parties hereby renew those motions, if that is necessary in light of the filing of the Amended

Complaints.[1]  Those motions may resolve the liability portion of these cases.[2]

    The Parties agree that consideration of any request for monetary relief (including any discovery relevant to that issue) should await the outcome of the dispositive motions pending before the Court.[3]

                                   Respectfully submitted,

                                   /s/_____
                                   Arthur B. Spitzer (D.C. Bar No. 235960)
                                   American Civil Liberties Union
                                   of the National Capital Area
                                   1400 20th Street, N.W. #119
                                   Washington, DC 20036
                                   (202) 457-0800
                                   *Counsel for Plaintiffs*

                                   /s/_____
                                   William D. Iverson (D.C. Bar No. 88872)
                                   Joshua A. Doan (D.C. Bar No. 490879)
                                   Covington & Burling
                                   1201 Pennsylvania Avenue, NW
                                   Washington, DC 20004
                                   (202) 662-6000
                                   *Counsel for Plaintiffs in No. 01-1189*

                                   LINDA SINGER
                                   Acting Attorney General
                                   for the District of Columbia

---

[1] The District's Motion for Summary Judgment [*Potter* Dkt # 124] was filed on July 7, 2006, and the Plaintiffs' Cross-Motion [*Potter* Dkt # 133] was filed on October 16, 2006.

[2] The parties agree that the pending motions postpone Defendant's obligation to respond to the Amended Complaints.  *See* Fed. R. Civ. P. 12(a)(4).  If a decision on the pending motions does not resolve the case in whole, the Defendant will respond to the Amended Complaints item by item within 10 days of such a decision, pursuant to Rule 12(a)(4)(A).

[3] All discovery in these cases has been stayed since the Court's order of January 5, 2007 [*Potter* Dkt # 138], granting defendant's motion to stay [*Potter* Dkt. # 126], which plaintiffs had opposed [*Potter* Dkt. # 127].  Plaintiffs are prepared to resume discovery should the Court lift the stay.  Defendant opposes lifting the stay prior to a decision on the pending motions.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Robert C. Utiger**
ROBERT C. UTIGER
Senior Counsel
Bar Number 437130
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6532
*Counsel for the Defendant*

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov
*Counsel for the Defendant*

September 21, 2007