UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 01-1189 (JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |
| STEVEN B. CHASIN, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-1792 (JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

### ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion for summary judgment [*Potter* Dkt. 124; *Chasin* Dkt. 40] is **DENIED**, and plaintiffs' motion for summary judgment [*Potter* Dkt. 133; *Chasin* Dkt. 47] is **GRANTED**.

It is **DECLARED** that Special Order 20 violates the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb et seq.

Plaintiffs are directed to serve and file a form of order proposing appropriate further relief.  It is **SO ORDERED**.


JAMES ROBERTSON
United States District Judge