## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CALVERT L. POTTER, *et al.,*

        Plaintiffs,

    v.

DISTRICT OF COLUMBIA,

        Defendant.

No. 01-cv-1189 (JR)

STEVEN B. CHASIN, *et al.,*

        Plaintiffs,

    v.

DISTRICT OF COLUMBIA,

        Defendant.

No. 05-cv-1792 (JR)

**[proposed] ORDER DENYING DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO RECONSIDER GRANT OF SUMMARY JUDGMENT TO PLAINTIFFS OR IN THE ALTERNATIVE FOR RELIEF UNDER RULE 59**

Upon consideration of the Motion to Reconsider Grant of Summary Judgment to Plaintiffs or in the Alternative for Relief Under Rule 59 filed by Defendant District of Columbia, it is hereby:

ORDERED, that Defendant's Motion to Reconsider or for Relief Under Rule 59 is DENIED.

Dated: _____

_____
JAMES ROBERTSON
United States District Judge