```
                                            FILED
     UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA           OCT 2 9 2007

                                         NANCY MAYER WHITTINGTON, CLERK
                                            U.S DISTRICT COURT
```

| | |
|---|---|
| CALVERT L. POTTER, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 01-1189 (JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |
| STEVEN B. CHASIN, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-1792 (JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## PERMANENT INJUNCTION AND ORDER

For the reasons set forth in the Court's memorandum of September 28, 2007, and the entire record of these cases, it is

**ORDERED**

1. That the defendant and its officials, agents, and employees, are PERMANENTLY ENJOINED from enforcing the facial hair provisions of Special Order 20, Series 2005, against the plaintiffs.

2. That the defendant shall restore to field duty each plaintiff still employed by the District of Columbia Fire and Emergency Medical Service who has been assigned to administrative duty because he has not been clean-shaven, after expeditiously

providing any necessary refresher training. So far as practicable, each such plaintiff shall be restored to the position he would have had but for his refusal to shave.

      3. That plaintiffs who shaved to remain on field duty shall be allowed to re-grow their beards while remaining on field duty.

      4. That, if any plaintiff claims that as a result of his refusal for religious reasons to comply with the Grooming Regulations or with Special Order 20, Series 2005, he has lost income, seniority or retirement benefits, or has lost or been forced to use sick leave, the parties will confer and seek in good faith to agree upon remedies for such losses. If the parties are unable to agree, they shall jointly submit by November 19, 2007, a proposed scheduling order for further proceedings on such claims.

      5. That defendant's motion for reconsideration [*Potter* Dkt. 154; *Chasin* Dkt. 60] is **DENIED**.

It is **SO ORDERED**.

                                     /s/
                                       JAMES ROBERTSON
                                 United States District Judge