UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.* ) | |
| ) | |
| *Plaintiffs,* ) | Civil Action No. 01-1189 (JR) |
| ) | |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| *Defendant* ) | |
| _____) | |
| ) | |
| STEVEN B. CHASIN, *et al.* ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | Civil Action No. 05-1792 (JR) |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| *Defendant* ) | |
| _____) | |

**NOTICE OF APPEAL**

Notice is hereby given that the District of Columbia, defendant in the above-captioned consolidated cases, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and from the separate Order of the District Court entering judgment on September 28, 2007, and from the Permanent Injunction and Order entered on October 29, 2007.

The September 28, 2007, Order granted the plaintiffs' motion for summary judgment, denied the District's motion for summary judgment, and declared that Special Order 20 violates the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb, *et seq.* [*Potter* Dkt. 152; *Chasin* Dkt. 59]. The Permanent Injunction and Order entered on October 29, 2007, [*Potter* Dkt. 157; *Chasin* Dkt. 63] denied defendant's Motion to

Reconsider Grant of Summary Judgment to Plaintiffs or In the Alternative for Relief Under Rule 59, and permanently enjoined defendant from enforcing the facial hair provisions set forth in the Department of Fire and Emergency Medical Services' Special Order 20, Series 2005, against the plaintiffs, as well as awarding other relief.

Dated: October 30, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

EDWARD E. SCHWAB
Deputy Solicitor General

\_\_/s/_____
RICHARD S. LOVE
D.C. Bar No. 340455
Senior Assistant Attorney General
Office of the Solicitor General

Office of the Attorney General for the District of Columbia
441 4th Street, N.W., 6th Fl. So.
Washington, D.C. 20001
Tel: (202) 724-6635

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Notice of Appeal was mailed by first class mail, postage prepaid, on October 31, 2007 to:

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, D.C. 20036

William D. Iverson
Joshua A. Doan
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004

                                             /s/
                                    RICHARD S. LOVE