# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CALVERT POTTER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 01-1189 (JR)<br><br><br>Consolidated with |
| STEVEN B. CHASIN, *et al*., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1792 (JR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of this Court will please withdraw the appearance of Assistant Attorney General Eden I. Miller as counsel on behalf of the Defendants in this case.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    **/s/ Robert C. Utiger**
    ROBERT C. UTIGER [437130]
    Senior Counsel
    441 Fourth Street, N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6532

                        **/s/ Eden I. Miller**
                        EDEN I. MILLER
                        Assistant Attorney General
                        Bar Number 483802
                        441 Fourth Street, N.W., Sixth Floor South
                        Washington, D.C. 20001
                        (202) 724-6614
                        (202) 727-3625 (fax)
May 9, 2008           E-mail: Eden.Miller@dc.gov