UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVERT L. POTTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | No. 01-cv-1189 (RJL) <br><br><br> CONSOLIDATED CASES |
| STEVEN B. CHASIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | No. 05-cv-1792 (RJL) |

**FILED**

OCT 1 1 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of plaintiffs' consent motion to dismiss these cases with prejudice, it is hereby

ORDERED that these cases are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that this Court shall retain jurisdiction of these cases for the limited purposes of (1) adjudicating any application for attorneys' fees and expenses should the parties be unable to settle plaintiffs' claim for fees and expenses; and (2) adjudicating any alleged violation of the parties' settlement agreement.

It is SO ORDERED.

Date: 10/15/13

Richard J. Leon
United States District Judge