# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-7124** | **September Term, 2024** |
| | 1:05-cv-01792-JR |
| | 1:01-cv-01189-RJL |
| | **Filed On: March 7, 2025** [2104411] |

Calvert L. Potter, et al.,

      Appellants

Tarick A. Ali, et al.,

      Appellees

  v.

District of Columbia,

      Appellee

### M A N D A T E

In accordance with the judgment of January 28, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                              BY:    /s/
                                              Daniel J. Reidy
                                              Deputy Clerk

Link to the judgment filed January 28, 2025